### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) CHARTER INVESTORS LLC<br><br>      PLAINTIFF,<br><br>v.<br><br>(1) WESTERN WORLD INSURANCE COMPANY<br><br>      DEFENDANT. | State Court Case No.: CJ-2025-4695<br><br><br><br>**JURY TRIAL DEMANDED**<br>**ATTORNEY'S LIEN CLAIMED** |

### NOTICE OF REMOVAL

Defendant Western World Insurance Company ("Western World") pursuant to 28 U.S.C. § 1441(a) and (b) and 28 U.S.C. § 1332, files this Notice of Removal in conformity with 28 U.S.C. § 1446:

1.  Western World is a defendant in a civil action brought against it in the District Court of Oklahoma County, Case No. CJ-2025-4695 (the "State Court Action").

2.  Plaintiff Charter Investors LLC filed the State Court Action on July 7, 2025, and effectuated service on Western World on December 29, 2025 via the Oklahoma Insurance Commissioner.

3.  This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332, as it involves a controversy exceeding the sum of $75,000, exclusive of interest and costs and is between citizens of different states.

4.  Plaintiff is a limited liability company, with two members, David L. Portman and Alan D. Morris, both of whom reside in and are domiciled in Oklahoma with the intent to remain.

5. Western World is a New Hampshire corporation with its principal place of business in New York.

6. A copy of the docket sheet from the State Court Action is attached as Exhibit 1. Copies of all process, pleadings, and orders filed or served upon Western World in the State Court Action are attached as Exhibits 2, 3, 4, and 5.

Respectfully submitted,

**RHODES, HIERONYMUS, JONES,
 TUCKER & GABLE, P.L.L.C.**

By: */s/Austin T. Stiles*
RANDALL E. LONG, OBA 22216
rlong@rhodesokla.com
AUSTIN T. STILES, OBA 33922
astiles@rhodesokla.com
P.O. Box 21100
Tulsa, Oklahoma 74121-1100
(918) 582-1173; fax: (918) 592-3390
  *Attorneys for Western World
  Insurance Company*

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 15, 2026, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

J. Drew Houghton
Micah B. Cartwright
Merlin Law Goup, PLLC
One Leadership Square
211 N. Robinson Ave., Suite 210
Oklahoma City, OK 73102
  ***Attorneys for Plaintiff***

                                       */s/Austin T. Stiles*
                                       AUSTIN T. STILES