

CJ-25-4695
Ogden


\* 1 0 6 2 3 6 5 2 8 0 \*

## IN THE DISTRICT COURT OF OKLAHOMA COUNTY
## STATE OF OKLAHOMA

CHARTER INVESTORS, LLC )
                 )
         Plaintiff, )
                 )
v. )
                 )
WESTERN WORLD INSURANCE )
COMPANY, )
                 )
         Defendant. )

# CJ-2025-4695 '

Case No. **FILED IN DISTRICT COURT**
**OKLAHOMA COUNTY**

**JUL -7 2025**

**RICK WARREN**
**COURT CLERK**
108 _____

## PETITION

COMES NOW the Plaintiff, Charter Investors, LLC ("Plaintiff"), and for its causes of action against Defendant, Western World Insurance Company ("Western World" and/or "Defendant"), alleges and states as follows:

### JURISDICTION AND VENUE

1.     At all relevant times, Plaintiff was and is a Domestic Limited Liability Company organized and existing under the laws of the State of Oklahoma.

2.     Plaintiff owns and has an insurable interest in all real property located at 4219 Charter Avenue, Oklahoma City, Oklahoma 73108 (the "Property").

3.     Western World is a foreign insurance company organized and existing under the laws of the State of New Hampshire with its principal place of business in New Jersey. It is licensed to engage in the business of insurance in the State of Oklahoma, and

EXHIBIT 2

it may be served with process through the Oklahoma Insurance Department located at 400 NE 50th Street, Oklahoma City, OK 73105.

4.      Venue is proper pursuant to 12 O.S. § 137.

## STATEMENT OF FACTS

5.      Plaintiff entered a contract for insurance with Western World to provide coverage for the Property.

6.      Western World issued a Commercial Lines Policy of insurance to Plaintiff, Policy No. NPP8837546 (the "Policy"), with a policy period of November 15, 2022 through November 15, 2023 (the "Policy Period"). *See* the Policy provided by Defendant, attached as Exhibit 1.

7.      Pursuant to the terms of the Policy, Western World agreed to pay for "direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss."

8.      The Policy covers damages resulting from hail occurring during the Policy Period.

9.      The Policy provides property damage coverage on a Replacement Cost basis.

10.     Under the Policy, Western World owes Plaintiff a duty of good faith and fair dealing to fully and fairly adjust Plaintiff's claim.

11.     Western World represented to Plaintiff it would act in accordance with Oklahoma law and fully and faithfully investigate and pay claims. Plaintiff relied on said representations.

12.     In exchange for the Policy, Plaintiff paid a premium of $12,238.76 to Western World.

13.     During the Policy Period, on July 8, 2023, the Property sustained direct physical loss or damage caused by a severe hail event.

2

14.    Upon discovering hail-caused damage, Plaintiff promptly submitted a claim to Western World for the direct physical loss or damage to the Property sustained as a result of the covered hail event.

15.    Western World's authorized administrator, AIG Claims, Inc. ("AIG"), assigned claim number 185794 to the claim and initiated an investigation into the reported loss.

16.    Plaintiff hired Ozone Roofing, Inc., to assist in determining the true extent and cost of hail-caused damage existing at the Property, which included core sampling of the existing roof system.

17.    In its estimate dated February 5, 2024, Ozone Roofing, Inc. concluded the Property sustained damage to the structure's bitumen roof and HVAC system with a Replacement Cost Value of $349,379.22. *See* Ozone Roofing, Inc. estimate attached as Exhibit 2.

18.    As part of its investigation, Western World retained Keystone Engineering to inspect the Property on February 20, 2024, and on February 27, 2024, Keystone concluded the following in its report:

- Hail impacts on or around July 8, 2023, caused the following conditions:
    - More than 10 concentric fractures per square in the asphalt flood coat. The underlying roof membrane was not damaged by the impacts.
    - Numerous indentations in condenser fins of two roof-mounted HVAC units.
    - Round, randomly located indentations in the light gauge metal roof components. These indentations were a cosmetic condition that did not affect the function of the components.

19.    AIG, on Western World's behalf, agreed the Property sustained hail-caused damage as a result of the July 8, 2023 storm.

20.    Western World agreed, and continues to agree, the Property sustained hail-caused damage as a result of the July 8, 2023 storm.

21.    AIG claimed the roof damage could be repaired by recoating the roof surface and combing out dents in the HVAC condenser fins or replacing the HVAC unit(s) if necessary.

3

22.     Based on Keystone's conclusions, Western World and/or AIG estimated the Replacement Cost Value of hail-caused damage was $112,128.19 and issued an undisputed payment in the amount of $45,178.77. *See* March 18, 2024, Western World/AIG letter attached as Exhibit 3.

23.     Plaintiff never received payment for the undisputed amount of $45,178.77 because Western World and/or AIG sent the payment to an individual with no association to Plaintiff or the Property. Despite being made aware of this, Western World never re-issued and sent the undisputed $45,178.77 payment to Plaintiff.

24.     Western World under scoped, undervalued, and underpaid the true cost to repair hail-caused damage covered by the Policy.

25.     Consequently, on April 9, 2024, Plaintiff invoked Appraisal under the Policy naming Ray Demeritt of National Public Adjusting as Plaintiff's appraiser.  *See* Appraisal notification attached as Exhibit 4.

26.     Thereafter, Western World named Kurt Woodward of Calibrated Insurance Services, LLC, as its appraiser.

27.     On May 10, 2024, an Appraisal Award was agreed to and signed by Mr. Demeritt on behalf of Plaintiff and Mr. Woodward on behalf of Western World. The Award confirmed the Replacement Cost Value of the loss arising from the July 8, 2023, hail event was **$468,807.06.** *See* Appraisal Award attached as Exhibit 5.

28.     On June 14, 2024, Western World and/or AIG wrongfully and unilaterally determined the Net Claim amount due for the Appraisal Award was only **$43,104.59**. To reach this improper net amount, Western World and/or AIG deducted purported "Non covered items" that, in

Western World's and/or AIG's opinion, totaled $201,176.29. *See* AIG letter to Plaintiff attached at Exhibit 6.

29.    Plaintiff disputed Western World's deduction for "Non covered items" from the Appraisal Award and reiterated Plaintiff had never received the prior undisputed payment of $45,178.77.

30.    On September 6, 2024, Western World and/or AIG revised its claim position by determining it would be improper to repair the roof surface with a recoating.

31.    Instead of paying the full cost to replace the Property's roof, though, Western World and/or AIG categorized portions of the replacement as a "code upgrade" under the Policy. Accordingly, Western World and/or AIG allowed "the maximum amount that can be recovered under your Policy for 'code upgrade'" and recalculated the amount due for covered damage as **$53,104.59**. *See* AIG letter at Exhibit 7.

32.    Thereafter, Plaintiff received a check in the amount of $53,104.59, which was not cashed and remains in dispute as an improper and insufficient payment.

33.    The Policy contains a provision which states any action brought against Western World must be started within two years after the inception of the loss or damage.

34.    Plaintiff made the Property available for inspection by Western World's adjusters and representatives; cooperated in the limited and outcome-oriented investigation that Western World performed; and otherwise complied with all conditions precedent to recovery under the Policy.

## FIRST CAUSE OF ACTION:
## BREACH OF CONTRACT

35.    Plaintiff adopts and incorporates by reference Paragraphs 1 - 34 as if fully plead herein, and for further claims against Western World alleges as follows:

5

36.    Plaintiff entered into a contract for insurance with Western World to provide coverage for the Property.

37.    At all times material hereto, Policy No. NPP8837546 was in full force and effect.

38.    Plaintiff provided prompt notice of its claim to Western World for covered damages occurring during the Policy Period.

39.    Plaintiff has complied with all terms, conditions, and conditions precedent under the Policy.

40.    Western World has failed or otherwise refused to pay all amounts owed to Plaintiff under the Policy for damages caused by the July 8, 2023 severe hail event.

41.    Western World ignored damages to the Property that are covered by the Policy.

42.    Western World conducted an improper investigation into Plaintiff's covered damages.

43.    Western World utilized unqualified, improperly trained, and/or biased individuals to investigate Plaintiff's claim, which resulted in an underpayment to Plaintiff inconsistent with the terms of the Policy.

44.    Western World intentionally underpaid the amount of funds owed to Plaintiff under the Policy through implementation of its internal trainings and guidelines.

45.    Western World has delayed proper resolution of Plaintiff's claim; delayed payment of benefits owed under the Policy; and denied covered benefits owed to the Plaintiff.

46.    Western World's underestimation of the value of covered damages present at the Property, and Western World's ignoring of covered damages present at the property, resulted from an inadequate, unreasonable and outcome-oriented investigation conducted by or on behalf of Western World.

47.     Western World has refused to pay the full value of insurance benefits for all losses covered by the Policy.

48.     By failing to timely and properly evaluate and pay Plaintiff's claim, Western World has breached its contractual obligations to Plaintiff in one or more of the following ways:

a.     Failing to pay the full and fair amount for the damage sustained to Plaintiff's Property from the July 8, 2023, severe hail event in accordance with the terms and conditions of the Policy;

b.     Failing to perform a fair and objective investigation of Plaintiff's damages;

c.     Failing to retain qualified individuals to investigate Plaintiff's claim and damages;

d.     Failing to train individuals to investigate Plaintiff's claim and damages in a way that is consistent with the Policy's coverage terms;

e.     Failing to properly apply provisions of the Policy to the property damages sustained by Plaintiff from the July 8, 2023, severe hail event;

f.     Failing and refusing to consider the reasonable expectations of Plaintiff;

g.     Failing and refusing to properly consider evidence presented by Plaintiff;

h.     Failing and refusing to properly investigate and consider the insurance coverage promised to Plaintiff;

i.     Underpaying the insurance benefits owed to Plaintiff; and

j.     Failing to timely and properly pay all undisputed amounts owed for covered damages sustained during the Policy Period.

49.     Western World's conduct is the proximate cause of Plaintiff's damages.

50.     By failing to fully indemnify Plaintiff for losses covered by the contract of insurance, and by failing to fully and timely pay to Plaintiff all benefits owed, Western World has breached its contractual obligations under the terms and conditions of the Policy.

51.     As a result of Western World's breach of contract, Plaintiff has sustained consequential damages and financial losses.

52.     Pursuant to 36 O.S. § 3629(B), Plaintiff is entitled to attorneys' fees, costs, and statutory interest at the rate of 15% per annum.

53.     As a result of Western World's breach of contract and other wrongful conduct, Plaintiff has been damaged in an amount that exceeds $75,000.00.

## SECOND CAUSE OF ACTION:
## BREACH OF THE DUTY OF GOOD FAITH AND FAIR DEALING

54.     Plaintiff adopts and incorporates by reference Paragraphs 1 – 53 as if fully set forth herein, and for further claims against Western World alleges as follows:

55.     Western World owes a duty to Plaintiff to deal fairly and act in good faith.

56.     Western World breached the duty to deal fairly and act in good faith by failing to timely, properly, and fairly investigate, evaluate, and/or pay Plaintiff's claim.

57.     Western World's obligations to Plaintiff arise from both express written terms under the Policy as well as implied obligations under Oklahoma law.

58.     Western World's conduct is a material breach of the terms and conditions of the insurance contract entered into with Plaintiff and constitutes bad faith.

59.     Western World owes payment for all direct physical loss or damage to the Property not otherwise limited or excluded by the express terms of the Policy.

60.     For Western World's own financial gain, Western World ignored or wrongfully mischaracterized direct physical loss or damage to Plaintiffs' Property covered under the Policy.

61.    Western World intentionally ignored hail-caused damage to Plaintiff's Property caused by the July 8, 2023 severe hail event in an effort to reduce the amount of money paid to Plaintiff for its claim.

62.    Western World intentionally and wrongfully classified necessary repairs to the Property as falling under code coverage when the code coverage limit does not apply. In doing so, Western World intentionally underpaid the true cost of covered damages to the Property.

63.    As a direct and proximate result of Western World's failure to treat Plaintiff in good faith and with fair dealing, Plaintiff's claim was unnecessarily delayed; inadequately investigated; and wrongfully underpaid. Said actions resulted in additional profits and a financial windfall to Western World to the damage and detriment of Plaintiff.

64.    Western World engages in a profit-sharing program or incentive-based program that provides financial incentives to its employees to underpay and/or deny its insureds' claims. These incentive programs are directly tied to Western World's overall financial health, which is inherently linked to the claim costs and indemnity payments paid on claims such as Plaintiff's.

65.    The conduct of Western World was intentional, willful, malicious, and in reckless disregard to the rights of Plaintiff, and said conduct is sufficiently egregious in nature to warrant the imposition of punitive damages.

66.    Plaintiff further alleges Western World profited from increased financial benefits and ill-gotten gains as a direct result of the intentional and wrongful conduct described above, which resulted in further damage and detriment to Plaintiff.

67.    The amount of damages resulting from Western World's failure to act in good faith and with fair dealing is in excess of $75,000.00.



## PRAYER FOR RELIEF

**WHEREFORE**, premises considered, Plaintiff prays for judgment against Western World as follows:

a.   Payment of all contractual benefits for all coverages afforded to Plaintiff under the Policy resulting from the July 8, 2023, severe hail event;

b.   Disgorgement of the increased financial benefits derived by Western World as a direct result of Western World's wrongful, intentional, willful, malicious and/or reckless conduct;

c.   Entry of an award for Western World's failure to act in good faith and with fair dealing;

d.   Payment to Plaintiff of all consequential damages resulting from Western World's breach of contract;

e.   Entry of a punitive damages award against Western World; and

f.   Pre-judgment and post-judgment interest, costs, statutory attorneys' fees, and any other relief deemed equitable and just.

Respectfully submitted,

J. Drew Houghton, OBA #18080
Micah B. Cartwright, OBA #32745
**MERLIN LAW GROUP, PLLC**
One Leadership Square
211 N. Robinson Ave, Suite 210
Oklahoma City, OK 73102
Telephone: (405) 218-1105
Facsimile: (405) 218-1106
dhoughton@merlinlawgroup.com
mcartwright@merlinlawgroup.com
*Attorneys for Plaintiff*

**ATTORNEYS' LIEN CLAIMED
JURY TRIAL DEMANDED**


# NOTICE TO POLICYHOLDERS
# FRAUD NOTICE

| Alabama | Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution, fines, or confinement in prison, or any combination thereof. |
|---|---|
| Arkansas Louisiana West Virginia | Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison. |
| Colorado | **It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.** |
| District of Columbia | **WARNING:** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant. |
| Florida | Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree. |
| Kentucky | Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime. |
| Maine | It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines, or denial of insurance benefits. |
| Maryland | Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison. |
| New Jersey | Any person who includes any false or misleading information on an application for an insurance policy is subject to criminal and civil penalties. |
| New Mexico | ANY PERSON WHO KNOWINGLY PRESENTS A FALSE OR FRAUDULENT CLAIM FOR PAYMENT OF A LOSS OR BENEFIT OR KNOWINGLY PRESENTS FALSE INFORMATION IN AN APPLICATION FOR INSURANCE IS GUILTY OF A CRIME AND MAY BE SUBJECT TO CIVIL FINES AND CRIMINAL PENALTIES. |



PLAINTIFF'S
EXHIBIT

1

| New York | Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation. |
| --- | --- |
| | **Fire:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance containing any false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime. |
| Ohio | Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud. |
| Oklahoma | **WARNING:** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony. |
| Pennsylvania | Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties. |
| Rhode Island | Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison. |
| Tennessee Virginia Washington | It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits. |
| All Other States | Any person who knowingly and willfully presents false information in an application for insurance may be guilty of insurance fraud and subject to fines and confinement in prison. |

NTC FR01 (10/20)

STOCK COMPANY

# WESTERN WORLD

An [AIG] company

## COMMERCIAL LINES POLICY
### NO FLAT CANCELLATION

**POLICY NUMBER: NPP8837546**

**Prior Policy Number: NEW**

| [X] WESTERN WORLD INSURANCE COMPANY | [ ] TUDOR INSURANCE COMPANY | [ ] STRATFORD INSURANCE COMPANY |
|---|---|---|

SLA# 3000785579

## COMMON POLICY DECLARATIONS

Agent/Broker #09323

**Named Insured and Mailing Address:**

Charter Investors, LLC

5209 NW 124th

OKLAHOMA CITY, OK 73142

**Surplus lines contracts are not subject to the protection of any guaranty association in the event of liquidation or receivership of the insurer.**

**Producer:**

Amwins Access Insurance Services, LLC
909 East Republic Road

Springfield, MO 65807

**Policy Period: (Mo./Day/Yr.)**

From: 11/15/2022          To: 11/15/2023          12:01 AM, standard time at your mailing address shown above.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

**THIS POLICY CONSISTS OF THE FOLLOWING COVERAGES FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.**

| | | |
|---|---|---|
| | Commercial Property Coverage Part | $ 10,591.00 |
| | Commercial General Liability Coverage Part | $ 680.00 |
| | Commercial Auto Coverage Part | $ NOT COVERED |
| | | $ |
| | | $ |
| | | $ |
| Other Coverages: | Terrorism Risk Insurance Act | $ NOT COVERED |
| | | $ |
| | | $ |
| | | $ |
| | **TOTAL ADVANCE PREMIUM** | $ 11,271.00 |
| | Amwins Service Fee | $ 150 |
| | Amwins Inspection Fee | $ 125 |
| | SL Tax | $ 692.76 |
| | | $ |
| **Forms and endorsements applying to this policy and attached at time of issue:** | | $ |
| | | $ |
| **See Applicable Schedule Of Forms And Endorsements** | | |
| | **GRAND TOTAL** | $ 12,238.76 |

**COMMON POLICY DECLARATIONS** (continued)

**POLICY NUMBER: NPP8837546**

---

**The Named Insured is:**

☐ Individual  ☐ Partnership  ☒ Limited Liability Company  ☐ Organization/Corporation  ☐ Trust

☐ Other _____

Location of Business:                         Business Description:
4219 Charter Ave                              LRO Warehouse
OKLAHOMA CITY, OK 73108

---

THESE DECLARATIONS TOGETHER WITH THE COVERAGE PART DECLARATIONS, THE COMMON POLICY CONDITIONS, COVERAGE FORM(S), AND FORMS AND ENDORSEMENTS, IF ANY, COMPLETE THE ABOVE NUMBERED POLICY.

# WESTERN WORLD INSURANCE GROUP

Western World Insurance Company
Tudor Insurance Company
Stratford Insurance Company

Administrative Office
300 Kimball Drive, Suite 500
Parsippany, New Jersey 07054

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy. If required by state law, this policy shall not be valid unless countersigned by **our** authorized representative.

Secretary                                      President

---

Countersigned: Springfield, MO

11/28/2022    HUGGETTJ                     By _____
                                              Authorized Representative

---

WW230 (06/17)

## NOTICE - CLAIM REPORTING

**To report a claim you may:**

- Visit our website at:  www.westernworld.com
- E-mail us at:  reportaclaim@westernworld.com
- Call our toll-free telephone number at:  1-888-847-8600
- Fax us at:  1-201-847-7701
- Mail us at:

  300 Kimball Drive
  Suite 500
  Parsippany, NJ 07054
  Attn:  New Claims

# SCHEDULE OF FORMS AND ENDORSEMENTS

| POLICY NUMBER:<br>NPP8837546 | NAMED INSURED<br>Charter Investors, LLC |
|---|---|

Form/Endorsement No./Edition Date          Title    (Note- Titles are indications only. See actual form for correct name.)

| | |
|---|---|
| NTCFR01(10_20) | NOTICE OF POLICYHOLDERS FRAUD NOTICE |
| WW230(06_17) | COMMON POLICY DECLARATIONS |
| WW497(01_18) | NOTICE - CLAIM REPORTING |
| WW232(01_12) | COMMERCIAL LIABILITY COVERAGE PART DECLARATIONS |
| WW22(06_16) | SERVICE OF SUIT |
| IL0017(11_98) | COMMON POLICY CONDITIONS |
| IL0021(09_08) | NUCLEAR ENERGY LIABILITY EXCLUSION ENDT |
| ILP001(01_04) | U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS |
| WW183(05_12) | MINIMUM-EARNED PREMIUM |
| IL0179(10_02) | OK NOTICE |
| WW613OK(03_11) | OK CHANGES - CANCELLATION & NONRENEWAL |
| WW1(06_12) | DEDUCTIBLE ENDORSEMENT |
| WW13(06_12) | CLASSIFICATION LIMITATION |
| WW168(06_12) | CANCELLATION AND PREMIUM AUDIT CHANGES |
| WW192(04_13) | PREMIUM BASIS ENDORSEMENT |
| WW244(01_16) | EXCLUSION - BODILY INJURY TO CASUAL WORKER OR TEMPORARY |
| WW401(08_19) | TOTAL AND ABSOLUTE ASBESTOS EXCLUSION |
| WW424(09_10) | EXCL OF NUCLEAR/BIO/CHEM INJURY OR DAMAGE |
| WW456(01_12) | COMMERCIAL GENERAL LIABILITY AMENDATORY ENDORSEMENT |
| CG0001(04_13) | COMMERCIAL GENERAL LIABILITY COVERAGE FORM |
| CG2107(05_14) | EXCL-ACCESS OR DISCL OF CONFIDENTIAL OR PERSONAL INFO |
| CG2111(06_15) | EXCLUSION - UNMANNED AIRCRAFT COVERAGE B ONLY |
| CG2136(03_05) | EXCLUSION - NEW ENTITIES |
| CG2147(12_07) | EMPLOYMENT-RELATED PRACTICES EXCLUSION |
| CG2167(12_04) | FUNGI OR BACTERIA EXCLUSION |
| CG2426(04_13) | AMENDMENT OF INSURED CONTRACT DEFINITION |
| TRIA0004(01_21) | EXCLUSION OF CERTIFIED ACTS OF TERRORISM |
| WW231(07_20) | COMMERCIAL PROPERTY COVERAGE PART DECLARATIONS |
| WW425(02_08) | EXCL OF CHEMICAL AND BIOLOGICAL LOSS OR DAMAGE |
| WW458(06_13) | ASBESTOS EXCLUSION |
| CP0010(06_07) | BUILDING & PERSONAL PROPERTY COVERAGE FORM |
| CP0030(06_07) | BUSINESS INCOME & EXTRA EXPENSE COVERAGE FORM |
| CP0090(07_88) | COMMERCIAL PROPERTY CONDITIONS |
| CP0140(07_06) | EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA |
| CP0411(10_12) | PROTECTIVE SAFEGUARDS |
| CP1030(06_07) | CAUSES OF LOSS - SPECIAL FORM |
| CP1075(12_20) | CYBER INCIDENT EXCLUSION |
| CP1218(06_07) | LOSS PAYABLE PROVISIONS |
| IL0935(07_02) | EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES |
| IL0953(01_15) | EXCLUSION OF CERTIFIED ACTS OF TERRORISM |
| PR0307(10_16) | WINDSTORM OR HAIL PERCENTAGE DEDUCTIBLE |
| PR1001(10_14) | WATER EXCLUSION |
| PR1002(10_14) | EARTH MOVEMENT EXCLUSION |
| PR1212(03_20) | DEFINITION OF ACTUAL CASH VALUE ENDORSEMENT |
| PR1213(11_20) | TOTAL LOSS CLAUSE ENDORSEMENT |
| PR1401(03_15) | PRIOR LOSS |
| PR9932(02_21) | LIMITATION ON COVERAGE |

### ADDITIONAL FORMS AND ENDORSEMENTS

INSURED

## COMMERCIAL LIABILITY COVERAGE PART
## DECLARATIONS

Policy Number: NPP8837546

Effective Date: 11/15/2022
12:01 AM, Standard Time

### COMMERCIAL GENERAL LIABILITY LIMITS OF INSURANCE

| | | |
|---|---|---|
| General Aggregate Limit (Other Than Products-Completed Operations) | $ 2,000,000 | |
| Products - Completed Operations Aggregate Limit | $ Included | † |
| Personal and Advertising Injury Limit | $ 1,000,000 | Any One Person or Organization |
| Each Occurrence Limit | $ 1,000,000 | |
| Damage to Premises Rented to You | $ 100,000 | Any One Premises |
| Medical Expense Limit | $ 5,000 | Any One Person |
| Each Professional Incident Limit (if applicable) | $ Not Covered | |

† If the Limit is shown as Included, Products-Completed Operations are subject to the General Aggregate Limit.

### PREMIUM

| Classification | Code No. | Premium Basis | Rate | | Advance Premium | |
|---|---|---|---|---|---|---|
| | | | Pr/Co | All Other | Pr/Co | All Other |
| Buildings or Premises - bank or office - mercantile or manufacturing (lessor's risk only) (P1/B1) | 61212 | Area 21,600 | Included | 31.461 | Included | 680.00 |

Total Advance Premium $ 680.00

### FORMS AND ENDORSEMENTS

Forms and Endorsements applying to this coverage part and made part of policy at time of issue:

**See Schedule of Forms and Endorsements**

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED AND THE POLICY PERIOD.

WW232 (01/12)

**This Endorsement Modifies Your Policy.**
**Please Read It Carefully.**

## SERVICE OF SUIT

The Company appoints the Commissioner of Insurance as its true and lawful attorney for acceptance of service of all legal process issued in this state in any action, suit or proceeding arising out of this contract of insurance.   The Company authorizes the Commissioner to forward such process to:

In California:    Richard Glucksman, Chapman Glucksman, 11900 West Olympic Boulevard, Suite 800, Los Angeles, CA 90064

All Other States: Western World Insurance Group, Claims Department, 300 Kimball Drive, Suite 500, Parsippany, NJ 07054

The above-named are authorized to accept service of process on behalf of the Company in any legal proceeding in the applicable state(s).

WW22 (06/16)

IL 00 17 11 98

# COMMON POLICY CONDITIONS

This endorsement modifies insurance provided under the following:

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

   c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs 1. and 2. of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph 2. of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, Inc., 1998



IL 00 21 09 08

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# NUCLEAR ENERGY LIABILITY EXCLUSION ENDORSEMENT
### (Broad Form)

This endorsement modifies insurance provided under the following:

COMMERCIAL AUTOMOBILE COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
MEDICAL PROFESSIONAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

   A. Under any Liability Coverage, to "bodily injury" or "property damage":

      (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

      (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which **(a)** any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or **(b)** the "insured" is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

   B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

   C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material", if:

      (1) The "nuclear material" **(a)** is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or **(b)** has been discharged or dispersed therefrom;

      (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured"; or

      (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility", but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion **(3)** applies only to "property damage" to such "nuclear facility" and any property thereat.

2. As used in this endorsement:

   "Hazardous properties" includes radioactive, toxic or explosive properties.

   "Nuclear material" means "source material", "special nuclear material" or "by-product material".

 Copyright, ISO Properties, Inc., 2007

"Source material", "special nuclear material", and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

"Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor".

"Waste" means any waste material **(a)** containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and **(b)** resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility".

"Nuclear facility" means:

    **(a)** Any "nuclear reactor";

    **(b)** Any equipment or device designed or used for **(1)** separating the isotopes of uranium or plutonium, **(2)** processing or utilizing "spent fuel", or **(3)** handling, processing or packaging "waste";

    **(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

    **(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste";

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.

   Copyright ISO Properties, Inc., 2007   IL 00 21 09 08

IL P 001 01 04

# U.S. TREASURY DEPARTMENT'S OFFICE OF FOREIGN ASSETS CONTROL ("OFAC") ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. **Please read this Notice carefully.**

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treasury's web site – http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.

© ISO Properties, Inc., 2004

**This Endorsement Modifies Your Policy.**
**Please Read It Carefully.**

## MINIMUM-EARNED PREMIUM

If the insured requests cancellation of this policy, the Minimum-Earned Premium shall be the greater of:

        25% of the Total Advance Premium; or

        $   Minimum-Earned Premium

This endorsement amends the Cancellation and Premium Audit Changes - WW168.

IL 01 79 10 02

# OKLAHOMA NOTICE

The following statement is added to the policy:

**WARNING:**

Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy, containing any false, incomplete or misleading information, is guilty of a felony.

Copyright, ISO Properties, Inc., 2002

**This Endorsement Modifies Your Policy.**
**Please Read It Carefully.**

# OKLAHOMA CHANGES - CANCELLATION AND NONRENEWAL

This endorsement amends the policy as follows:

**A.** Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

    **2.** We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

        **a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

        **b.** 30 days before the effective date of cancellation if we cancel for any other reason.

    After coverage has been in effect for more than 45 business days or after the effective date of a renewal of this policy, no notice of cancellation will be issued by us unless it is based on at least one of the following reasons:

        **(1)** Nonpayment of premium;

        **(2)** Discovery of fraud or material misrepresentation in the procurement of the insurance or with respect to any claims submitted under it;

        **(3)** Discovery of willful or reckless acts or omissions by you that increase any hazard insured against;

        **(4)** The occurrence of a change in the risk that substantially increases any hazard insured against after insurance coverage has been issued or renewed;

        **(5)** A violation of any local fire, health, safety, building, or construction regulation or ordinance with respect to any covered property or its occupancy that substantially increases any hazard insured against;

        **(6)** A determination by the Insurance Commissioner that the continuation of the policy would place us in violation of the insurance laws of this state;

        **(7)** Your conviction of a crime having as one of its necessary elements an act increasing any hazard insured against; or

        **(8)** Loss of or substantial changes in applicable reinsurance.

**B.** The following are added to the Common Policy Conditions and supersede any provisions to the contrary:

    **1. Nonrenewal**

        **a.** If we elect not to renew this policy, we will mail or deliver written notice of nonrenewal to the first Named Insured at least 45 days before:

            **(1)** The expiration date of this policy; or

            **(2)** An anniversary date of this policy, if it is written for a term longer than one year or with no fixed expiration date.

        **b.** Any notice of nonrenewal will be mailed or delivered to the first Named Insured at the last mailing address known to us.

        **c.** If notice is mailed:

            **(1)** It will be considered to have been given to the first Named Insured on the day it is mailed.

            **(2)** Proof of mailing will be sufficient proof of notice.

        **d.** If notice of nonrenewal is **not** mailed or delivered at least 45 days before the expiration date or an anniversary date of this policy, coverage will remain in effect until 45 days after notice is given. Earned premium for such extended period of coverage will be calculated pro rata based on the rates applicable to the expiring policy.

        **e.** We will **not** provide notice of nonrenewal if:

            **(1)** We, or another company within the same insurance group, have offered to issue a renewal policy; or

            **(2)** You have obtained replacement coverage or have agreed in writing to obtain replacement coverage.

        **f.** If we have provided the required notice of nonrenewal as described in **B.1.a.** above, and thereafter extend the policy for a period of 90 days or less, we will **not** provide an additional nonrenewal notice with respect to the period of extension.

    Includes Copyrighted Material of ISO Properties, Inc., with its permission.    WW613 OK (03/11)

**2. Premium Or Coverage Changes At Renewal**

    **a.** If we elect to renew this policy, we will give written notice of any premium increase, change in deductible, or reduction in limits or coverage, to the first Named Insured, at the last mailing address known to us.

    **b.** Any such notice will be mailed or delivered to the first Named Insured at least 45 days before:

        **(1)** The expiration date of this policy; or

        **(2)** An anniversary date of this policy, if it is written for a term longer than one year or with no fixed expiration date.

    **c.** If notice is mailed:

        **(1)** It will be considered to have been given to the first Named Insured on the day it is mailed.

        **(2)** Proof of mailing will be sufficient proof of notice.

    **d.** If the first Named Insured accepts the renewal, the premium increase or coverage changes will be effective the day following the prior policy's expiration or anniversary date.

    **e.** If notice is **not** mailed or delivered at least 45 days before the expiration date or anniversary date of this policy, the premium, deductible, limits and coverage in effect prior to the changes will remain in effect until:

        **(1)** 45 days after notice is given; or

        **(2)** The effective date of replacement coverage obtained by the insured;

    whichever occurs first.

    If the first Named Insured then elects **not** to renew, any earned premium for the resulting extended period of coverage will be calculated pro rata at the lower of the new rates or rates applicable to the expiring policy.

    **f.** We will **not** provide notice of the following:

        **(1)** Changes in a rate or plan filed pursuant to the Property and Casualty Competitive Loss Cost Rating Act applicable to an entire class of business;

        **(2)** Changes which are based upon the altered nature or extent of the risk insured; or

        **(3)** Changes in policy forms filed with or approved by the Insurance Commissioner and applicable to an entire class of business.

Includes Copyrighted Material of ISO Properties, Inc., with its permission.

WW613 OK (03/11)

**This Endorsement Modifies Your Policy.**
**Please Read It Carefully.**

## DEDUCTIBLE ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

The Deductible Amount is $250_____ per Claim.

The deductible applies to the total cost of investigation, adjustment, legal expense and indemnification. It applies separately to each claim arising from any one "occurrence."

We are liable for only those costs above the deductible amount and may pay all or part of the deductible amount to settle a claim. If we do, you will be called upon to promptly repay to us the deductible amount advanced. This deductible does not apply to Coverage C Medical Payments.

WW 1 (06/12)

**This Endorsement Modifies Your Policy.**
**Please Read It Carefully.**

## CLASSIFICATION LIMITATION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART

This insurance applies only to a classification that is shown on the policy.    If any classification is not shown, it is not insured hereunder.

**This Endorsement Modifies Your Policy.**
**Please Read It Carefully.**

## CANCELLATION AND PREMIUM AUDIT CHANGES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS COVERAGE PART

A. Subparagraph 5. of Paragraph A., Cancellation, COMMON POLICY CONDITIONS (IL0017), is deleted and replaced with the following:

If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund. However, any premium refund resulting from cancellation of this policy may be applied to unpaid premiums due us from prior policies.

B. Section IV - Conditions, Paragraph b. of Condition 5., Premium Audit, is deleted and replaced with the following:

The Total Advance Premium shown on the Declarations is a deposit premium. The minimum premium for the policy period will be 100% of the Total Advance Premium. If the policy period is revised, the minimum premium will be revised by the appropriate pro rata factor, or if the first Named Insured cancels, the factor may be less than pro rata. Any premium refund resulting from cancellation of this policy may be applied to unpaid premiums due us from prior policies.

If the policy is rated on an adjustable basis, it is subject to a premium audit at the end of the policy period to determine the actual earned premium. The actual earned premium shall not be less than the minimum premium or, if the policy period is revised, the revised minimum premium.

Any additional audit premium owed to us will be due upon completion of the premium audit. Failure to pay any audit premium from a prior policy may result in cancellation of this policy.

The rating exposure (e.g. payroll, sales or cost) shown on the Declarations page of this policy may be increased by us to reflect the exposures determined by your most recent premium audit.

WW168 (06/12)

**This Endorsement Modifies Your Policy.**
**Please Read It Carefully.**

### PREMIUM BASIS ENDORSEMENT

This endorsement modifies insurance under:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

One or more of the following symbols may be entered under the Premium Basis/Base column of the Coverage Part Declarations. These symbols designate the basis used for determining your premium. The following is a definition of these symbols when used as a premium basis.

**Symbol    Definition**

a    "Area" means:

The total number of square feet of floor space at the insured premises, computed as follows:

1. For entire buildings, by multiplying the product of the horizontal dimensions of the outside of the outer building walls by the number of floors, including basements but do not use the area of the following:

    a. Courts and mezzanine types of floor openings.

    b. Portions of basements or floors where 50% or more of the area is used for shop or storage for building maintenance, dwelling by building maintenance employees, heating units, power plants or air-conditioning equipment.

2. For tenants, determine the area they occupy in the same manner as for the entire buildings.

3. The rates apply per 1,000 square feet of area.

b    "Budget" means:

Total actual expenditures of the insured during the policy period for goods and services but not including capital expenditures for additions, improvements or repairs of plant or equipment. The rates apply per $1,000 of budget.

c    "Total Cost" means:

The total cost of all work let or sublet in connection with each specific project including:

1. The cost of all labor, materials and equipment furnished, used or delivered for use in the execution of the work; however, do not include the cost of finished equipment installed but not furnished by the subcontractor if the subcontractor does no other work on or in connection with such equipment; and

2. All fees, bonuses or commissions made, paid or due.

The rates apply per $1,000 of total cost.

e    "Each" means:

A quantity comprising one unit of exposure as described in the classification description.

f    "Funding" means:

All support from endowments and contributions plus revenue from operations. Money raised for capital improvements shall not be included. The rates apply per $1,000 of funding.

m    "Admissions" means:

The total number of persons, other than employees of the named insured, admitted to the event insured or to events conducted on the premises whether on paid admissions, tickets, complimentary tickets or passes. The rates apply per 1,000 admissions.

p    "Payroll" means:

1. Remuneration which includes money or substitutes for money.

2. Payroll includes:

    a. Commissions, bonuses, pay for holidays, vacations or periods of illness;

    b. Extra pay for overtime in accordance with the manuals in use by us;

    c. Payments by an employer of amounts otherwise required by law to be paid by employees to statutory insurance or pension plans, such as the Federal Social Security Act;

    d. Payments to employees on any basis other than time worked, such as piecework, profit sharing or incentive plans;

    e. Payment or allowance for hand tools or power tools used by hand provided by employees and used in their work or operations for the insured;

WW192 (04/13)

     f. The rental value of an apartment or a house provided for an employee based on comparable accommodations;

     g. Value of meals and lodging other than an apartment or house received by employees as part of their pay;

     h. The value of store certificates, merchandise, credits or any other substitute for money received by employees as part of their pay;

     i. The payroll of mobile equipment operators and their helpers, whether or not the operators are designated or licensed to operate automobiles. If the operators and their helpers are provided to the insured along with equipment hired under contract and their actual payroll is not known, use 1/3 of the total amount paid out by the insured for the hire of the equipment;

     j. The payroll of executive officers and individual insureds and co-partners in accordance with the manuals in use by us;

     k. Fees paid to employment agencies for temporary personnel provided to the insured; and

     l. 90% of fees to personnel leasing firms for workers provided to the insured.

  3. Payroll does not include:

     a. Tips and other gratuities received by employees;

     b. Payments by an employer to group insurance or group pension plans for employees in accordance with the manuals in use by us;

     c. The value of special rewards for individual invention or discovery;

     d. Dismissal or severance payments except for time worked or accrued vacation;

     e. The payroll of clerical office employees;

     f. The payroll of salespersons, collectors or messengers who work principally away from the insured's premises. Salespersons, collectors or messengers are those employees engaged principally in any such duties away from the premises of the employer;
This term does not apply to any employee whose duties include the delivery of any merchandise handled, treated or sold.

     g. The payroll of drivers and their helpers if their principal duties are to work on or in connection with automobiles; and

     h. The payroll of aircraft pilots or co-pilots if their principal duties are to work on or in connection with aircraft in either capacity.

  4. The rates apply per $1,000 of payroll.

s   "Gross Sales" means:

  1. The gross amount charged by the named insured, concessionaires of the named insured or by others trading under the insured's name for:

     a. All goods or products, sold or distributed;

     b. Operations performed during the policy period;

     c. Rentals; and

     d. Dues or fees.

  2. Inclusions

   The following items shall not be deducted from gross sales

     a. Foreign exchange discounts;

     b. Freight allowance to customers;

     c. Total sales of consigned goods and warehouse receipts;

     d. Trade or cash discounts;

     e. Bad debts; and

     f. Repossession of items sold on installments (amount actually collected).

  3. Exclusions

   The following items shall be deducted from gross sales:

     a. Sales or excise taxes which are collected and submitted to a governmental division;

     b. Credits for repossessed merchandise and products returned. Allowances for damages and spoiled goods;

     c. Finance charges for items sold on installments;

     d. Freight charges on sales if freight is charged as a separate item on customers invoice; and

     e. Royalty income from patent rights or copyrights which are not product sales.

  4. The rates apply per $1,000 of gross sales.

u   "Units" means:

   A single room or group of rooms intended for occupancy as separate living quarters by a family, by a group of unrelated persons living together, or by a person living alone.

**This Endorsement Modifies Your Policy.**
**Please Read It Carefully.**

# EXCLUSION - BODILY INJURY TO CASUAL WORKER OR TEMPORARY WORKER

This endorsement modifies insurance provided under the following:

> COMMERCIAL GENERAL LIABILITY COVERAGE PART, CG 00 01
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART, CG 00 09

**A.** The following exclusion is added to **Section I - Coverage A**. Paragraph **2. Exclusions** of **CG 00 01** and to **Section I - Coverages** Paragraph **2. Exclusions** of **CG 00 09**:

This insurance does not apply to "bodily injury" to:

1. A "casual worker" or "temporary worker" of any insured arising out of and in the course of performing duties related to the conduct of the insured's business; or

2. The spouse, child, parent, brother or sister of any "casual worker" or "temporary worker" as a consequence of Item 1. above.

This exclusion applies:

1. Whether the insured may be liable as an employer or in any other capacity; and

2. To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B. Section V - Definitions** is amended to include the following definition:

"Casual worker" means a person providing services to, or on behalf of any insured, but who is not a "temporary worker", "leased worker", "volunteer worker", contractor or subcontractor.

**This Endorsement Modifies Your Policy.**
**Please Read It Carefully.**

## TOTAL AND ABSOLUTE ASBESTOS EXCLUSION

This endorsement modifies insurance provided under the following:

> COMMERCIAL GENERAL LIABILITY COVERAGE PART
> OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
> PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

This insurance does not apply to "bodily injury," "property damage," "personal and advertising injury," and/or Medical Payments arising out of any of the following:

**(1)** The presence of "asbestos";

**(2)** Any real or personal property containing "asbestos" or on which "asbestos" is present;

**(3)** The use of "asbestos" in constructing or manufacturing real or personal property;

**(4)** The presence or use of "asbestos" in providing any service;

**(5)** The installation, handling, mining, manufacture, sale, transportation, storage, encapsulation, or disposal of "asbestos";

**(6)** Any contact with or exposure to "asbestos," including but not limited to, inhalation, ingestion, or absorption of "asbestos";

**(7)** Any contact with or exposure to "asbestos" by real or personal property;

**(8)** Any supervision, instructions, recommendations, warnings, warranties (express or implied), or advice given, or which should have been given;

**(9)** Any obligation, order, request, settlement, or statutory or regulatory requirement;

**(10)** The testing for, monitoring, cleaning up, removing, containing, mitigating, treating, neutralizing, remediating, or disposing of, or in any way responding to or assessing the actual or alleged effects of, "asbestos," including but not limited to the disposal or destruction of real or personal property;

We shall have no duty to investigate, defend or indemnify any insured against any loss, claim, "suit", demand, fine or other proceeding alleging injury or damages of any kind, including but not limited to "bodily injury," "property damage," "personal and advertising injury," or Medical Payments, to which this endorsement applies.

The following definitions are added to the **DEFINITIONS** Section:

"Asbestos" means any type or form of asbestos, asbestos fibers, asbestos products, or asbestos materials, including but not limited to:

**(1)** Any products, goods, or materials containing asbestos or asbestos fibers;

**(2)** Any gases, vapors, scents or by-products produced or released by asbestos;

**(3)** Services involving the above.

**THIS ENDORSEMENT AND ANY INSURED ARE SUBJECT TO ALL OF THE TERMS, CONDITIONS AND EXCLUSIONS OF THE POLICY.**

**This Endorsement Modifies Your Policy.**
**Please Read It Carefully.**

# EXCLUSION OF NUCLEAR, BIOLOGICAL AND CHEMICAL INJURY OR DAMAGE

This endorsement modifies insurance provided under the following:

      COMMERCIAL GENERAL LIABILITY COVERAGE PART
      OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
      PROFESSIONAL LIABILITY COVERAGE PART
      PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
      STORAGE TANK POLLUTION LIABILITY POLICY
      LIQUOR LIABILITY COVERAGE PART

A. The following exclusion is added:

**NUCLEAR, BIOLOGICAL AND CHEMICAL INJURY OR DAMAGE**

This insurance does not apply to "any injury or damage" arising, directly or indirectly from:

1. The use, release or escape of nuclear materials, or any resulting nuclear reaction or radiation or radioactive contamination; or

2. The dispersal or application of pathogenic or poisonous biological or chemical materials.

B. The following definition is added:

For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under any Coverage Part to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable Coverage Part.

WW424 (09/10)

**INSURED**

**This Endorsement Modifies Your Policy.**
**Please Read It Carefully.**

# COMMERCIAL GENERAL LIABILITY
# AMENDATORY ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**SECTION I - COVERAGES** is amended by the following:

**COVERAGE C MEDICAL PAYMENTS** is deleted in its entirety and replaced by the following:

**COVERAGE C MEDICAL PAYMENTS**

**1. Insuring Agreement**

  **a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

    **(1)** On premises you own or rent;

    **(2)** On ways next to premises you own or rent; or

    **(3)** Because of your operations;

    provided that:

    **(1)** The accident takes place in the "coverage territory" and during the policy period;

    **(2)** The expenses are incurred and reported to us within one year of the date of the accident; and

    **(3)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

  **b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

    **(1)** First aid administered at the time of an accident;

    **(2)** Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

    **(3)** Necessary ambulance, hospital, professional nursing and funeral services.

  **c.** This insurance is excess over any other available insurance.

**2. Exclusions**

We will not pay expenses for "bodily injury":

  **a.** To any insured, except "volunteer workers".

  **b.** To a person hired to do work for or on behalf of any insured or a tenant of any insured.

  **c.** To a person injured on that part of premises you own or rent that the person normally occupies.

  **d.** To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

  **e.** To a person injured while taking part in athletics.

  **f.** Included within the "products-completed operations hazard".

  **g.** Excluded under Coverage A.

  **h.** To inure to the benefit of any insurance company, self funded insurance plan or third party administrator.

Includes Copyrighted Material from
ISO Properties, Inc., Copyright 2000, with its permission.

WW456 (01/12)

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section **II** - Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **V** - Definitions.

## SECTION I - COVERAGES

## COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY

### 1. Insuring Agreement

a. We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

(1) The amount we will pay for damages is limited as described in Section **III** - Limits Of Insurance; and

(2) Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B**.

b. This insurance applies to "bodily injury" and "property damage" only if:

(1) The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

(2) The "bodily injury" or "property damage" occurs during the policy period; and

(3) Prior to the policy period, no insured listed under Paragraph **1.** of Section **II** - Who Is An Insured and no "employee" authorized by you to give or receive notice of an "occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

c. "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of Section **II** - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

d. "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of Section **II** - Who Is An Insured or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

(1) Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

(2) Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

(3) Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

e. Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

    Copyright, Insurance Services Office, Inc., 2012

## 2. Exclusions

This insurance does not apply to:

### a. Expected Or Intended Injury

"Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

### b. Contractual Liability

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason  of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

**(1)** That the insured would have in the absence of the contract or agreement; or

**(2)** Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorneys' fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

   **(a)** Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

   **(b)** Such attorneys' fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

### c. Liquor Liability

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

**(1)** Causing or contributing to the intoxication of any person;

**(2)** The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

**(3)** Any statue, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in:

   **(a)** The supervision, hiring, employment, training or monitoring of others by that insured; or

   **(b)** Providing or failing to provide transportation with respect to any person that may be under the influence of alcohol;

if the "occurrence" which caused the "bodily injury" or "property damage", involved that which is described in Paragrah **(1)**, **(2)** or **(3)** above.

However, this exclusion applies only if you are  in the business of maufacturing, distributing, selling, serving or furnishing alcoholic beverages. For the purposes of this exclusion,  permitting a person to bring alcoholic beverages on your premises, for consumption on your premises, whether or not a fee is charged or a license is required for such activity, is not by itself considered the business of selling, serving or furnishing alcoholic beverages.

### d. Workers' Compensation And Similar Laws

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

### e. Employer's Liability

"Bodily injury" to:

**(1)** An "employee" of the insured arising out of and in the course of:

   **(a)** Employment by the insured; or

   **(b)** Performing duties related to the conduct of the insured's business; or

**(2)** The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies whether the insured may be liable as an employer or in any other capacity and to any obligation to share damages with  or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

Copyright, Insurance Services Office, Inc., 2012

CG 00 01 04 13

**f. Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot produced by or originating from equipment that is used to heat, cool or dehumidify the building, or equipment that is used to heat water for personal use, by the building's occupants or their guests;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not and never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i) Any insured; or

(ii) Any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

Copyright, Insurance Services Office, Inc., 2012

**(2)** Any loss, cost or expense arising out of any:

**(a)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(b)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

**g. Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

**(1)** A watercraft while ashore on premises you own or rent;

**(2)** A watercraft you do not own that is:

**(a)** Less than 26 feet long; and

**(b)** Not being used to carry persons or property for a charge;

**(3)** Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of:

**(a)** The operation of machinery or equipment that is attached to, or part of, a land vehicle that would qualify under the definition of "mobile equipment" if it were not subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged; or

**(b)** The operation of any of the machinery or equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

    Copyright, Insurance Services Office, Inc., 2012

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of seven or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section **III** - Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

**p. Electronic Data**

Damages arising out of the loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

However, this exclusion does not apply to liability for damages because of "bodily injury".

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**q. Recording And Distribution Of Material Or Information In Violation Of Law**

"Bodily injury" or "property damage" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

    Copyright, Insurance Services Office, Inc., 2012

**(4)** Any federal, state or local statue, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** - Limits Of Insurance.

## COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY

### 1. Insuring Agreement

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** - Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments — Coverages **A** and **B**.

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business but only if the offense was committed in the "coverage territory" during the policy period.

### 2. Exclusions

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication, in any matter, of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication, in any matter, of material whose first publication took place before the beginning of the policy period.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods –- Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising our of the wrong description of the price of goods, products or services stated in your "advertisement".

    Copyright, Insurance Services Office, Inc., 2012    CG 00 01 04 13

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights. Under this exclusion, such other intellectual property rights do not include the use of another's advertising idea in your "advertisement".

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content of web sites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a.**, **b.** and **c.** of "personal and advertising injury" under the Definitions section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**o. War**

"Personal and advertising injury", however caused, arising, directly or indirectly, out of:

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**p. Recording and Distribution Of Material Or Information In Violation Of Law**

"Personal and advertising injury" arising directly or indirectly out of any action or omission that violates or is alleged to violate:

**(1)** The Telephone Consumer Protection Act (TCPA), including any amendment of or addition to such law;

**(2)** The CAN-SPAM Act of 2003, including any amendment of or addition to such law;

**(3)** The Fair Credit Reporting Act (FCRA), and any amendment of or addition to such law, including the Fair and Accurate Credit Transactions Act (FACTA); or

**(4)** Any federal, state or local statute, ordinance or regulation, other than the TCPA, CAN-SPAM Act of 2003 or FCRA and their amendments and additions, that addresses, prohibits, or limits the printing, dissemination, disposal, collecting, recording, sending, transmitting, communicating or distribution of material or information.

 Copyright, Insurance Services Office, Inc., 2012

## COVERAGE C - MEDICAL PAYMENTS

### 1. Insuring Agreement

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(a)** The accident takes place in the "coverage territory" and during the policy period;

**(b)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(c)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, X-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

### 2. Exclusions

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers' Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while practicing, instructing or participating in any physical exercises or games, sports, or athletic contests.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage **A.**

## SUPPLEMENTARY PAYMENTS - COVERAGES A AND B

**1.** We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

**a.** All expenses we incur.

**b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

**c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

**d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

**e.** All court costs taxed against the insured in the "suit". However, these payments do not include attorneys' fees or attorneys' expenses taxed against the insured.

**f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

Copyright, Insurance Services Office, Inc., 2012

CG 00 01 04 13

**g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

   **a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

   **b.** This insurance applies to such liability assumed by the insured;

   **c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

   **d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

   **e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

   **f.** The indemnitee:

   **(1)** Agrees in writing to:

   **(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

   **(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

   **(c)** Notify any other insurer whose coverage is available to the indemnitee; and

   **(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

   **(2)** Provides us with written authorization to:

   **(a)** Obtain records and other information related to the "suit"; and

   **(b)** Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when we have used up the applicable limit of insurance in the payment of judgments or settlements or the conditions set forth above, or the terms of the agreement described in Paragraph f. above, are no longer met.

## SECTION II - WHO IS AN INSURED

1. If you are designated in the Declarations as:

   **a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

   **b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

   **c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

   **d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

   **e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

 Copyright, Insurance Services Office, Inc., 2012

**2.** Each of the following is also an insured:

**a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

**(1)** "Bodily injury" or "personal and advertising injury":

**(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

**(b)** To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraph **(1)(a)** or **(b)** above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by;

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by;

you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee" or "volunteer worker"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage **A** does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage **B** does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

**SECTION III - LIMITS OF INSURANCE**

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

**a.** Medical expenses under Coverage **C**;

**b.** Damages under Coverage **A**, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

**c.** Damages under Coverage **B**.

Copyright, Insurance Services Office, Inc., 2012
CG 00 01 04 13

3. The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage **A** for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

4. Subject to Paragraph **2.** above, the Personal And Advertising Injury Limit is the most we will pay under Coverage **B** for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

5. Subject to Paragraph **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   a. Damages under Coverage **A**; and

   b. Medical expenses under Coverage **C**

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to Paragraph **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage **A** for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

7. Subject to Paragraph **5.** above, the Medical Expense Limit is the most we will pay under Coverage **C** for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

**SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS**

1. **Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event Of Occurrence, Offense, Claim Or Suit**

   a. You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

      **(1)** How, when and where the "occurrence" or offense took place;

      **(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

b. If a claim is made or "suit" is brought against any insured, you must:

   **(1)** Immediately record the specifics of the claim or "suit" and the date received; and

   **(2)** Notify us as soon as practicable.

   You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

c. You and any other involved insured must:

   **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

   **(2)** Authorize us to obtain records and other information;

   **(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

   **(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

d. No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. **Legal Action Against Us**

No person or organization has a right under this Coverage Part:

a. To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

b. To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant for the claimant's legal representation.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when Paragraph **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in Paragraph **c.** below.

**b. Excess Insurance**

**(1)** This insurance is excess over:

**(a)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(i)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(ii)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(iii)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(iv)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section **I** - Coverage **A** - Bodily Injury And Property Damage Liability.

**(b)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations, or the products and completed operations, for which you have been added as an additional insured.

**(2)** When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

**(3)** When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(a)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(b)** The total of all deductible and self-insured amounts under all that other insurance.

**(4)** We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

Copyright, Insurance Services Office, Inc., 2012
CG 00 01 04 13

b. Those statements are based upon representations you made to us; and

c. We have issued this policy in reliance upon your representations.

### 7. Separation Of Insureds

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

a. As if each Named Insured were the only Named Insured; and

b. Separately to each insured against whom claim is made or "suit" is brought.

### 8. Transfer Of Rights Of Recovery Against Others To Us

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

### 9. When We Do Not Renew

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

### SECTION V - DEFINITIONS

1. "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

   a. Notices that are published include material placed on the Internet or on similar electronic means of communication; and

   b. Regarding web sites, only that part of a web site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

2. "Auto" means:

   a. A land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment; or

   b. Any other land vehicle that is subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged.

However, "auto" does not include "mobile equipment".

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

   a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

   b. International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in Paragraph a. above; or

   c. All other parts of the world if the injury or damage arises out of:

      (1) Goods or products made or sold by you in the territory described in Paragraph a. above;

      (2) The activities of a person whose home is in the territory described in Paragraph a. above, but is away for a short time on your business; or

      (3) "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication;

   provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in Paragraph a. above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, bylaws or any other similar governing document.

7. "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

8. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

   a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

   b. You have failed to fulfill the terms of a contract or agreement;

   if such property can be restored to use by the repair, replacement, adjustment or removal of "your product" or "your work" or your fulfilling the terms of the contract or agreement.

 Copyright, Insurance Services Office, Inc., 2012



9. "Insured contract" means:

   **a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

   **b.** A sidetrack agreement;

   **c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

   **d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

   **e.** An elevator maintenance agreement;

   **f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

   Paragraph **f.** does not include that part of any contract or agreement:

   **(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

   **(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

      **(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

      **(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

   **(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

10. "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

11. "Loading or unloading" means the handling of property:

   **a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

   **b.** While it is in or on an aircraft, watercraft or "auto"; or

   **c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

   but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

12. "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

   **a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

   **b.** Vehicles maintained for use solely on or next to premises you own or rent;

   **c.** Vehicles that travel on crawler treads;

   **d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

      **(1)** Power cranes, shovels, loaders, diggers or drills; or

      **(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

   **e.** Vehicles not described in Paragraph **a.**, **b.**, **c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

      **(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

      **(2)** Cherry pickers and similar devices used to raise or lower workers;

   **f.** Vehicles not described in Paragraph **a.**, **b.**, **c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

Copyright, Insurance Services Office, Inc., 2012

**CG 00 01 04 13**

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

(1) Equipment designed primarily for:

    (a) Snow removal;

    (b) Road maintenance, but not construction or resurfacing; or

    (c) Street cleaning;

(2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

(3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

However, "mobile equipment" does not include any land vehicles that are subject to a compulsory or financial responsibility law or other motor vehicle insurance law where it is licensed or principally garaged. Land vehicles subject to a compulsory or financial responsibility law or other motor vehicle insurance law are considered "autos".

13. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

14. "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

a. False arrest, detention or imprisonment;

b. Malicious prosecution;

c. The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

d. Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

e. Oral or written publication, in any manner, of material that violates a person's right of privacy;

f. The use of another's advertising idea in your "advertisement"; or

g. Infringing upon another's copyright, trade dress or slogan in your "advertisement".

15. "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

16. "Products-completed operations hazard":

a. Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

    (1) Products that are still in your physical possession; or

    (2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

        (a) When all of the work called for in your contract has been completed.

        (b) When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

        (c) When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

    Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

b. Does not include "bodily injury" or "property damage" arising out of:

    (1) The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

    (2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

    (3) Products or operations for which the classification, listed in the Declarations or in a policy Schedule, states that products-completed operations are subject to the General Aggregate Limit.

17. "Property damage" means:

a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

 Copyright, Insurance Services Office, Inc., 2012

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

**a.** Means:

**(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

**(a)** You;

**(b)** Others trading under your name; or

**(c)** A person or organization whose business or assets you have acquired; and

**(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

**(2)** The providing of or failure to provide warnings or instructions.

**c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

**a.** Means:

**(1)** Work or operations performed by you or on your behalf; and

**(2)** Materials, parts or equipment furnished in connection with such work or operations.

**b.** Includes:

**(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

**(2)** The providing of or failure to provide warnings or instructions.

Copyright, Insurance Services Office, Inc., 2012

COMMERCIAL GENERAL LIABILITY
CG 21 07 05 14

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION – ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION AND DATA-RELATED LIABILITY – LIMITED BODILY INJURY EXCEPTION NOT INCLUDED

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Exclusion **2.p.** of **Section I - Coverage A - Bodily Injury And Property Damage Liability** is replaced by the following:

**2. Exclusions**

This insurance does not apply to:

**p. Access Or Disclosure Of Confidential Or Personal Information And Data-related Liability**

Damages arising out of:

**(1)** Any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information; or

**(2)** The loss of, loss of use of, damage to, corruption of, inability to access, or inability to manipulate electronic data.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of that which is described in Paragraph **(1)** or **(2)** above.

As used in this exclusion, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from computer software, including systems and applications software, hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**B.** The following is added to Paragraph **2. Exclusions** of **Section I - Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Access Or Disclosure Of Confidential Or Personal Information**

"Personal and advertising injury" arising out of any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if damages are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

Copyright, Insurance Services Office, Inc., 2013

COMMERCIAL GENERAL LIABILITY
CG 21 11 06 15

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - UNMANNED AIRCRAFT
# (COVERAGE B ONLY)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Coverage B - Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Unmanned Aircraft**

"Personal and advertising injury" arising out of the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft". Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the offense which caused the "personal and advertising injury" involved the ownership, maintenance, use or entrustment to others of any aircraft that is an "unmanned aircraft".

This exclusion does not apply to:

**a.** The use of another's advertising idea in your "advertisement"; or

**b.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**B.** The following definition is added to the **Definitions** section:

"Unmanned aircraft" means an aircraft that is not:

**1.** Designed;

**2.** Manufactured; or

**3.** Modified after manufacture;

to be controlled directly by a person from within or on the aircraft.

 Copyright, Insurance Services Office, Inc., 2014

**COMMERCIAL GENERAL LIABILITY**
**CG 21 36 03 05**

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION - NEW ENTITIES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

Paragraph **3.** of **Section II - Who Is An Insured** does not apply.

© ISO Properties, Inc., 2004
INSURED

COMMERCIAL GENERAL LIABILITY
CG 21 47 12 07

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I - Coverage A - Bodily Injury And Property Damage Liability:**

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to Paragraph **2., Exclusions** of Section **I - Coverage B - Personal And Advertising Injury Liability:**

This insurance does not apply to:

"Personal and advertising injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination or malicious prosecution directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal and advertising injury" to that person at whom any of the employment-related practices described in Paragraphs **(a), (b),** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the injury-causing event described in Paragraphs **(a), (b)** or **(c)** above occurs before employment, during employment or after employment of that person;

**(2)** Whether the insured may be liable as an employer or in any other capacity; and

**(3)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

COMMERCIAL GENERAL LIABILITY
CG 21 67 12 04

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage A – Bodily Injury And Property Damage Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Bodily injury" or "property damage" which would not have occurred, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of, any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury or damage.

**b.** Any loss, cost or expenses arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

This exclusion does not apply to any "fungi" or bacteria that are, are on, or are contained in, a good or product intended for bodily consumption.

**B.** The following exclusion is added to Paragraph **2. Exclusions** of **Section I – Coverage B – Personal And Advertising Injury Liability:**

**2. Exclusions**

This insurance does not apply to:

**Fungi Or Bacteria**

**a.** "Personal and advertising injury" which would not have taken place, in whole or in part, but for the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi" or bacteria on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such injury.

**b.** Any loss, cost or expense arising out of the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of, "fungi" or bacteria, by any insured or by any other person or entity.

**C.** The following definition is added to the **Definitions** Section:

"Fungi" means any type or form of fungus, including mold or mildew and any mycotoxins, spores, scents or byproducts produced or released by fungi.

 © ISO Properties, Inc., 2003



COMMERCIAL GENERAL LIABILITY
CG 24 26 04 13

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# AMENDMENT OF INSURED CONTRACT DEFINITION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

The definition of "insured contract" in the **Definitions** section is replaced by the following:

"Insured contract" means:

a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

b. A sidetrack agreement;

c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. An elevator maintenance agreement;

f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization, provided the "bodily injury" or "property damage" is caused, in whole or in part, by you or by those acting on your behalf. However, such part of a contract or agreement shall only be considered an "insured contract" to the extent your assumption of the tort liability is permitted by law. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

(1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

(2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

(a) Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

(b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

(3) Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

   Copyright, Insurance Services Office, Inc., 2012



**This Endorsement Modifies Your Policy.**
**Please Read It Carefully.**

## EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided by this Policy:

**A.** The following exclusion (Terrorism) is added to the Exclusions section:

This insurance does not apply to:

"Any injury or damage" arising, directly or indirectly, out of a "certified act of terrorism."

**B.** The following definitions are added to the Definitions section:

**1.** For the purposes of this endorsement, "any injury or damage" means any injury or damage covered under any policy or Coverage Part to which this endorsement is applicable, and includes but is not limited to "bodily injury", "property damage", "personal and advertising injury", "injury" or "environmental damage" as may be defined in any applicable policy or Coverage Part.

**2.** "Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

**a.** The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

**b.** The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**C.** The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for injury or damage that is otherwise excluded under this policy or Coverage Part.

**THIS ENDORSEMENT AND ANY INSURED ARE SUBJECT TO ALL OF THE TERMS, CONDITIONS AND EXCLUSIONS OF THE POLICY.**

Includes copyrighted material of Insurance Services Office, Inc.          TRIA 0004 (01/21)

## COMMERCIAL PROPERTY COVERAGE PART
## DECLARATIONS

Policy Number: NPP8837546            Effective Date: 11/15/2022     12:01 A.M., Standard Time

☐ "X" if Supplemental Declarations is attached.

**ITEM 1. DESCRIPTION OF PREMISES**

| PREM NO. | BLDG. NO. | LOCATION (Street, City, State, Zip) | CONSTRUCTION | OCCUPANCY |
|---|---|---|---|---|
| 1 | 1 | 4219 Charter Ave OKLAHOMA CITY, OK 73108 | Masonry Noncom | Warehouse |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**ITEM 2. COVERAGES PROVIDED** INSURANCE AT THE DESCRIBED PREMISES APPLIES ONLY TO COVERAGES FOR WHICH A LIMIT OF INSURANCE IS SHOWN. REFER TO SCHEDULE OF FORMS AND ENDORSEMENTS FOR ANY MODIFICATIONS TO THE COVERED CAUSES OF LOSS.

| PREM NO. | BLDG. NO. | COVERAGE | LIMIT OF INSURANCE | COVERED CAUSES OF LOSS | CO-INSURANCE† | PREMIUM |
|---|---|---|---|---|---|---|
| 1 | 1 | Building | $1,750,000 | Special | 80 % | $10191.00 |
| 1 | 1 | Business Income (and Extra Expense) | $90,000 | Special | 80 % | $400.00 |
| | | | $ | | % | $ |
| | | | $ | | % | $ |
| | | | $ | | % | $ |
| | | | $ | | % | $ |
| | | | $ | | % | $ |
| | | | $ | | % | $ |

† IF EXTRA EXPENSE COVERAGE, LIMITS ON LOSS PAYMENT

**ITEM 3. OPTIONAL COVERAGES** APPLICABLE ONLY WHEN ENTRIES ARE MADE IN THE SCHEDULE BELOW.

REPLACEMENT COST - (RCV) BELOW HEADING WHERE APPLICABLE FUNCTIONAL BUILDING VALUATION - (FBV) APPLIES TO BUILDING ONLY

APPLIES TO BUSINESS INCOME ONLY

| PREM NO. | BLDG. NO. | BUILDING | BUSINESS PERSONAL PROPERTY | INCLUDING "STOCK" | PREM NO. | BLDG. NO. | MONTHLY LIMIT OF INDEMNITY (Fraction) | MAXIMUM PERIOD OF INDEM. (Days) | EXTENDED PERIOD OF INDEM. (Days) |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | RCV | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

**ITEM 4. DEDUCTIBLE**

| $5,000 | EXCEPTIONS: 1% subject to a 10,000 minimum |
|---|---|

**ITEM 5. FORMS AND ENDORSEMENTS**

FORMS AND ENDORSEMENTS APPLYING TO THIS COVERAGE PART AND MADE PART OF THIS POLICY AT TIME OF ISSUE -
SEE SCHEDULE OF FORMS AND ENDORSEMENTS

**ITEM 6. PREMIUM**

PREMIUM FOR THIS COVERAGE PART: $ 10,591.00

THESE DECLARATIONS ARE PART OF THE POLICY DECLARATIONS CONTAINING THE NAME OF THE INSURED AND THE POLICY PERIOD.

WW231 (07/20)

**This Endorsement Modifies Your Policy**
(Effective At Inception Unless Another Date Shown Below)

# EXCLUSION OF CHEMICAL AND BIOLOGICAL LOSS OR DAMAGE

This endorsement modifies insurance provided under the following:

**Commercial Property Coverage Part**
**Standard Property Policy**
**Commercial Inland Marine Coverage Part**
**Contractors Equipment Coverage Part**

The following exclusion is added:

**CHEMICAL AND BIOLOGICAL LOSS OR DAMAGE**

We will not pay for loss or damage caused directly or indirectly by the dispersal or application of pathogenic or poisonous biological or chemical material.

But if the dispersal or application of pathogenic or poisonous biological or chemical material results in fire, we will pay for the loss or damage caused by that fire.

| (Complete this section if endorsement is added after policy is issued.) | | |
|---|---|---|
| Policy Number | Endorsement Number | Endorsement Effective Date |
| Signature of Authorized Representative | | Producer Number |

INSURED

WW425 (02/08)

**This Endorsement Modifies Your Policy.**
**Please Read It Carefully.**

# ASBESTOS EXCLUSION

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE
CAUSES OF LOSS - BASIC
CAUSES OF LOSS - BROAD
CAUSES OF LOSS - SPECIAL

**A.** The following exclusion, **Asbestos,** is added to **B. Exclusions, Paragraph 1.** of the above **CAUSES OF LOSS** forms:

**1.** We will not pay for loss or damage caused directly or indirectly by any the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**Asbestos**

a. Loss or damage caused directly or indirectly by the actual or alleged presence of "asbestos";

b. The increased costs incurred by the actual or alleged presence of "asbestos"; or

c. Costs or expenses incurred as a result of required actions to test, monitor, detoxify or clean up in any way any building, facility, structure, premises, location or any other real or personal property or any natural environment because of the actual or alleged presence of "asbestos".

**B.** The following **definition** is added to Paragraph **H. Definitions** of the **BUILDING AND PERSONAL PROPERTY COVERAGE** form:

"Asbestos" means the mineral asbestos, but also includes asbestos fibers, asbestos materials, and asbestos products, or any goods or products containing asbestos or asbestos fibers, materials, or products.

COMMERCIAL PROPERTY
CP 00 10 06 07

# BUILDING AND PERSONAL PROPERTY COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **H.,** Definitions.

## A. Coverage

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. Covered Property

Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.,** and limited in **A.2.,** Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

**a. Building,** meaning the building or structure described in the Declarations, including:

**(1)** Completed additions;

**(2)** Fixtures, including outdoor fixtures;

**(3)** Permanently installed:

**(a)** Machinery and

**(b)** Equipment;

**(4)** Personal property owned by you that is used to maintain or service the building or structure or its premises, including:

**(a)** Fire-extinguishing equipment;

**(b)** Outdoor furniture;

**(c)** Floor coverings; and

**(d)** Appliances used for refrigerating, ventilating, cooking, dishwashing or laundering;

**(5)** If not covered by other insurance:

**(a)** Additions under construction, alterations and repairs to the building or structure;

**(b)** Materials, equipment, supplies and temporary structures, on or within 100 feet of the described premises, used for making additions, alterations or repairs to the building or structure.

**b. Your Business Personal Property** located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises, consisting of the following unless otherwise specified in the Declarations or on the Your Business Personal Property - Separation Of Coverage form:

**(1)** Furniture and fixtures;

**(2)** Machinery and equipment;

**(3)** "Stock";

**(4)** All other personal property owned by you and used in your business;

**(5)** Labor, materials or services furnished or arranged by you on personal property of others;

**(6)** Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:

**(a)** Made a part of the building or structure you occupy but do not own; and

**(b)** You acquired or made at your expense but cannot legally remove;

**(7)** Leased personal property for which you have a contractual responsibility to insure, unless otherwise provided for under Personal Property Of Others.

Copyright, ISO Properties, Inc., 2007

c. **Personal Property Of Others** that is:

   (1) In your care, custody or control; and

   (2) Located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

   However, our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

2. **Property Not Covered**

   Covered Property does not include:

   a. Accounts, bills, currency, food stamps or other evidences of debt, money, notes or securities. Lottery tickets held for sale are not securities;

   b. Animals, unless owned by others and boarded by you, or if owned by you, only as "stock" while inside of buildings;

   c. Automobiles held for sale;

   d. Bridges, roadways, walks, patios or other paved surfaces;

   e. Contraband, or property in the course of illegal transportation or trade;

   f. The cost of excavations, grading, backfilling or filling;

   g. Foundations of buildings, structures, machinery or boilers if their foundations are below:

      (1) The lowest basement floor; or

      (2) The surface of the ground, if there is no basement;

   h. Land (including land on which the property is located), water, growing crops or lawns;

   i. Personal property while airborne or waterborne;

   j. Bulkheads, pilings, piers, wharves or docks;

   k. Property that is covered under another coverage form of this or any other policy in which it is more specifically described, except for the excess of the amount due (whether you can collect on it or not) from that other insurance;

   l. Retaining walls that are not part of a building;

   m. Underground pipes, flues or drains;

   n. Electronic data, except as provided under the Additional Coverage, Electronic Data. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data. This paragraph, **n.,** does not apply to your "stock" of pre-packaged software;

   o. The cost to replace or restore the information on valuable papers and records, including those which exist as electronic data. Valuable papers and records include but are not limited to proprietary information, books of account, deeds, manuscripts, abstracts, drawings and card index systems. Refer to the Coverage Extension for Valuable Papers And Records (Other Than Electronic Data) for limited coverage for valuable papers and records other than those which exist as electronic data;

   p. Vehicles or self-propelled machines (including aircraft or watercraft) that:

      (1) Are licensed for use on public roads; or

      (2) Are operated principally away from the described premises.

      This paragraph does not apply to:

         (a) Vehicles or self-propelled machines or autos you manufacture, process or warehouse;

         (b) Vehicles or self-propelled machines, other than autos, you hold for sale;

         (c) Rowboats or canoes out of water at the described premises; or

         (d) Trailers, but only to the extent provided for in the Coverage Extension for Non-owned Detached Trailers;

 Copyright, ISO Properties, Inc., 2007 CP 00 10 06 07

q. The following property while outside of buildings:

(1) Grain, hay, straw or other crops;

(2) Fences, radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers, trees, shrubs or plants (other than "stock" of trees, shrubs or plants), all except as provided in the Coverage Extensions.

**3. Covered Causes Of Loss**

See applicable Causes Of Loss Form as shown in the Declarations.

**4. Additional Coverages**

**a. Debris Removal**

(1) Subject to Paragraphs **(3)** and **(4),** we will pay your expense to remove debris of Covered Property caused by or resulting from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date of direct physical loss or damage.

(2) Debris Removal does not apply to costs to:

(a) Extract "pollutants" from land or water; or

(b) Remove, restore or replace polluted land or water.

(3) Subject to the exceptions in Paragraph **(4),** the following provisions apply:

(a) The most we will pay for the total of direct physical loss or damage plus debris removal expense is the Limit of Insurance applicable to the Covered Property that has sustained loss or damage.

(b) Subject to **(a)** above, the amount we will pay for debris removal expense is limited to 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

(4) We will pay up to an additional $10,000 for debris removal expense, for each location, in any one occurrence of physical loss or damage to Covered Property, if one or both of the following circumstances apply:

(a) The total of the actual debris removal expense plus the amount we pay for direct physical loss or damage exceeds the Limit of Insurance on the Covered Property that has sustained loss or damage.

(b) The actual debris removal expense exceeds 25% of the sum of the deductible plus the amount that we pay for direct physical loss or damage to the Covered Property that has sustained loss or damage.

Therefore, if **(4)(a)** and/or **(4)(b)** apply, our total payment for direct physical loss or damage and debris removal expense may reach but will never exceed the Limit of Insurance on the Covered Property that has sustained loss or damage, plus $10,000.

(5) **Examples**

The following examples assume that there is no Coinsurance penalty.

**EXAMPLE #1**

| | | |
|---|---|---|
| Limit of Insurance: | $ | 90,000 |
| Amount of Deductible: | $ | 500 |
| Amount of Loss: | $ | 50,000 |
| Amount of Loss Payable: | $ | 49,500 |
| | ($50,000 - $500) | |
| Debris Removal Expense: | $ | 10,000 |
| Debris Removal Expense Payable: | $ | 10,000 |
| ($10,000 is 20% of $50,000.) | | |

The debris removal expense is less than 25% of the sum of the loss payable plus the deductible. The sum of the loss payable and the debris removal expense ($49,500 + $10,000 = $59,500) is less than the Limit of Insurance. Therefore the full amount of debris removal expense is payable in accordance with the terms of Paragraph **(3).**

**EXAMPLE #2**

| | | |
|---|---|---|
| Limit of Insurance: | $ | 90,000 |
| Amount of Deductible: | $ | 500 |
| Amount of Loss: | $ | 80,000 |
| Amount of Loss Payable: | $ | 79,500 |
| | ($80,000 - $500) | |
| Debris Removal Expense: | $ | 30,000 |
| Debris Removal Expense Payable | | |
| Basic Amount: | $ | 10,500 |
| Additional Amount: | $ | 10,000 |

The basic amount payable for debris removal expense under the terms of Paragraph **(3)** is calculated as follows: $80,000 ($79,500 + $500) x .25 = $20,000; capped at $10,500. The cap applies because the sum of the loss payable ($79,500) and the basic amount payable for debris removal expense ($10,500) cannot exceed the Limit of Insurance ($90,000).

The additional amount payable for debris removal expense is provided in accordance with the terms of Paragraph **(4)**, because the debris removal expense ($30,000) exceeds 25% of the loss payable plus the deductible ($30,000 is 37.5% of $80,000), and because the sum of the loss payable and debris removal expense ($79,500 + $30,000 = $109,500) would exceed the Limit of Insurance ($90,000). The additional amount of covered debris removal expense is $10,000, the maximum payable under Paragraph **(4)**. Thus the total payable for debris removal expense in this example is $20,500; $9,500 of the debris removal expense is not covered.

**b. Preservation Of Property**

If it is necessary to move Covered Property from the described premises to preserve it from loss or damage by a Covered Cause of Loss, we will pay for any direct physical loss or damage to that property:

**(1)** While it is being moved or while temporarily stored at another location; and

**(2)** Only if the loss or damage occurs within 30 days after the property is first moved.

**c. Fire Department Service Charge**

When the fire department is called to save or protect Covered Property from a Covered Cause of Loss, we will pay up to $1,000, unless a higher limit is shown in the Declarations, for your liability for fire department service charges:

**(1)** Assumed by contract or agreement prior to loss; or

**(2)** Required by local ordinance.

No Deductible applies to this Additional Coverage.

**d. Pollutant Clean-up And Removal**

We will pay your expense to extract "pollutants" from land or water at the described premises if the discharge, dispersal, seepage, migration, release or escape of the "pollutants" is caused by or results from a Covered Cause of Loss that occurs during the policy period. The expenses will be paid only if they are reported to us in writing within 180 days of the date on which the Covered Cause of Loss occurs.

This Additional Coverage does not apply to costs to test for, monitor or assess the existence, concentration or effects of "pollutants". But we will pay for testing which is performed in the course of extracting the "pollutants" from the land or water.

The most we will pay under this Additional Coverage for each described premises is $10,000 for the sum of all covered expenses arising out of Covered Causes of Loss occurring during each separate 12-month period of this policy.

**e. Increased Cost Of Construction**

**(1)** This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

**(2)** In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with enforcement of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in **e.(3)** through **e.(9)** of this Additional Coverage.

**(3)** The ordinance or law referred to in **e.(2)** of this Additional Coverage is an ordinance or law that regulates the construction or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

Copyright, ISO Properties, Inc., 2007

**(4)** Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

**(a)** You were required to comply with before the loss, even when the building was undamaged; and

**(b)** You failed to comply with.

**(5)** Under this Additional Coverage, we will not pay for:

**(a)** The enforcement of any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

**(b)** Any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**(6)** The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of: $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable Coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

**(7)** With respect to this Additional Coverage:

**(a)** We will not pay for the Increased Cost of Construction:

**(i)** Until the property is actually repaired or replaced, at the same or another premises; and

**(ii)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**(b)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the same premises.

**(c)** If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the new premises.

**(8)** This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion, to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

**(9)** The costs addressed in the Loss Payment and Valuation Conditions, and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of an ordinance or law. The amount payable under this Additional Coverage, as stated in **e.(6)** of this Additional Coverage, is not subject to such limitation.

**f. Electronic Data**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Property Not Covered, Electronic Data.

**(2)** Subject to the provisions of this Additional Coverage, we will pay for the cost to replace or restore electronic data which has been destroyed or corrupted by a Covered Cause of Loss. To the extent that electronic data is not replaced or restored, the loss will be valued at the cost of replacement of the media on which the electronic data was stored, with blank media of substantially identical type.

 Copyright, ISO Properties, Inc., 2007

**(3)** The Covered Causes of Loss applicable to Your Business Personal Property apply to this Additional Coverage, Electronic Data, subject to the following:

**(a)** If the Causes Of Loss - Special Form applies, coverage under this Additional Coverage, Electronic Data, is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.

**(b)** If the Causes Of Loss - Broad Form applies, coverage under this Additional Coverage, Electronic Data, includes Collapse as set forth in that form.

**(c)** If the Causes Of Loss Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage, Electronic Data.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for loss or damage caused by or resulting from manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, modify, maintain, repair or replace that system.

**(4)** The most we will pay under this Additional Coverage, Electronic Data, is $2,500 for all loss or damage sustained in any one policy year, regardless of the number of occurrences of loss or damage or the number of premises, locations or computer systems involved. If loss payment on the first occurrence does not exhaust this amount, then the balance is available for subsequent loss or damage sustained in but not after that policy year. With respect to an occurrence which begins in one policy year and continues or results in additional loss or damage in a subsequent policy year(s), all loss or damage is deemed to be sustained in the policy year in which the occurrence began.

**5. Coverage Extensions**

Except as otherwise provided, the following Extensions apply to property located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises.

If a Coinsurance percentage of 80% or more, or a Value Reporting period symbol, is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**a. Newly Acquired Or Constructed Property**

**(1) Buildings**

If this policy covers Building, you may extend that insurance to apply to:

**(a)** Your new buildings while being built on the described premises; and

**(b)** Buildings you acquire at locations, other than the described premises, intended for:

**(i)** Similar use as the building described in the Declarations; or

**(ii)** Use as a warehouse.

The most we will pay for loss or damage under this Extension is $250,000 at each building.

**(2) Your Business Personal Property**

**(a)** If this policy covers Your Business Personal Property, you may extend that insurance to apply to:

**(i)** Business personal property, including such property that you newly acquire, at any location you acquire other than at fairs, trade shows or exhibitions;

**(ii)** Business personal property, including such property that you newly acquire, located at your newly constructed or acquired buildings at the location described in the Declarations; or

**(iii)** Business personal property that you newly acquire, located at the described premises.

The most we will pay for loss or damage under this Extension is $100,000 at each building.

Copyright, ISO Properties, Inc., 2007                 CP 00 10 06 07

(b) This Extension does not apply to:

    (i) Personal property of others that is temporarily in your possession in the course of installing or performing work on such property; or

    (ii) Personal property of others that is temporarily in your possession in the course of your manufacturing or wholesaling activities.

**(3) Period Of Coverage**

With respect to insurance on or at each newly acquired or constructed property, coverage will end when any of the following first occurs:

  **(a)** This policy expires;

  **(b)** 30 days expire after you acquire the property or begin construction of that part of the building that would qualify as covered property; or

  **(c)** You report values to us.

We will charge you additional premium for values reported from the date you acquire the property or begin construction of that part of the building that would qualify as covered property.

**b. Personal Effects And Property Of Others**

You may extend the insurance that applies to Your Business Personal Property to apply to:

**(1)** Personal effects owned by you, your officers, your partners or members, your managers or your employees. This Extension does not apply to loss or damage by theft.

**(2)** Personal property of others in your care, custody or control.

The most we will pay for loss or damage under this Extension is $2,500 at each described premises. Our payment for loss of or damage to personal property of others will only be for the account of the owner of the property.

**c. Valuable Papers And Records (Other Than Electronic Data)**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to the cost to replace or restore the lost information on valuable papers and records for which duplicates do not exist. But this Extension does not apply to valuable papers and records which exist as electronic data. Electronic data has the meaning described under Property Not Covered, Electronic Data.

**(2)** If the Causes Of Loss - Special Form applies, coverage under this Extension is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.

**(3)** If the Causes Of Loss - Broad Form applies, coverage under this Extension includes Collapse as set forth in that form.

**(4)** Under this Extension, the most we will pay to replace or restore the lost information is $2,500 at each described premises, unless a higher limit is shown in the Declarations. Such amount is additional insurance. We will also pay for the cost of blank material for reproducing the records (whether or not duplicates exist), and (when there is a duplicate) for the cost of labor to transcribe or copy the records. The costs of blank material and labor are subject to the applicable Limit of Insurance on Your Business Personal Property and therefore coverage of such costs is not additional insurance.

**d. Property Off-premises**

**(1)** You may extend the insurance provided by this Coverage Form to apply to your Covered Property while it is away from the described premises, if it is:

  **(a)** Temporarily at a location you do not own, lease or operate;

  **(b)** In storage at a location you lease, provided the lease was executed after the beginning of the current policy term; or

  **(c)** At any fair, trade show or exhibition.

Copyright, ISO Properties, Inc., 2007

**(2)** This Extension does not apply to property:

    **(a)** In or on a vehicle; or

    **(b)** In the care, custody or control of your salespersons, unless the property is in such care, custody or control at a fair, trade show or exhibition.

**(3)** The most we will pay for loss or damage under this Extension is $10,000.

**e. Outdoor Property**

You may extend the insurance provided by this Coverage Form to apply to your outdoor fences, radio and television antennas (including satellite dishes), trees, shrubs and plants (other than "stock" of trees, shrubs or plants), including debris removal expense, caused by or resulting from any of the following causes of loss if they are Covered Causes of Loss:

**(1)** Fire;

**(2)** Lightning;

**(3)** Explosion;

**(4)** Riot or Civil Commotion; or

**(5)** Aircraft.

The most we will pay for loss or damage under this Extension is $1,000, but not more than $250 for any one tree, shrub or plant. These limits apply to any one occurrence, regardless of the types or number of items lost or damaged in that occurrence.

**f. Non-owned Detached Trailers**

**(1)** You may extend the insurance that applies to Your Business Personal Property to apply to loss or damage to trailers that you do not own, provided that:

    **(a)** The trailer is used in your business;

    **(b)** The trailer is in your care, custody or control at the premises described in the Declarations; and

    **(c)** You have a contractual responsibility to pay for loss or damage to the trailer.

**(2)** We will not pay for any loss or damage that occurs:

    **(a)** While the trailer is attached to any motor vehicle or motorized conveyance, whether or not the motor vehicle or motorized conveyance is in motion;

    **(b)** During hitching or unhitching operations, or when a trailer becomes accidentally unhitched from a motor vehicle or motorized conveyance.

**(3)** The most we will pay for loss or damage under this Extension is $5,000, unless a higher limit is shown in the Declarations.

**(4)** This insurance is excess over the amount due (whether you can collect on it or not) from any other insurance covering such property.

Each of these Extensions is additional insurance unless otherwise indicated. The Additional Condition, Coinsurance, does not apply to these Extensions.

**B. Exclusions And Limitations**

See applicable Causes Of Loss Form as shown in the Declarations.

**C. Limits Of Insurance**

The most we will pay for loss or damage in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

The most we will pay for loss or damage to outdoor signs, whether or not the sign is attached to a building, is $2,500 per sign in any one occurrence.

The amounts of insurance stated in the following Additional Coverages apply in accordance with the terms of such coverages and are separate from the Limit(s) of Insurance shown in the Declarations for any other coverage:

**1.** Fire Department Service Charge;

**2.** Pollutant Clean-up And Removal;

**3.** Increased Cost Of Construction; and

**4.** Electronic Data.

Payments under the Preservation Of Property Additional Coverage will not increase the applicable Limit of Insurance.

Copyright, ISO Properties, Inc., 2007

**D. Deductible**

In any one occurrence of loss or damage (hereinafter referred to as loss), we will first reduce the amount of loss if required by the Coinsurance Condition or the Agreed Value Optional Coverage. If the adjusted amount of loss is less than or equal to the Deductible, we will not pay for that loss. If the adjusted amount of loss exceeds the Deductible, we will then subtract the Deductible from the adjusted amount of loss, and will pay the resulting amount or the Limit of Insurance, whichever is less.

When the occurrence involves loss to more than one item of Covered Property and separate Limits of Insurance apply, the losses will not be combined in determining application of the Deductible. But the Deductible will be applied only once per occurrence.

**EXAMPLE #1**

(This example assumes there is no Coinsurance penalty.)

| | | |
|---|---|---|
| Deductible: | $ | 250 |
| Limit of Insurance - Building #1: | $ | 60,000 |
| Limit of Insurance - Building #2: | $ | 80,000 |
| Loss to Building #1: | $ | 60,100 |
| Loss to Building #2: | $ | 90,000 |

The amount of loss to Building #1 ($60,100) is less than the sum ($60,250) of the Limit of Insurance applicable to Building #1 plus the Deductible.

The Deductible will be subtracted from the amount of loss in calculating the loss payable for Building #1:

$ 60,100
-     250
$ 59,850 Loss Payable - Building #1

The Deductible applies once per occurrence and therefore is not subtracted in determining the amount of loss payable for Building #2. Loss payable for Building #2 is the Limit of Insurance of $80,000.

Total amount of loss payable:

$59,850 + $80,000 = $139,850

**EXAMPLE #2**

(This example, too, assumes there is no Coinsurance penalty.)

The Deductible and Limits of Insurance are the same as those in Example #1.

| | | |
|---|---|---|
| Loss to Building #1: | $ | 70,000 |
| (Exceeds Limit of Insurance plus Deductible) | | |
| Loss to Building #2: | $ | 90,000 |
| (Exceeds Limit of Insurance plus Deductible) | | |
| Loss Payable - Building #1: | $ | 60,000 |
| (Limit of Insurance) | | |
| Loss Payable - Building #2: | $ | 80,000 |
| (Limit of Insurance) | | |
| Total amount of loss payable: | $ | 140,000 |

**E. Loss Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1. Abandonment**

There can be no abandonment of any property to us.

**2. Appraisal**

If we and you disagree on the value of the property or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the value of the property and amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

 Copyright, ISO Properties, Inc., 2007



**3. Duties In The Event Of Loss Or Damage**

  **a.** You must see that the following are done in the event of loss or damage to Covered Property:

    **(1)** Notify the police if a law may have been broken.

    **(2)** Give us prompt notice of the loss or damage. Include a description of the property involved.

    **(3)** As soon as possible, give us a description of how, when and where the loss or damage occurred.

    **(4)** Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

    **(5)** At our request, give us complete inventories of the damaged and undamaged property. Include quantities, costs, values and amount of loss claimed.

    **(6)** As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

    Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

    **(7)** Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

    **(8)** Cooperate with us in the investigation or settlement of the claim.

  **b.** We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

**4. Loss Payment**

  **a.** In the event of loss or damage covered by this Coverage Form, at our option, we will either:

    **(1)** Pay the value of lost or damaged property;

    **(2)** Pay the cost of repairing or replacing the lost or damaged property, subject to **b.** below;

    **(3)** Take all or any part of the property at an agreed or appraised value; or

    **(4)** Repair, rebuild or replace the property with other property of like kind and quality, subject to **b.** below.

    We will determine the value of lost or damaged property, or the cost of its repair or replacement, in accordance with the applicable terms of the Valuation Condition in this Coverage Form or any applicable provision which amends or supersedes the Valuation Condition.

  **b.** The cost to repair, rebuild or replace does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

  **c.** We will give notice of our intentions within 30 days after we receive the sworn proof of loss.

  **d.** We will not pay you more than your financial interest in the Covered Property.

  **e.** We may adjust losses with the owners of lost or damaged property if other than you. If we pay the owners, such payments will satisfy your claims against us for the owners' property. We will not pay the owners more than their financial interest in the Covered Property.

  **f.** We may elect to defend you against suits arising from claims of owners of property. We will do this at our expense.

  **g.** We will pay for covered loss or damage within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

    **(1)** We have reached agreement with you on the amount of loss; or

    **(2)** An appraisal award has been made.

Copyright, ISO Properties, Inc., 2007
CP 00 10 06 07

**h.** A party wall is a wall that separates and is common to adjoining buildings that are owned by different parties. In settling covered losses involving a party wall, we will pay a proportion of the loss to the party wall based on your interest in the wall in proportion to the interest of the owner of the adjoining building. However, if you elect to repair or replace your building and the owner of the adjoining building elects not to repair or replace that building, we will pay you the full value of the loss to the party wall, subject to all applicable policy provisions including Limits of Insurance, the Valuation and Coinsurance Conditions and all other provisions of this Loss Payment Condition. Our payment under the provisions of this paragraph does not alter any right of subrogation we may have against any entity, including the owner or insurer of the adjoining building, and does not alter the terms of the Transfer Of Rights Of Recovery Against Others To Us Condition in this policy.

**5. Recovered Property**

If either you or we recover any property after loss settlement, that party must give the other prompt notice. At your option, the property will be returned to you. You must then return to us the amount we paid to you for the property. We will pay recovery expenses and the expenses to repair the recovered property, subject to the Limit of Insurance.

**6. Vacancy**

   **a. Description Of Terms**

     **(1)** As used in this Vacancy Condition, the term building and the term vacant have the meanings set forth in **(1)(a)** and **(1)(b)** below:

       **(a)** When this policy is issued to a tenant, and with respect to that tenant's interest in Covered Property, building means the unit or suite rented or leased to the tenant. Such building is vacant when it does not contain enough business personal property to conduct customary operations.

       **(b)** When this policy is issued to the owner or general lessee of a building, building means the entire building. Such building is vacant unless at least 31% of its total square footage is:

         **(i)** Rented to a lessee or sub-lessee and used by the lessee or sub-lessee to conduct its customary operations; and/or

         **(ii)** Used by the building owner to conduct customary operations.

     **(2)** Buildings under construction or renovation are not considered vacant.

   **b. Vacancy Provisions**

     If the building where loss or damage occurs has been vacant for more than 60 consecutive days before that loss or damage occurs:

     **(1)** We will not pay for any loss or damage caused by any of the following even if they are Covered Causes of Loss:

       **(a)** Vandalism;

       **(b)** Sprinkler leakage, unless you have protected the system against freezing;

       **(c)** Building glass breakage;

       **(d)** Water damage;

       **(e)** Theft; or

       **(f)** Attempted theft.

     **(2)** With respect to Covered Causes of Loss other than those listed in **b.(1)(a)** through **b.(1)(f)** above, we will reduce the amount we would otherwise pay for the loss or damage by 15%.

**7. Valuation**

We will determine the value of Covered Property in the event of loss or damage as follows:

   **a.** At actual cash value as of the time of loss or damage, except as provided in **b., c., d.** and **e.** below.

   **b.** If the Limit of Insurance for Building satisfies the Additional Condition, Coinsurance, and the cost to repair or replace the damaged building property is $2,500 or less, we will pay the cost of building repairs or replacement.

The cost of building repairs or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

However, the following property will be valued at the actual cash value even when attached to the building:

**(1)** Awnings or floor coverings;

**(2)** Appliances for refrigerating, ventilating, cooking, dishwashing or laundering; or

**(3)** Outdoor equipment or furniture.

**c.** "Stock" you have sold but not delivered at the selling price less discounts and expenses you otherwise would have had.

**d.** Glass at the cost of replacement with safety-glazing material if required by law.

**e.** Tenants' Improvements and Betterments at:

**(1)** Actual cash value of the lost or damaged property if you make repairs promptly.

**(2)** A proportion of your original cost if you do not make repairs promptly. We will determine the proportionate value as follows:

**(a)** Multiply the original cost by the number of days from the loss or damage to the expiration of the lease; and

**(b)** Divide the amount determined in **(a)** above by the number of days from the installation of improvements to the expiration of the lease.

If your lease contains a renewal option, the expiration of the renewal option period will replace the expiration of the lease in this procedure.

**(3)** Nothing if others pay for repairs or replacement.

**F. Additional Conditions**

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

**1. Coinsurance**

If a Coinsurance percentage is shown in the Declarations, the following condition applies.

**a.** We will not pay the full amount of any loss if the value of Covered Property at the time of loss times the Coinsurance percentage shown for it in the Declarations is greater than the Limit of Insurance for the property.

Instead, we will determine the most we will pay using the following steps:

**(1)** Multiply the value of Covered Property at the time of loss by the Coinsurance percentage;

**(2)** Divide the Limit of Insurance of the property by the figure determined in Step **(1)**;

**(3)** Multiply the total amount of loss, before the application of any deductible, by the figure determined in Step **(2)**; and

**(4)** Subtract the deductible from the figure determined in Step **(3)**.

We will pay the amount determined in Step **(4)** or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

**EXAMPLE #1 (UNDERINSURANCE)**

| When: | | | |
|---|---|---|---|
| | The value of the property is: | $ | 250,000 |
| | The Coinsurance percentage for it is: | | 80% |
| | The Limit of Insurance for it is: | $ | 100,000 |
| | The Deductible is: | $ | 250 |
| | The amount of loss is: | $ | 40,000 |

Step **(1)**: $250,000 x 80% = $200,000

(the minimum amount of insurance to meet your Coinsurance requirements)

Step **(2)**: $100,000 / $200,000 = .50

Step **(3)**: $40,000 x .50 = $20,000

Step **(4)**: $20,000 - $250 = $19,750

We will pay no more than $19,750. The remaining $20,250 is not covered.

Copyright, ISO Properties, Inc., 2007



**EXAMPLE #2 (ADEQUATE INSURANCE)**

| When: | The value of the property is: | $ 250,000 |
|---|---|---|
| | The Coinsurance percentage for it is: | 80% |
| | The Limit of Insurance for it is: | $ 200,000 |
| | The Deductible is: | $ 250 |
| | The amount of loss is: | $ 40,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($250,000 x 80%). Therefore, the Limit of Insurance in this example is adequate and no penalty applies. We will pay no more than $39,750 ($40,000 amount of loss minus the deductible of $250).

     **b.** If one Limit of Insurance applies to two or more separate items, this condition will apply to the total of all property to which the limit applies.

**EXAMPLE #3**

| When: | The value of the property is: | |
|---|---|---|
| | Building at Location #1: | $ 75,000 |
| | Building at Location #2: | $ 100,000 |
| | Personal Property at Location #2: | $ 75,000 |
| | | $ 250,000 |
| | The Coinsurance percentage for it is: | 90% |
| | The Limit of Insurance for Buildings and Personal Property at Locations #1 and #2 is: | $ 180,000 |
| | The Deductible is: | $ 1,000 |
| | The amount of loss is: | |
| | Building at Location #2: | $ 30,000 |
| | Personal Property at Location #2: | $ 20,000 |
| | | $ 50,000 |

**Step (1):** $250,000 x 90% = $225,000

     (the minimum amount of insurance to meet your Coinsurance requirements and to avoid the penalty shown below)

**Step (2):** $180,000 / $225,000 = .80

**Step (3):** $50,000 x .80 = $40,000

**Step (4):** $40,000 - $1,000 = $39,000

We will pay no more than $39,000. The remaining $11,000 is not covered.

**2. Mortgageholders**

    **a.** The term mortgageholder includes trustee.

    **b.** We will pay for covered loss of or damage to buildings or structures to each mortgageholder shown in the Declarations in their order of precedence, as interests may appear.

    **c.** The mortgageholder has the right to receive loss payment even if the mortgageholder has started foreclosure or similar action on the building or structure.

    **d.** If we deny your claim because of your acts or because you have failed to comply with the terms of this Coverage Part, the mortgageholder will still have the right to receive loss payment if the mortgageholder:

      **(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

      **(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

      **(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the mortgageholder.

    All of the terms of this Coverage Part will then apply directly to the mortgageholder.

    **e.** If we pay the mortgageholder for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

      **(1)** The mortgageholder's rights under the mortgage will be transferred to us to the extent of the amount we pay; and

      **(2)** The mortgageholder's right to recover the full amount of the mortgageholder's claim will not be impaired.

    At our option, we may pay to the mortgageholder the whole principal on the mortgage plus any accrued interest. In this event, your mortgage and note will be transferred to us and you will pay your remaining mortgage debt to us.

    **f.** If we cancel this policy, we will give written notice to the mortgageholder at least:

      **(1)** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

      **(2)** 30 days before the effective date of cancellation if we cancel for any other reason.

 Copyright, ISO Properties, Inc., 2007


**g.** If we elect not to renew this policy, we will give written notice to the mortgageholder at least 10 days before the expiration date of this policy.

## G. Optional Coverages

If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

### 1. Agreed Value

**a.** The Additional Condition, Coinsurance, does not apply to Covered Property to which this Optional Coverage applies. We will pay no more for loss of or damage to that property than the proportion that the Limit of Insurance under this Coverage Part for the property bears to the Agreed Value shown for it in the Declarations.

**b.** If the expiration date for this Optional Coverage shown in the Declarations is not extended, the Additional Condition, Coinsurance, is reinstated and this Optional Coverage expires.

**c.** The terms of this Optional Coverage apply only to loss or damage that occurs:

**(1)** On or after the effective date of this Optional Coverage; and

**(2)** Before the Agreed Value expiration date shown in the Declarations or the policy expiration date, whichever occurs first.

### 2. Inflation Guard

**a.** The Limit of Insurance for property to which this Optional Coverage applied will automatically increase by the annual percentage shown in the Declarations.

**b.** The amount of increase will be:

**(1)** The Limit of Insurance that applied on the most recent of the policy inception date, the policy anniversary date, or any other policy change amending the Limit of Insurance, times

**(2)** The percentage of annual increase shown in the Declarations, expressed as a decimal (example: 8% is .08), times

**(3)** The number of days since the beginning of the current policy year or the effective date of the most recent policy change amending the Limit of Insurance, divided by 365.

**EXAMPLE**

| If: | | | |
|---|---|---|---|
| The applicable Limit of Insurance is: | $ | 100,000 |
| The annual percentage increase is: | | 8% |
| The number of days since the beginning of the policy year (or last policy change) is: | | 146 |
| The amount of increase is: $100,000 x .08 x 146 / 365 = | $ | 3,200 |

### 3. Replacement Cost

**a.** Replacement Cost (without deduction for depreciation) replaces Actual Cash Value in the Valuation Loss Condition of this Coverage Form.

**b.** This Optional Coverage does not apply to:

**(1)** Personal property of others;

**(2)** Contents of a residence;

**(3)** Works of art, antiques or rare articles, including etchings, pictures, statuary, marbles, bronzes, porcelains and bric-a-brac; or

**(4)** "Stock", unless the Including "Stock" option is shown in the Declarations.

Under the terms of this Replacement Cost Optional Coverage, tenants' improvements and betterments are not considered to be the personal property of others.

**c.** You may make a claim for loss or damage covered by this insurance on an actual cash value basis instead of on a replacement cost basis. In the event you elect to have loss or damage settled on an actual cash value basis, you may still make a claim for the additional coverage this Optional Coverage provides if you notify us of your intent to do so within 180 days after the loss or damage.

**d.** We will not pay on a replacement cost basis for any loss or damage:

**(1)** Until the lost or damaged property is actually repaired or replaced; and

**(2)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage.

Copyright, ISO Properties, Inc., 2007
CP 00 10 06 07


With respect to tenants' improvements and betterments, the following also apply:

**(3)** If the conditions in **d.(1)** and **d.(2)** above are not met, the value of tenants' improvements and betterments will be determined as a proportion of your original cost, as set forth in the Valuation Loss Condition of this Coverage Form; and

**(4)** We will not pay for loss or damage to tenants' improvements and betterments if others pay for repairs or replacement.

**e.** We will not pay more for loss or damage on a replacement cost basis than the least of **(1), (2)** or **(3)**, subject to **f.** below:

**(1)** The Limit of Insurance applicable to the lost or damaged property;

**(2)** The cost to replace the lost or damaged property with other property:

**(a)** Of comparable material and quality; and

**(b)** Used for the same purpose; or

**(3)** The amount actually spent that is necessary to repair or replace the lost or damaged property.

If a building is rebuilt at a new premises, the cost described in **e.(2)** above is limited to the cost which would have been incurred if the building had been rebuilt at the original premises.

**f.** The cost of repair or replacement does not include the increased cost attributable to enforcement of any ordinance or law regulating the construction, use or repair of any property.

**4. Extension Of Replacement Cost To Personal Property Of Others**

**a.** If the Replacement Cost Optional Coverage is shown as applicable in the Declarations, then this Extension may also be shown as applicable. If the Declarations show this Extension as applicable, then Paragraph **3.b.(1)** of the Replacement Cost Optional Coverage is deleted and all other provisions of the Replacement Cost Optional Coverage apply to replacement cost on personal property of others.

**b.** With respect to replacement cost on the personal property of others, the following limitation applies:

If an item(s) of personal property of others is subject to a written contract which governs your liability for loss or damage to that item(s), then valuation of that item(s) will be based on the amount for which you are liable under such contract, but not to exceed the lesser of the replacement cost of the property or the applicable Limit of Insurance.

**H. Definitions**

**1.** "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

**2.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**3.** "Stock" means merchandise held in storage or for sale, raw materials and in-process or finished goods, including supplies used in their packing or shipping.

COMMERCIAL PROPERTY
CP 00 30 06 07

# BUSINESS INCOME (AND EXTRA EXPENSE) COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations. The words "we", "us" and "our" refer to the Company providing this insurance.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section **F.**, Definitions.

## A. Coverage

### 1. Business Income

Business Income means the:

**a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and

**b.** Continuing normal operating expenses incurred, including payroll.

For manufacturing risks, Net Income includes the net sales value of production.

Coverage is provided as described and limited below for one or more of the following options for which a Limit of Insurance is shown in the Declarations:

**(1)** Business Income Including "Rental Value".

**(2)** Business Income Other Than "Rental Value".

**(3)** "Rental Value".

If option **(1)** above is selected, the term Business Income will include "Rental Value". If option **(3)** above is selected, the term Business Income will mean "Rental Value" only.

If Limits of Insurance are shown under more than one of the above options, the provisions of this Coverage Part apply separately to each.

We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the "period of restoration". The "suspension" must be caused by direct physical loss of or damage to property at premises which are described in the Declarations and for which a Business Income Limit of Insurance is shown in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of the site at which the described premises are located.

With respect to the requirements set forth in the preceding paragraph, if you occupy only part of the site at which the described premises are located, your premises means:

**(a)** The portion of the building which you rent, lease or occupy; and

**(b)** Any area within the building or on the site at which the described premises are located, if that area services, or is used to gain access to, the described premises.

### 2. Extra Expense

**a.** Extra Expense Coverage is provided at the premises described in the Declarations only if the Declarations show that Business Income Coverage applies at that premises.

**b.** Extra Expense means necessary expenses you incur during the "period of restoration" that you would not have incurred if there had been no direct physical loss or damage to property caused by or resulting from a Covered Cause of Loss.

We will pay Extra Expense (other than the expense to repair or replace property) to:

**(1)** Avoid or minimize the "suspension" of business and to continue operations at the described premises or at replacement premises or temporary locations, including relocation expenses and costs to equip and operate the replacement location or temporary location.

**(2)** Minimize the "suspension" of business if you cannot continue "operations".

We will also pay Extra Expense to repair or replace property, but only to the extent it reduces the amount of loss that otherwise would have been payable under this Coverage Form.


3. **Covered Causes Of Loss, Exclusions And Limitations**

See applicable Causes Of Loss Form as shown in the Declarations.

4. **Additional Limitation - Interruption Of Computer Operations**

   a. Coverage for Business Income does not apply when a "suspension" of "operations" is caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage - Interruption Of Computer Operations.

   b. Coverage for Extra Expense does not apply when action is taken to avoid or minimize a "suspension" of "operations" caused by destruction or corruption of electronic data, or any loss or damage to electronic data, except as provided under the Additional Coverage - Interruption Of Computer Operations.

   c. Electronic data means information, facts or computer programs stored as or on, created or used on, or transmitted to or from computer software (including systems and applications software), on hard or floppy disks, CD-ROMs, tapes, drives, cells, data processing devices or any other repositories of computer software which are used with electronically controlled equipment. The term computer programs, referred to in the foregoing description of electronic data, means a set of related electronic instructions which direct the operations and functions of a computer or device connected to it, which enable the computer or device to receive, process, store, retrieve or send data.

5. **Additional Coverages**

   a. **Civil Authority**

      In this Additional Coverage - Civil Authority, the described premises are premises to which this Coverage Form applies, as shown in the Declarations.

When a Covered Cause of Loss causes damage to property other than property at the described premises, we will pay for the actual loss of Business Income you sustain and necessary Extra Expense caused by action of civil authority that prohibits access to the described premises, provided that both of the following apply:

(1) Access to the area immediately surrounding the damaged property is prohibited by civil authority as a result of the damage, and the described premises are within that area but are not more than one mile from the damaged property; and

(2) The action of civil authority is taken in response to dangerous physical conditions resulting from the damage or continuation of the Covered Cause of Loss that caused the damage, or the action is taken to enable a civil authority to have unimpeded access to the damaged property.

Civil Authority Coverage for Business Income will begin 72 hours after the time of the first action of civil authority that prohibits access to the described premises and will apply for a period of up to four consecutive weeks from the date on which such coverage began.

Civil Authority Coverage for Extra Expense will begin immediately after the time of the first action of civil authority that prohibits access to the described premises and will end:

(1) Four consecutive weeks after the date of that action; or

(2) When your Civil Authority Coverage for Business Income ends;

whichever is later.

b. **Alterations And New Buildings**

We will pay for the actual loss of Business Income you sustain and necessary Extra Expense you incur due to direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss to:

(1) New buildings or structures, whether complete or under construction;

(2) Alterations or additions to existing buildings or structures; and

Copyright, ISO Properties, Inc., 2007
CP 00 30 06 07

**(3)** Machinery, equipment, supplies or building materials located on or within 100 feet of the described premises and:

  **(a)** Used in the construction, alterations or additions; or

  **(b)** Incidental to the occupancy of new buildings.

If such direct physical loss or damage delays the start of "operations", the "period of restoration" for Business Income Coverage will begin on the date "operations" would have begun if the direct physical loss or damage had not occurred.

**c. Extended Business Income**

**(1) Business Income Other Than "Rental Value"**

If the necessary "suspension" of your "operations" produces a Business Income loss payable under this policy, we will pay for the actual loss of Business Income you incur during the period that:

**(a)** Begins on the date property (except "finished stock") is actually repaired, rebuilt or replaced and "operations" are resumed; and

**(b)** Ends on the earlier of:

  **(i)** The date you could restore your "operations", with reasonable speed, to the level which would generate the business income amount that would have existed if no direct physical loss or damage had occurred; or

  **(ii)** 30 consecutive days after the date determined in **(1)(a)** above.

However, Extended Business Income does not apply to loss of Business Income incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of Business Income must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**(2) "Rental Value"**

If the necessary "suspension" of your "operations" produces a "Rental Value" loss payable under this policy, we will pay for the actual loss of "Rental Value" you incur during the period that:

**(a)** Begins on the date property is actually repaired, rebuilt or replaced and tenantability is restored; and

**(b)** Ends on the earlier of:

  **(i)** The date you could restore tenant occupancy, with reasonable speed, to the level which would generate the "Rental Value" that would have existed if no direct physical loss or damage had occurred; or

  **(ii)** 30 consecutive days after the date determined in **(2)(a)** above.

However, Extended Business Income does not apply to loss of "Rental Value" incurred as a result of unfavorable business conditions caused by the impact of the Covered Cause of Loss in the area where the described premises are located.

Loss of "Rental Value" must be caused by direct physical loss or damage at the described premises caused by or resulting from any Covered Cause of Loss.

**d. Interruption Of Computer Operations**

**(1)** Under this Additional Coverage, electronic data has the meaning described under Additional Limitation - Interruption Of Computer Operations.

**(2)** Subject to all provisions of this Additional Coverage, you may extend the insurance that applies to Business Income and Extra Expense to apply to a "suspension" of "operations" caused by an interruption in computer operations due to destruction or corruption of electronic data due to a Covered Cause of Loss.

**(3)** With respect to the coverage provided under this Additional Coverage, the Covered Causes of Loss are subject to the following:

**(a)** If the Causes Of Loss - Special Form applies, coverage under this Additional Coverage - Interruption Of Computer Operations is limited to the "specified causes of loss" as defined in that form, and Collapse as set forth in that form.

**(b)** If the Causes Of Loss - Broad Form applies, coverage under this Additional Coverage - Interruption Of Computer Operations includes Collapse as set forth in that form.

**(c)** If the Causes Of Loss Form is endorsed to add a Covered Cause of Loss, the additional Covered Cause of Loss does not apply to the coverage provided under this Additional Coverage - Interruption Of Computer Operations.

**(d)** The Covered Causes of Loss include a virus, harmful code or similar instruction introduced into or enacted on a computer system (including electronic data) or a network to which it is connected, designed to damage or destroy any part of the system or disrupt its normal operation. But there is no coverage for an interruption related to manipulation of a computer system (including electronic data) by any employee, including a temporary or leased employee, or by an entity retained by you or for you to inspect, design, install, maintain, repair or replace that system.

**(4)** The most we will pay under this Additional Coverage - Interruption of Computer Operations is $2,500 for all loss sustained and expense incurred in any one policy year, regardless of the number of interruptions or the number of premises, locations or computer systems involved. If loss payment relating to the first interruption does not exhaust this amount, then the balance is available for loss or expense sustained or incurred as a result of subsequent interruptions in that policy year. A balance remaining at the end of a policy year does not increase the amount of insurance in the next policy year. With respect to any interruption which begins in one policy year and continues or results in additional loss or expense in a subsequent policy year(s), all loss and expense is deemed to be sustained or incurred in the policy year in which the interruption began.

**(5)** This Additional Coverage - Interruption in Computer Operations does not apply to loss sustained or expense incurred after the end of the "period of restoration", even if the amount of insurance stated in **(4)** above has not been exhausted.

**6. Coverage Extension**

If a Coinsurance percentage of 50% or more is shown in the Declarations, you may extend the insurance provided by this Coverage Part as follows:

**NEWLY ACQUIRED LOCATIONS**

**a.** You may extend your Business Income and Extra Expense Coverages to apply to property at any location you acquire other than fairs or exhibitions.

**b.** The most we will pay under this Extension, for the sum of Business Income loss and Extra Expense incurred, is $100,000 at each location.

 Copyright, ISO Properties, Inc., 2007

c. Insurance under this Extension for each newly acquired location will end when any of the following first occurs:

(1) This policy expires;

(2) 30 days expire after you acquire or begin to construct the property; or

(3) You report values to us.

We will charge you additional premium for values reported from the date you acquire the property.

The Additional Condition, Coinsurance, does not apply to this Extension.

## B. Limits Of Insurance

The most we will pay for loss in any one occurrence is the applicable Limit of Insurance shown in the Declarations.

Payments under the following coverages will not increase the applicable Limit of Insurance:

1. Alterations And New Buildings;

2. Civil Authority;

3. Extra Expense; or

4. Extended Business Income.

The amounts of insurance stated in the Interruption Of Computer Operations Additional Coverage and the Newly Acquired Locations Coverage Extension apply in accordance with the terms of those coverages and are separate from the Limit(s) of Insurance shown in the Declarations for any other coverage.

## C. Loss Conditions

The following conditions apply in addition to the Common Policy Conditions and the Commercial Property Conditions.

### 1. Appraisal

If we and you disagree on the amount of Net Income and operating expense or the amount of loss, either may make written demand for an appraisal of the loss. In this event, each party will select a competent and impartial appraiser.

The two appraisers will select an umpire. If they cannot agree, either may request that selection be made by a judge of a court having jurisdiction. The appraisers will state separately the amount of Net Income and operating expense or amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

a. Pay its chosen appraiser; and

b. Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

### 2. Duties In The Event Of Loss

a. You must see that the following are done in the event of loss:

(1) Notify the police if a law may have been broken.

(2) Give us prompt notice of the direct physical loss or damage. Include a description of the property involved.

(3) As soon as possible, give us a description of how, when, and where the direct physical loss or damage occurred.

(4) Take all reasonable steps to protect the Covered Property from further damage, and keep a record of your expenses necessary to protect the Covered Property, for consideration in the settlement of the claim. This will not increase the Limit of Insurance. However, we will not pay for any subsequent loss or damage resulting from a cause of loss that is not a Covered Cause of Loss. Also, if feasible, set the damaged property aside and in the best possible order for examination.

(5) As often as may be reasonably required, permit us to inspect the property proving the loss or damage and examine your books and records.

Also permit us to take samples of damaged and undamaged property for inspection, testing and analysis, and permit us to make copies from your books and records.

(6) Send us a signed, sworn proof of loss containing the information we request to investigate the claim. You must do this within 60 days after our request. We will supply you with the necessary forms.

(7) Cooperate with us in the investigation or settlement of the claim.

(8) If you intend to continue your business, you must resume all or part of your "operations" as quickly as possible.

b. We may examine any insured under oath, while not in the presence of any other insured and at such times as may be reasonably required, about any matter relating to this insurance or the claim, including an insured's books and records. In the event of an examination, an insured's answers must be signed.

## 3. Loss Determination

**a.** The amount of Business Income loss will be determined based on:

**(1)** The Net Income of the business before the direct physical loss or damage occurred;

**(2)** The likely Net Income of the business if no physical loss or damage had occurred, but not including any Net Income that would likely have been earned as a result of an increase in the volume of business due to favorable business conditions caused by the impact of the Covered Cause of Loss on customers or on other businesses;

**(3)** The operating expenses, including payroll expenses, necessary to resume "operations" with the same quality of service that existed just before the direct physical loss or damage; and

**(4)** Other relevant sources of information, including:

**(a)** Your financial records and accounting procedures;

**(b)** Bills, invoices and other vouchers; and

**(c)** Deeds, liens or contracts.

**b.** The amount of Extra Expense will be determined based on:

**(1)** All expenses that exceed the normal operating expenses that would have been incurred by "operations" during the "period of restoration" if no direct physical loss or damage had occurred. We will deduct from the total of such expenses:

**(a)** The salvage value that remains of any property bought for temporary use during the "period of restoration", once "operations" are resumed; and

**(b)** Any Extra Expense that is paid for by other insurance, except for insurance that is written subject to the same plan, terms, conditions and provisions as this insurance; and

**(2)** Necessary expenses that reduce the Business Income loss that otherwise would have been incurred.

### c. Resumption Of Operations

We will reduce the amount of your:

**(1)** Business Income loss, other than Extra Expense, to the extent you can resume your "operations", in whole or in part, by using damaged or undamaged property (including merchandise or stock) at the described premises or elsewhere.

**(2)** Extra Expense loss to the extent you can return "operations" to normal and discontinue such Extra Expense.

**d.** If you do not resume "operations", or do not resume "operations" as quickly as possible, we will pay based on the length of time it would have taken to resume "operations" as quickly as possible.

## 4. Loss Payment

We will pay for covered loss within 30 days after we receive the sworn proof of loss, if you have complied with all of the terms of this Coverage Part and:

**a.** We have reached agreement with you on the amount of loss; or

**b.** An appraisal award has been made.

## D. Additional Condition

### COINSURANCE

If a Coinsurance percentage is shown in the Declarations, the following condition applies in addition to the Common Policy Conditions and the Commercial Property Conditions.

We will not pay the full amount of any Business Income loss if the Limit of Insurance for Business Income is less than:

**1.** The Coinsurance percentage shown for Business Income in the Declarations; times

**2.** The sum of:

**a.** The Net Income (Net Profit or Loss before income taxes), and

**b.** Operating expenses, including payroll expenses,

that would have been earned or incurred (had no loss occurred) by your "operations" at the described premises for the 12 months following the inception, or last previous anniversary date, of this policy (whichever is later).

Copyright, ISO Properties, Inc., 2007

Instead, we will determine the most we will pay using the following steps:

Step **(1)**: Multiply the Net Income and operating expense for the 12 months following the inception, or last previous anniversary date, of this policy by the Coinsurance percentage;

Step **(2)**: Divide the Limit of Insurance for the described premises by the figure determined in Step **(1)**; and

Step **(3)**: Multiply the total amount of loss by the figure determined in Step **(2)**.

We will pay the amount determined in Step **(3)** or the limit of insurance, whichever is less. For the remainder, you will either have to rely on other insurance or absorb the loss yourself.

In determining operating expenses for the purpose of applying the Coinsurance condition, the following expenses, if applicable, shall be deducted from the total of all operating expenses:

    **(1)** Prepaid freight - outgoing;

    **(2)** Returns and allowances;

    **(3)** Discounts;

    **(4)** Bad debts;

    **(5)** Collection expenses;

    **(6)** Cost of raw stock and factory supplies consumed (including transportation charges);

    **(7)** Cost of merchandise sold (including transportation charges);

    **(8)** Cost of other supplies consumed (including transportation charges);

    **(9)** Cost of services purchased from outsiders (not employees) to resell, that do not continue under contract;

    **(10)** Power, heat and refrigeration expenses that do not continue under contract (if Form **CP 15 11** is attached);

    **(11)** All ordinary payroll expenses or the amount of payroll expense excluded (if Form **CP 15 10** is attached); and

    **(12)** Special deductions for mining properties (royalties unless specifically included in coverage; actual depletion commonly known as unit or cost depletion - not percentage depletion; welfare and retirement fund charges based on tonnage; hired trucks).

**EXAMPLE #1 (UNDERINSURANCE)**

When:    The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been:

| | |
|---|---:|
| | $  400,000 |
| The Coinsurance percentage is: | 50% |
| The Limit of Insurance is: | $  150,000 |
| The amount of loss is: | $    80,000 |

Step **(1)**: $400,000 x 50% = $200,000

    (the minimum amount of insurance to meet your Coinsurance requirements)

Step **(2)**: $150,000 / $200,000 = .75

Step **(3)**: $80,000 x .75 = $60,000

We will pay no more than $60,000. The remaining $20,000 is not covered.

**EXAMPLE #2 (ADEQUATE INSURANCE)**

When:    The Net Income and operating expenses for the 12 months following the inception, or last previous anniversary date, of this policy at the described premises would have been:

| | |
|---|---:|
| | $  400,000 |
| The Coinsurance percentage is: | 50% |
| The Limit of Insurance is: | $  200,000 |
| The amount of loss is: | $    80,000 |

The minimum amount of insurance to meet your Coinsurance requirement is $200,000 ($400,000 x 50%). Therefore, the Limit of Insurance in this example is adequate and no penalty applies. We will pay no more than $80,000 (amount of loss).

This condition does not apply to Extra Expense Coverage.

**E. Optional Coverages**

    If shown as applicable in the Declarations, the following Optional Coverages apply separately to each item.

    **1. Maximum Period Of Indemnity**

        **a.** The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

Copyright, ISO Properties, Inc., 2007


**b.** The most we will pay for the total of Business Income loss and Extra Expense is the lesser of:

  **(1)** The amount of loss sustained and expenses incurred during the 120 days immediately following the beginning of the "period of restoration"; or

  **(2)** The Limit of Insurance shown in the Declarations.

**2. Monthly Limit Of Indemnity**

**a.** The Additional Condition, Coinsurance, does not apply to this Coverage Form at the described premises to which this Optional Coverage applies.

**b.** The most we will pay for loss of Business Income in each period of 30 consecutive days after the beginning of the "period of restoration" is:

  **(1)** The Limit of Insurance, multiplied by

  **(2)** The fraction shown in the Declarations for this Optional Coverage.

**EXAMPLE**

| When: | The Limit of Insurance is: | $ | 120,000 |
|---|---|---|---|
| | The fraction shown in the Declarations for this Optional Coverage is: | | 1/4 |
| | The most we will pay for loss in each period of 30 consecutive days is: | $ | 30,000 |
| | ($120,000 x 1/4 = $30,000) | | |
| | If, in this example, the actual amount of loss is: | | |
| | Days 1-30: | $ | 40,000 |
| | Days 31-60: | $ | 20,000 |
| | Days 61-90: | $ | 30,000 |
| | | $ | 90,000 |
| | We will pay: | | |
| | Days 1-30: | $ | 30,000 |
| | Days 31-60: | $ | 20,000 |
| | Days 61-90: | $ | 30,000 |
| | | $ | 80,000 |

The remaining $10,000 is not covered.

**3. Business Income Agreed Value**

**a.** To activate this Optional Coverage:

  **(1)** A Business Income Report/Work Sheet must be submitted to us and must show financial data for your "operations":

   **(a)** During the 12 months prior to the date of the Work Sheet; and

   **(b)** Estimated for the 12 months immediately following the inception of this Optional Coverage.

  **(2)** The Declarations must indicate that the Business Income Agreed Value Optional Coverage applies, and an Agreed Value must be shown in the Declarations. The Agreed Value should be at least equal to:

   **(a)** The Coinsurance percentage shown in the Declarations; multiplied by

   **(b)** The amount of Net Income and operating expenses for the following 12 months you report on the Work Sheet.

**b.** The Additional Condition, Coinsurance, is suspended until:

  **(1)** 12 months after the effective date of this Optional Coverage; or

  **(2)** The expiration date of this policy;

  whichever occurs first.

**c.** We will reinstate the Additional Condition, Coinsurance, automatically if you do not submit a new Work Sheet and Agreed Value:

  **(1)** Within 12 months of the effective date of this Optional Coverage; or

  **(2)** When you request a change in your Business Income Limit of Insurance.

**d.** If the Business Income Limit of Insurance is less than the Agreed Value, we will not pay more of any loss than the amount of loss multiplied by:

  **(1)** The Business Income Limit of Insurance; divided by

  **(2)** The Agreed Value.

Copyright, ISO Properties, Inc., 2007
CP 00 30 06 07

**EXAMPLE**

| When: | The Limit of Insurance is: | $ | 100,000 |
|---|---|---|---|
| | The Agreed Value is: | $ | 200,000 |
| | The amount of loss is: | $ | 80,000 |

Step (1): $100,000 / $200,000 = .50

Step (2): .50 x $80,000 = $40,000

We will pay $40,000. The remaining $40,000 is not covered.

    **4. Extended Period Of Indemnity**

Under Paragraph **A.5.c., Extended Business Income,** the number 30 in Subparagraphs **(1)(b)** and **(2)(b)** is replaced by the number shown in the Declarations for this Optional Coverage.

**F. Definitions**

    **1.** "Finished stock" means stock you have manufactured.

"Finished stock" also includes whiskey and alcoholic products being aged, unless there is a Coinsurance percentage shown for Business Income in the Declarations.

"Finished stock" does not include stock you have manufactured that is held for sale on the premises of any retail outlet insured under this Coverage Part.

    **2.** "Operations" means:

      **a.** Your business activities occurring at the described premises; and

      **b.** The tenantability of the described premises, if coverage for Business Income Including "Rental Value" or "Rental Value" applies.

    **3.** "Period of restoration" means the period of time that:

      **a.** Begins:

        **(1)** 72 hours after the time of direct physical loss or damage for Business Income Coverage; or

        **(2)** Immediately after the time of direct physical loss or damage for Extra Expense Coverage;

caused by or resulting from any Covered Cause of Loss at the described premises; and

      **b.** Ends on the earlier of:

        **(1)** The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or

        **(2)** The date when business is resumed at a new permanent location.

"Period of restoration" does not include any increased period required due to the enforcement of any ordinance or law that:

      **(1)** Regulates the construction, use or repair, or requires the tearing down, of any property; or

      **(2)** Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".

The expiration date of this policy will not cut short the "period of restoration".

    **4.** "Pollutants" means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

    **5.** "Rental Value" means Business Income that consists of:

      **a.** Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred as rental income from tenant occupancy of the premises described in the Declarations as furnished and equipped by you, including fair rental value of any portion of the described premises which is occupied by you; and

      **b.** Continuing normal operating expenses incurred in connection with that premises, including:

        **(1)** Payroll; and

        **(2)** The amount of charges which are the legal obligation of the tenant(s) but would otherwise be your obligations.

    **6.** "Suspension" means:

      **a.** The slowdown or cessation of your business activities; or

      **b.** That a part or all of the described premises is rendered untenantable, if coverage for Business Income Including "Rental Value" or "Rental Value" applies.

 Copyright, ISO Properties, Inc., 2007

CP 00 90 07 88

# COMMERCIAL PROPERTY CONDITIONS

This Coverage Part is subject to the following conditions, the Common Policy Conditions and applicable Loss Conditions and Additional Conditions in Commercial Property Coverage Forms.

## A. CONCEALMENT, MISREPRESENTATION OR FRAUD

This Coverage Part is void in any case of fraud by you as it relates to this Coverage Part at any time. It is also void if you or any other insured, at any time, intentionally conceal or misrepresent a material fact concerning:

1. This Coverage Part;
2. The Covered Property;
3. Your interest in the Covered Property; or
4. A claim under this Coverage Part.

## B. CONTROL OF PROPERTY

Any act or neglect of any person other than you beyond your direction or control will not affect this insurance.

The breach of any condition of this Coverage Part at any one or more locations will not affect coverage at any location where, at the time of loss or damage, the breach of condition does not exist.

## C. INSURANCE UNDER TWO OR MORE COVER-AGES

If two or more of this policy's coverages apply to the same loss or damage, we will not pay more than the actual amount of the loss or damage.

## D. LEGAL ACTION AGAINST US

No one may bring a legal action against us under this Coverage Part unless:

1. There has been full compliance with all of the terms of this Coverage Part; and
2. The action is brought within 2 years after the date on which the direct physical loss or damage occurred.

## E. LIBERALIZATION

If we adopt any revision that would broaden the coverage under this Coverage Part without additional premium within 45 days prior to or during the policy period, the broadened coverage will immediately apply to this Coverage Part.

## F. NO BENEFIT TO BAILEE

No person or organization, other than you, having custody of Covered Property will benefit from this insurance.

## G. OTHER INSURANCE

1. You may have other insurance subject to the same plan, terms, conditions and provisions as the insurance under this Coverage Part. If you do, we will pay our share of the covered loss or damage. Our share is the proportion that the applicable Limit of Insurance under this Coverage Part bears to the Limits Of Insurance of all insurance covering on the same basis.
2. If there is other insurance covering the same loss or damage, other than that described in **1.** above, we will pay only for the amount of covered loss or damage in excess of the amount due from that other insurance, whether you can collect on it or not. But we will not pay more than the applicable Limit of Insurance.

## H. POLICY PERIOD, COVERAGE TERRITORY

Under this Coverage Part:

1. We cover loss or damage commencing:
   a. During the policy period shown in the Declarations; and
   b. Within the coverage territory.
2. The coverage territory is:
   a. The United States of America (including its territories and possessions);
   b. Puerto Rico; and
   c. Canada.

## I. TRANSFER OF RIGHTS OF RECOVERY AGAINST OTHERS TO US

If any person or organization to or for whom we make payment under this Coverage Part has rights to recover damages from another, those rights are transferred to us to the extent of our payment. That person or organization must do everything necessary to secure our rights and must do nothing after loss to impair them. But you may waive your rights against another party in writing:

1. Prior to a loss to your Covered Property or Covered Income.
2. After a loss to your Covered Property or Covered Income only if, at time of loss, that party is one of the following:
   a. Someone insured by this insurance;
   b. A business firm:
      (1) Owned or controlled by you; or
      (2) That owns or controls you; or
   c. Your tenant.

This will not restrict your insurance.

CF 189 (7-88)
CP 00 90 07 88
Copyright, ISO Commercial Risk Services, Inc., 1983, 1987

COMMERCIAL PROPERTY
CP 01 40 07 06

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF LOSS DUE TO VIRUS OR BACTERIA

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The exclusion set forth in Paragraph **B.** applies to all coverage under all forms and endorsements that comprise this Coverage Part or Policy, including but not limited to forms or endorsements that cover property damage to buildings or personal property and forms or endorsements that cover business income, extra expense or action of civil authority.

**B.** We will not pay for loss or damage caused by or resulting from any virus, bacterium or other microorganism that induces or is capable of inducing physical distress, illness or disease.

However, this exclusion does not apply to loss or damage caused by or resulting from "fungus", wet rot or dry rot. Such loss or damage is addressed in a separate exclusion in this Coverage Part or Policy.

**C.** With respect to any loss or damage subject to the exclusion in Paragraph **B.**, such exclusion supersedes any exclusion relating to "pollutants".

**D.** The following provisions in this Coverage Part or Policy are hereby amended to remove reference to bacteria:

**1.** Exclusion of "Fungus", Wet Rot, Dry Rot And Bacteria; and

**2.** Additional Coverage - Limited Coverage for "Fungus", Wet Rot, Dry Rot And Bacteria, including any endorsement increasing the scope or amount of coverage.

**E.** The terms of the exclusion in Paragraph **B.**, or the inapplicability of this exclusion to a particular loss, do not serve to create coverage for any loss that would otherwise be excluded under this Coverage Part or Policy.

          Copyright, ISO Properties, Inc., 2006

POLICY NUMBER:  **NPP8837546**

**COMMERCIAL PROPERTY**
CP 04 11 10 12

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

### SCHEDULE

| Premises Number | Building Number | Protective Safeguards Symbols Applicable |
|---|---|---|
| 1 | 1 | P-1 |
|  |  |  |
|  |  |  |

| Describe Any "P-9": |
|---|
|  |
|  |
|  |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

**A.** The following is added to the Commercial Property **Conditions**:

**Protective Safeguards**

1. As a condition of this insurance, you are required to maintain the protective devices or services listed in the Schedule above.

2. The protective safeguards to which this endorsement applies are identified by the following symbols:

    **"P-1" Automatic Sprinkler System**, including related supervisory services.

    Automatic Sprinkler System means:

    **a.** Any automatic fire protective or extinguishing system, including connected:

    (1) Sprinklers and discharge nozzles;

    (2) Ducts, pipes, valves and fittings;

    (3) Tanks, their component parts and supports; and

    (4) Pumps and private fire protection mains.

    **b.** When supplied from an automatic fire protective system:

    (1) Non-automatic fire protective systems; and

    (2) Hydrants, standpipes and outlets.

**"P-2" Automatic Fire Alarm**, protecting the entire building, that is:

**a.** Connected to a central station; or

**b.** Reporting to a public or private fire alarm station.

**"P-3" Security Service**, with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

**"P-4" Service Contract** with a privately owned fire department providing fire protection service to the described premises.

**"P-5" Automatic Commercial Cooking Exhaust And Extinguishing System** installed on cooking appliances and having the following components:

**a.** Hood;

**b.** Grease removal device;

**c.** Duct system; and

**d.** Wet chemical fire extinguishing equipment.

**"P-9"**, the protective system described in the Schedule.

Copyright, Insurance Services Office, Inc., 2011

**B.** The following is added to the **Exclusions** section of:

Causes Of Loss - Basic Form

Causes Of Loss - Broad Form

Causes Of Loss - Special Form

Mortgageholders Errors And Omissions Coverage Form

Standard Property Policy

We will not pay for loss or damage caused by or resulting from fire if, prior to the fire, you:

**1.** Knew of any suspension or impairment in any protective safeguard listed in the Schedule above and failed to notify us of that fact; or

**2.** Failed to maintain any protective safeguard listed in the Schedule above, and over which you had control, in complete working order.

If part of an Automatic Sprinkler System or Automatic Commercial Cooking Exhaust And Extinguishing System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

Copyright, Insurance Services Office, Inc., 2011

CP 04 11 10 12

COMMERCIAL PROPERTY
CP 10 30 06 07

# CAUSES OF LOSS - SPECIAL FORM

Words and phrases that appear in quotation marks have special meaning. Refer to Section **G.**, Definitions.

## A. Covered Causes Of Loss

When Special is shown in the Declarations, Covered Causes of Loss means Risks Of Direct Physical Loss unless the loss is:

**1.** Excluded in Section **B.**, Exclusions; or

**2.** Limited in Section **C.**, Limitations;

that follow.

## B. Exclusions

**1.** We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

### a. Ordinance Or Law

The enforcement of any ordinance or law:

**(1)** Regulating the construction, use or repair of any property; or

**(2)** Requiring the tearing down of any property, including the cost of removing its debris.

This exclusion, Ordinance Or Law, applies whether the loss results from:

    **(a)** An ordinance or law that is enforced even if the property has not been damaged; or

    **(b)** The increased costs incurred to comply with an ordinance or law in the course of construction, repair, renovation, remodeling or demolition of property, or removal of its debris, following a physical loss to that property.

### b. Earth Movement

**(1)** Earthquake, including any earth sinking, rising or shifting related to such event;

**(2)** Landslide, including any earth sinking, rising or shifting related to such event;

**(3)** Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

**(4)** Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

But if Earth Movement, as described in **b.(1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

**(5)** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

    **(a)** Airborne volcanic blast or airborne shock waves;

    **(b)** Ash, dust or particulate matter; or

    **(c)** Lava flow.

All volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

### c. Governmental Action

Seizure or destruction of property by order of governmental authority.

But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

 Copyright, ISO Properties, Inc., 2007



**d. Nuclear Hazard**

Nuclear reaction or radiation, or radioactive contamination, however caused.

But if nuclear reaction or radiation, or radioactive contamination, results in fire, we will pay for the loss or damage caused by that fire.

**e. Utility Services**

The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:

**(1)** Originates away from the described premises; or

**(2)** Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

**f. War And Military Action**

**(1)** War, including undeclared or civil war;

**(2)** Warlike action by a military force, including action in hindering or defending against an actual or expected attack, by any government, sovereign or other authority using military personnel or other agents; or

**(3)** Insurrection, rebellion, revolution, usurped power, or action taken by governmental authority in hindering or defending against any of these.

**g. Water**

**(1)** Flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not;

**(2)** Mudslide or mudflow;

**(3)** Water that backs up or overflows from a sewer, drain or sump; or

**(4)** Water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings.

But if Water, as described in **g.(1)** through **g.(4)** above, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage.

**h. "Fungus", Wet Rot, Dry Rot And Bacteria**

Presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria.

But if "fungus", wet or dry rot or bacteria results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion does not apply:

**1.** When "fungus", wet or dry rot or bacteria results from fire or lightning; or

**2.** To the extent that coverage is provided in the Additional Coverage - Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria with respect to loss or damage by a cause of loss other than fire or lightning.

Exclusions **B.1.a.** through **B.1.h.** apply whether or not the loss event results in widespread damage or affects a substantial area.

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

**a.** Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:

**(1)** Electrical or electronic wire, device, appliance, system or network; or

**(2)** Device, appliance, system or network utilizing cellular or satellite technology.

 Copyright, ISO Properties, Inc., 2007 CP 10 30 06 07



For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:

   (a) Electrical current, including arcing;

   (b) Electrical charge produced or conducted by a magnetic or electromagnetic field;

   (c) Pulse of electromagnetic energy; or

   (d) Electromagnetic waves or microwaves.

But if fire results, we will pay for the loss or damage caused by that fire.

**b.** Delay, loss of use or loss of market.

**c.** Smoke, vapor or gas from agricultural smudging or industrial operations.

**d. (1)** Wear and tear;

   **(2)** Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

   **(3)** Smog;

   **(4)** Settling, cracking, shrinking or expansion;

   **(5)** Nesting or infestation, or discharge or release of waste products or secretions, by insects, birds, rodents or other animals.

   **(6)** Mechanical breakdown, including rupture or bursting caused by centrifugal force. But if mechanical breakdown results in elevator collision, we will pay for the loss or damage caused by that elevator collision.

   **(7)** The following causes of loss to personal property:

      **(a)** Dampness or dryness of atmosphere;

      **(b)** Changes in or extremes of temperature; or

      **(c)** Marring or scratching.

But if an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

**e.** Explosion of steam boilers, steam pipes, steam engines or steam turbines owned or leased by you, or operated under your control. But if explosion of steam boilers, steam pipes, steam engines or steam turbines results in fire or combustion explosion, we will pay for the loss or damage caused by that fire or combustion explosion. We will also pay for loss or damage caused by or resulting from the explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

**f.** Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

**g.** Water, other liquids, powder or molten material that leaks or flows from plumbing, heating, air conditioning or other equipment (except fire protective systems) caused by or resulting from freezing, unless:

   **(1)** You do your best to maintain heat in the building or structure; or

   **(2)** You drain the equipment and shut off the supply if the heat is not maintained.

**h.** Dishonest or criminal act by you, any of your partners, members, officers, managers, employees (including leased employees), directors, trustees, authorized representatives or anyone to whom you entrust the property for any purpose:

   **(1)** Acting alone or in collusion with others; or

   **(2)** Whether or not occurring during the hours of employment.

This exclusion does not apply to acts of destruction by your employees (including leased employees); but theft by employees (including leased employees) is not covered.

**i.** Voluntary parting with any property by you or anyone else to whom you have entrusted the property if induced to do so by any fraudulent scheme, trick, device or false pretense.

**j.** Rain, snow, ice or sleet to personal property in the open.

 Copyright, ISO Properties, Inc., 2007

**k.** Collapse, including any of the following conditions of property or any part of the property:

   **(1)** An abrupt falling down or caving in;

   **(2)** Loss of structural integrity, including separation of parts of the property or property in danger of falling down or caving in; or

   **(3)** Any cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion as such condition relates to **(1)** or **(2)** above.

But if collapse results in a Covered Cause of Loss at the described premises, we will pay for the loss or damage caused by that Covered Cause of Loss.

This exclusion, **k.**, does not apply:

   **(a)** To the extent that coverage is provided under the Additional Coverage - Collapse; or

   **(b)** To collapse caused by one or more of the following:

      **(i)** The "specified causes of loss";

      **(ii)** Breakage of building glass;

      **(iii)** Weight of rain that collects on a roof; or

      **(iv)** Weight of people or personal property.

**l.** Discharge, dispersal, seepage, migration, release or escape of "pollutants" unless the discharge, dispersal, seepage, migration, release or escape is itself caused by any of the "specified causes of loss". But if the discharge, dispersal, seepage, migration, release or escape of "pollutants" results in a "specified cause of loss", we will pay for the loss or damage caused by that "specified cause of loss".

This exclusion, **l.**, does not apply to damage to glass caused by chemicals applied to the glass.

**m.** Neglect of an insured to use all reasonable means to save and preserve property from further damage at and after the time of loss.

**3.** We will not pay for loss or damage caused by or resulting from any of the following, **3.a.** through **3.c.** But if an excluded cause of loss that is listed in **3.a.** through **3.c.** results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

**a.** Weather conditions. But this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Paragraph **1.** above to produce the loss or damage.

**b.** Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

**c.** Faulty, inadequate or defective:

   **(1)** Planning, zoning, development, surveying, siting;

   **(2)** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

   **(3)** Materials used in repair, construction, renovation or remodeling; or

   **(4)** Maintenance;

of part or all of any property on or off the described premises.

**4. Special Exclusions**

The following provisions apply only to the specified Coverage Forms.

**a. Business Income (And Extra Expense) Coverage Form, Business Income (Without Extra Expense) Coverage Form, Or Extra Expense Coverage Form**

We will not pay for:

   **(1)** Any loss caused by or resulting from:

      **(a)** Damage or destruction of "finished stock"; or

      **(b)** The time required to reproduce "finished stock".

      This exclusion does not apply to Extra Expense.

   **(2)** Any loss caused by or resulting from direct physical loss or damage to radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers.

   **(3)** Any increase of loss caused by or resulting from:

      **(a)** Delay in rebuilding, repairing or replacing the property or resuming "operations", due to interference at the location of the rebuilding, repair or replacement by strikers or other persons; or

Copyright, ISO Properties, Inc., 2007

**(b)** Suspension, lapse or cancellation of any license, lease or contract. But if the suspension, lapse or cancellation is directly caused by the "suspension" of "operations", we will cover such loss that affects your Business Income during the "period of restoration" and any extension of the "period of restoration" in accordance with the terms of the Extended Business Income Additional Coverage and the Extended Period Of Indemnity Optional Coverage or any variation of these.

**(4)** Any Extra Expense caused by or resulting from suspension, lapse or cancellation of any license, lease or contract beyond the "period of restoration".

**(5)** Any other consequential loss.

**b. Leasehold Interest Coverage Form**

**(1)** Paragraph **B.1.a.**, Ordinance Or Law, does not apply to insurance under this Coverage Form.

**(2)** We will not pay for any loss caused by:

**(a)** Your cancelling the lease;

**(b)** The suspension, lapse or cancellation of any license; or

**(c)** Any other consequential loss.

**c. Legal Liability Coverage Form**

**(1)** The following exclusions do not apply to insurance under this Coverage Form:

**(a)** Paragraph **B.1.a.**, Ordinance Or Law;

**(b)** Paragraph **B.1.c.**, Governmental Action;

**(c)** Paragraph **B.1.d.**, Nuclear Hazard;

**(d)** Paragraph **B.1.e.**, Utility Services; and

**(e)** Paragraph **B.1.f.**, War And Military Action.

**(2)** The following additional exclusions apply to insurance under this Coverage Form:

**(a) Contractual Liability**

We will not defend any claim or "suit", or pay damages that you are legally liable to pay, solely by reason of your assumption of liability in a contract or agreement. But this exclusion does not apply to a written lease agreement in which you have assumed liability for building damage resulting from an actual or attempted burglary or robbery, provided that:

**(i)** Your assumption of liability was executed prior to the accident; and

**(ii)** The building is Covered Property under this Coverage Form.

**(b) Nuclear Hazard**

We will not defend any claim or "suit", or pay any damages, loss, expense or obligation, resulting from nuclear reaction or radiation, or radioactive contamination, however caused.

**5. Additional Exclusion**

The following provisions apply only to the specified property.

**LOSS OR DAMAGE TO PRODUCTS**

We will not pay for loss or damage to any merchandise, goods or other product caused by or resulting from error or omission by any person or entity (including those having possession under an arrangement where work or a portion of the work is outsourced) in any stage of the development, production or use of the product, including planning, testing, processing, packaging, installation, maintenance or repair. This exclusion applies to any effect that compromises the form, substance or quality of the product. But if such error or omission results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Copyright, ISO Properties, Inc., 2007

## C. Limitations

The following limitations apply to all policy forms and endorsements, unless otherwise stated.

1. We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

   a. Steam boilers, steam pipes, steam engines or steam turbines caused by or resulting from any condition or event inside such equipment. But we will pay for loss of or damage to such equipment caused by or resulting from an explosion of gases or fuel within the furnace of any fired vessel or within the flues or passages through which the gases of combustion pass.

   b. Hot water boilers or other water heating equipment caused by or resulting from any condition or event inside such boilers or equipment, other than an explosion.

   c. The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

      (1) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

      (2) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

   d. Building materials and supplies not attached as part of the building or structure, caused by or resulting from theft.

   However, this limitation does not apply to:

      (1) Building materials and supplies held for sale by you, unless they are insured under the Builders Risk Coverage Form; or

      (2) Business Income Coverage or Extra Expense Coverage.

   e. Property that is missing, where the only evidence of the loss or damage is a shortage disclosed on taking inventory, or other instances where there is no physical evidence to show what happened to the property.

   f. Property that has been transferred to a person or to a place outside the described premises on the basis of unauthorized instructions.

2. We will not pay for loss of or damage to the following types of property unless caused by the "specified causes of loss" or building glass breakage:

   a. Animals, and then only if they are killed or their destruction is made necessary.

   b. Fragile articles such as statuary, marbles, chinaware and porcelains, if broken. This restriction does not apply to:

      (1) Glass; or

      (2) Containers of property held for sale.

   c. Builders' machinery, tools and equipment owned by you or entrusted to you, provided such property is Covered Property.

   However, this limitation does not apply:

      (1) If the property is located on or within 100 feet of the described premises, unless the premises is insured under the Builders Risk Coverage Form; or

      (2) To Business Income Coverage or to Extra Expense Coverage.

3. The special limit shown for each category, a. through d., is the total limit for loss of or damage to all property in that category. The special limit applies to any one occurrence of theft, regardless of the types or number of articles that are lost or damaged in that occurrence. The special limits are:

   a. $2,500 for furs, fur garments and garments trimmed with fur.

   b. $2,500 for jewelry, watches, watch movements, jewels, pearls, precious and semi-precious stones, bullion, gold, silver, platinum and other precious alloys or metals. This limit does not apply to jewelry and watches worth $100 or less per item.

   c. $2,500 for patterns, dies, molds and forms.

   d. $250 for stamps, tickets, including lottery tickets held for sale, and letters of credit.

   These special limits are part of, not in addition to, the Limit of Insurance applicable to the Covered Property.

   This limitation, C.3., does not apply to Business Income Coverage or to Extra Expense Coverage.

Copyright, ISO Properties, Inc., 2007

4. We will not pay the cost to repair any defect to a system or appliance from which water, other liquid, powder or molten material escapes. But we will pay the cost to repair or replace damaged parts of fire-extinguishing equipment if the damage:

   a. Results in discharge of any substance from an automatic fire protection system; or

   b. Is directly caused by freezing.

   However, this limitation does not apply to Business Income Coverage or to Extra Expense Coverage.

**D. Additional Coverage - Collapse**

The coverage provided under this Additional Coverage - Collapse applies only to an abrupt collapse as described and limited in **D.1.** through **D.7.**

1. For the purpose of this Additional Coverage - Collapse, abrupt collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its intended purpose.

2. We will pay for direct physical loss or damage to Covered Property, caused by abrupt collapse of a building or any part of a building that is insured under this Coverage Form or that contains Covered Property insured under this Coverage Form, if such collapse is caused by one or more of the following:

   a. Building decay that is hidden from view, unless the presence of such decay is known to an insured prior to collapse;

   b. Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an insured prior to collapse;

   c. Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs during the course of the construction, remodeling or renovation.

   d. Use of defective material or methods in construction, remodeling or renovation if the abrupt collapse occurs after the construction, remodeling or renovation is complete, but only if the collapse is caused in part by:

      (1) A cause of loss listed in **2.a.** or **2.b.**;

      (2) One or more of the "specified causes of loss";

      (3) Breakage of building glass;

      (4) Weight of people or personal property; or

      (5) Weight of rain that collects on a roof.

3. This **Additional Coverage - Collapse** does **not** apply to:

   a. A building or any part of a building that is in danger of falling down or caving in;

   b. A part of a building that is standing, even if it has separated from another part of the building; or

   c. A building that is standing or any part of a building that is standing, even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

4. With respect to the following property:

   a. Outdoor radio or television antennas (including satellite dishes) and their lead-in wiring, masts or towers;

   b. Awnings, gutters and downspouts;

   c. Yard fixtures;

   d. Outdoor swimming pools;

   e. Fences;

   f. Piers, wharves and docks;

   g. Beach or diving platforms or appurtenances;

   h. Retaining walls; and

   i. Walks, roadways and other paved surfaces;

   if an abrupt collapse is caused by a cause of loss listed in **2.a.** through **2.d.**, we will pay for loss or damage to that property only if:

      (1) Such loss or damage is a direct result of the abrupt collapse of a building insured under this Coverage Form; and

      (2) The property is Covered Property under this Coverage Form.

5. If personal property abruptly falls down or caves in and such collapse is **not** the result of abrupt collapse of a building, we will pay for loss or damage to Covered Property caused by such collapse of personal property only if:

   a. The collapse of personal property was caused by a cause of loss listed in **2.a.** through **2.d.**;

   b. The personal property which collapses is inside a building; and

   c. The property which collapses is not of a kind listed in **4.**, regardless of whether that kind of property is considered to be personal property or real property.

The coverage stated in this Paragraph 5. does not apply to personal property if marring and/or scratching is the only damage to that personal property caused by the collapse.

    Copyright, ISO Properties, Inc., 2007

6. This Additional Coverage - Collapse does not apply to personal property that has not abruptly fallen down or caved in, even if the personal property shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

7. This Additional Coverage - Collapse will not increase the Limits of Insurance provided in this Coverage Part.

8. The term Covered Cause of Loss includes the Additional Coverage - Collapse as described and limited in **D.1.** through **D.7.**

E. **Additional Coverage - Limited Coverage For "Fungus", Wet Rot, Dry Rot And Bacteria**

1. The coverage described in **E.2.** and **E.6.** only applies when the "fungus", wet or dry rot or bacteria is the result of one or more of the following causes that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at the time of and after that occurrence.

   a. A "specified cause of loss" other than fire or lightning; or

   b. Flood, if the Flood Coverage Endorsement applies to the affected premises.

2. We will pay for loss or damage by "fungus", wet or dry rot or bacteria. As used in this Limited Coverage, the term loss or damage means:

   a. Direct physical loss or damage to Covered Property caused by "fungus", wet or dry rot or bacteria, including the cost of removal of the "fungus", wet or dry rot or bacteria;

   b. The cost to tear out and replace any part of the building or other property as needed to gain access to the "fungus", wet or dry rot or bacteria; and

   c. The cost of testing performed after removal, repair, replacement or restoration of the damaged property is completed, provided there is a reason to believe that "fungus", wet or dry rot or bacteria are present.

3. The coverage described under **E.2.** of this Limited Coverage is limited to $15,000. Regardless of the number of claims, this limit is the most we will pay for the total of all loss or damage arising out of all occurrences of "specified causes of loss" (other than fire or lightning) and Flood which take place in a 12-month period (starting with the beginning of the present annual policy period). With respect to a particular occurrence of loss which results in "fungus", wet or dry rot or bacteria, we will not pay more than a total of $15,000 even if the "fungus", wet or dry rot or bacteria continues to be present or active, or recurs, in a later policy period.

4. The coverage provided under this Limited Coverage does not increase the applicable Limit of Insurance on any Covered Property. If a particular occurrence results in loss or damage by "fungus", wet or dry rot or bacteria, and other loss or damage, we will not pay more, for the total of all loss or damage, than the applicable Limit of Insurance on the affected Covered Property.

   If there is covered loss or damage to Covered Property, not caused by "fungus", wet or dry rot or bacteria, loss payment will not be limited by the terms of this Limited Coverage, except to the extent that "fungus", wet or dry rot or bacteria causes an increase in the loss. Any such increase in the loss will be subject to the terms of this Limited Coverage.

5. The terms of this Limited Coverage do not increase or reduce the coverage provided under Paragraph **F.2.** (Water Damage, Other Liquids, Powder Or Molten Material Damage) of this Causes Of Loss Form or under the Additional Coverage - Collapse.

6. The following, **6.a.** or **6.b.,** applies only if Business Income and/or Extra Expense Coverage applies to the described premises and only if the "suspension" of "operations" satisfies all terms and conditions of the applicable Business Income and/or Extra Expense Coverage Form.

     Copyright, ISO Properties, Inc., 2007     CP 10 30 06 07

a. If the loss which resulted in "fungus", wet or dry rot or bacteria does not in itself necessitate a "suspension" of "operations", but such "suspension" is necessary due to loss or damage to property caused by "fungus", wet or dry rot or bacteria, then our payment under Business Income and/or Extra Expense is limited to the amount of loss and/or expense sustained in a period of not more than 30 days. The days need not be consecutive.

b. If a covered "suspension" of "operations" was caused by loss or damage other than "fungus", wet or dry rot or bacteria but remediation of "fungus", wet or dry rot or bacteria prolongs the "period of restoration", we will pay for loss and/or expense sustained during the delay (regardless of when such a delay occurs during the "period of restoration"), but such coverage is limited to 30 days. The days need not be consecutive.

**F. Additional Coverage Extensions**

1. **Property In Transit**

   This Extension applies only to your personal property to which this form applies.

   a. You may extend the insurance provided by this Coverage Part to apply to your personal property (other than property in the care, custody or control of your salespersons) in transit more than 100 feet from the described premises. Property must be in or on a motor vehicle you own, lease or operate while between points in the coverage territory.

   b. Loss or damage must be caused by or result from one of the following causes of loss:

      (1) Fire, lightning, explosion, windstorm or hail, riot or civil commotion, or vandalism.

      (2) Vehicle collision, upset or overturn. Collision means accidental contact of your vehicle with another vehicle or object. It does not mean your vehicle's contact with the roadbed.

      (3) Theft of an entire bale, case or package by forced entry into a securely locked body or compartment of the vehicle. There must be visible marks of the forced entry.

   c. The most we will pay for loss or damage under this Extension is $5,000.

This Coverage Extension is additional insurance. The Additional Condition, Coinsurance, does not apply to this Extension.

2. **Water Damage, Other Liquids, Powder Or Molten Material Damage**

   If loss or damage caused by or resulting from covered water or other liquid, powder or molten material damage loss occurs, we will also pay the cost to tear out and replace any part of the building or structure to repair damage to the system or appliance from which the water or other substance escapes. This Coverage Extension does not increase the Limit of Insurance.

3. **Glass**

   a. We will pay for expenses incurred to put up temporary plates or board up openings if repair or replacement of damaged glass is delayed.

   b. We will pay for expenses incurred to remove or replace obstructions when repairing or replacing glass that is part of a building. This does not include removing or replacing window displays.

   This Coverage Extension, **F.3.**, does not increase the Limit of Insurance.

**G. Definitions**

1. "Fungus" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or by-products produced or released by fungi.

2. "Specified causes of loss" means the following: fire; lightning; explosion; windstorm or hail; smoke; aircraft or vehicles; riot or civil commotion; vandalism; leakage from fire-extinguishing equipment; sinkhole collapse; volcanic action; falling objects; weight of snow, ice or sleet; water damage.

   a. Sinkhole collapse means the sudden sinking or collapse of land into underground empty spaces created by the action of water on limestone or dolomite. This cause of loss does not include:

      (1) The cost of filling sinkholes; or

      (2) Sinking or collapse of land into man-made underground cavities.

**b.** Falling objects does not include loss or damage to:

    **(1)** Personal property in the open; or

    **(2)** The interior of a building or structure, or property inside a building or structure, unless the roof or an outside wall of the building or structure is first damaged by a falling object.

**c.** Water damage means accidental discharge or leakage of water or steam as the direct result of the breaking apart or cracking of a plumbing, heating, air conditioning or other system or appliance (other than a sump system including its related equipment and parts), that is located on the described premises and contains water or steam.

Copyright, ISO Properties, Inc., 2007

COMMERCIAL PROPERTY
CP 10 75 12 20

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# CYBER INCIDENT EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** The following exclusion is added to Paragraph **B. Exclusions:**

We will not pay for loss or damage caused directly or indirectly by the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**Cyber Incident**

1. Unauthorized access to or use of any computer system (including electronic data).

2. Malicious code, virus or any other harmful code that is directed at, enacted upon or introduced into any computer system (including electronic data) and is designed to access, alter, corrupt, damage, delete, destroy, disrupt, encrypt, exploit, use or prevent or restrict access to or the use of any part of any computer system (including electronic data) or otherwise disrupt its normal functioning or operation.

3. Denial of service attack which disrupts, prevents or restricts access to or use of any computer system, or otherwise disrupts its normal functioning or operation.

**B. Exceptions And Limitations**

**1. Fire Or Explosion**

If a cyber incident as described in Paragraphs **A.1.** through **A.3.** of this exclusion results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

**2. Additional Coverage**

The exclusion in Paragraph **A.** does not apply to the extent that coverage is provided in the:

**a.** Additional Coverage – Electronic Data; or

**b.** Additional Coverage · Interruption Of Computer Operations.

**3. Electronic Commerce Endorsement**

The exclusion in Paragraph **A.** does not apply to the Electronic Commerce (E-Commerce) endorsement when attached to your policy.

**C. Vandalism**

The following is added to Vandalism, if Vandalism coverage is not otherwise excluded under the Standard Property Policy or the Causes Of Loss · Basic, Broad or Special Forms and if applicable to the premises described in the Declarations:

Vandalism does not include a cyber incident as described in Paragraph **A.**

POLICY NUMBER: **NPP8837546**

**COMMERCIAL PROPERTY**
CP 12 18 06 07

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# LOSS PAYABLE PROVISIONS

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
BUILDERS' RISK COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

**SCHEDULE**

| Premises Number: | 1 | Building Number: | 1 | Applicable Clause (Enter C., D., E., or F.): | D |
|---|---|---|---|---|---|
| **Description Of Property:** 4219 Charter Ave , OKLAHOMA CITY, OK 73108 ||||||
| **Loss Payee Name:** Simmons Bank ||||||
| **Loss Payee Address:** PO Box 9067, Pine Bluff, AR, 71611 ||||||
| Premises Number: | | Building Number: | | Applicable Clause (Enter C., D., E., or F.): | |
| **Description Of Property:** ||||||
| **Loss Payee Name:** ||||||
| **Loss Payee Address:** ||||||
| Premises Number: | | Building Number: | | Applicable Clause (Enter C., D., E., or F.): | |
| **Description Of Property:** ||||||
| **Loss Payee Name:** ||||||
| **Loss Payee Address:** ||||||
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. ||||||

Copyright, ISO Properties, Inc., 2007



**A.** When this endorsement is attached to the Standard Property Policy **CP 00 99,** the term Coverage Part in this endorsement is replaced by the term Policy.

**B.** Nothing in this endorsement increases the applicable Limit of Insurance. We will not pay any Loss Payee more than their financial interest in the Covered Property, and we will not pay more than the applicable Limit of Insurance on the Covered Property.

The following is added to the **Loss Payment** Loss Condition, as indicated in the Declarations or in the Schedule:

**C. Loss Payable Clause**

For Covered Property in which both you and a Loss Payee shown in the Schedule or in the Declarations have an insurable interest, we will:

**1.** Adjust losses with you; and

**2.** Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

**D. Lender's Loss Payable Clause**

**1.** The Loss Payee shown in the Schedule or in the Declarations is a creditor, including a mortgageholder or trustee, whose interest in Covered Property is established by such written instruments as:

   **a.** Warehouse receipts;

   **b.** A contract for deed;

   **c.** Bills of lading;

   **d.** Financing statements; or

   **e.** Mortgages, deeds of trust, or security agreements.

**2.** For Covered Property in which both you and a Loss Payee have an insurable interest:

   **a.** We will pay for covered loss or damage to each Loss Payee in their order of precedence, as interests may appear.

**b.** The Loss Payee has the right to receive loss payment even if the Loss Payee has started foreclosure or similar action on the Covered Property.

**c.** If we deny your claim because of your acts or because you have failed to comply with the terms of the Coverage Part, the Loss Payee will still have the right to receive loss payment if the Loss Payee:

   **(1)** Pays any premium due under this Coverage Part at our request if you have failed to do so;

   **(2)** Submits a signed, sworn proof of loss within 60 days after receiving notice from us of your failure to do so; and

   **(3)** Has notified us of any change in ownership, occupancy or substantial change in risk known to the Loss Payee.

All of the terms of this Coverage Part will then apply directly to the Loss Payee.

**d.** If we pay the Loss Payee for any loss or damage and deny payment to you because of your acts or because you have failed to comply with the terms of this Coverage Part:

   **(1)** The Loss Payee's rights will be transferred to us to the extent of the amount we pay; and

   **(2)** The Loss Payee's rights to recover the full amount of the Loss Payee's claim will not be impaired.

At our option, we may pay to the Loss Payee the whole principal on the debt plus any accrued interest. In this event, you will pay your remaining debt to us.

**3.** If we cancel this policy, we will give written notice to the Loss Payee at least:

   **a.** 10 days before the effective date of cancellation if we cancel for your nonpayment of premium; or

   **b.** 30 days before the effective date of cancellation if we cancel for any other reason.

**4.** If we elect not to renew this policy, we will give written notice to the Loss Payee at least 10 days before the expiration date of this policy.

Copyright, ISO Properties, Inc., 2007
CP 12 18 06 07

**E. Contract Of Sale Clause**

1. The Loss Payee shown in the Schedule or in the Declarations is a person or organization you have entered a contract with for the sale of Covered Property.

2. For Covered Property in which both you and the Loss Payee have an insurable interest we will:

   a. Adjust losses with you; and

   b. Pay any claim for loss or damage jointly to you and the Loss Payee, as interests may appear.

3. The following is added to the **Other Insurance** Condition:

   For Covered Property that is the subject of a contract of sale, the word "you" includes the Loss Payee.

**F. Building Owner Loss Payable Clause**

1. The Loss Payee shown in the Schedule or in the Declarations is the owner of the described building, in which you are a tenant.

2. We will adjust losses to the described building with the Loss Payee. Any loss payment made to the Loss Payee will satisfy your claims against us for the owner's property.

3. We will adjust losses to tenants' improvements and betterments with you, unless the lease provides otherwise.

Copyright, ISO Properties, Inc., 2007

IL 09 35 07 02

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# EXCLUSION OF CERTAIN COMPUTER-RELATED LOSSES

This endorsement modifies insurance provided under the following:

COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
STANDARD PROPERTY POLICY

**A.** We will not pay for loss ("loss") or damage caused directly or indirectly by the following. Such loss ("loss") or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss ("loss") or damage.

  **1.** The failure, malfunction or inadequacy of:

    **a.** Any of the following, whether belonging to any insured or to others:

      **(1)** Computer hardware, including microprocessors;

      **(2)** Computer application software;

      **(3)** Computer operating systems and related software;

      **(4)** Computer networks;

      **(5)** Microprocessors (computer chips) not part of any computer system; or

      **(6)** Any other computerized or electronic equipment or components; or

    **b.** Any other products, and any services, data or functions that directly or indirectly use or rely upon, in any manner, any of the items listed in Paragraph **A.1.a.** of this endorsement;

    due to the inability to correctly recognize, process, distinguish, interpret or accept one or more dates or times. An example is the inability of computer software to recognize the year 2000.

  **2.** Any advice, consultation, design, evaluation, inspection, installation, maintenance, repair, replacement or supervision provided or done by you or for you to determine, rectify or test for, any potential or actual problems described in Paragraph **A.1.** of this endorsement.

**B.** If an excluded Cause of Loss as described in Paragraph **A.** of this endorsement results:

  **1.** In a Covered Cause of Loss under the Crime and Fidelity Coverage Part, the Commercial Inland Marine Coverage Part or the Standard Property Policy; or

  **2.** Under the Commercial Property Coverage Part:

    **a.** In a "Specified Cause of Loss", or in elevator collision resulting from mechanical breakdown, under the Causes of Loss - Special Form; or

    **b.** In a Covered Cause of Loss under the Causes Of Loss - Basic Form or the Causes Of Loss - Broad Form;

we will pay only for the loss ("loss") or damage caused by such "Specified Cause of Loss", elevator collision, or Covered Cause of Loss.

**C.** We will not pay for repair, replacement or modification of any items in Paragraphs **A.1.a.** and **A.1.b.** of this endorsement to correct any deficiencies or change any features.

 Copyright ISO Properties, Inc., 2001

POLICY NUMBER: **NPP8837546**

IL 09 53 01 15

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# EXCLUSION OF CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

BOILER AND MACHINERY COVERAGE PART
COMMERCIAL INLAND MARINE COVERAGE PART
COMMERCIAL PROPERTY COVERAGE PART
CRIME AND FIDELITY COVERAGE PART
EQUIPMENT BREAKDOWN COVERAGE PART
FARM COVERAGE PART
STANDARD PROPERTY POLICY

### SCHEDULE

The **Exception Covering Certain Fire Losses** (Paragraph **C**) applies to property located in the following state(s), if covered under the indicated Coverage Form, Coverage Part or Policy:

| State(s) | Coverage Form, Coverage Part Or Policy |
|---|---|
| CA, GA, HI, IA, ME, MA, MO, NJ, NY, NC, OR, RI, WA, WV and WI. | |
| | |
| | |
| | |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | |

**A.** The following definition is added with respect to the provisions of this endorsement:

"Certified act of terrorism" means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of the federal Terrorism Risk Insurance Act, to be an act of terrorism pursuant to such Act. The criteria contained in the Terrorism Risk Insurance Act for a "certified act of terrorism" include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to the Terrorism Risk Insurance Act; and

2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

**B.** The following exclusion is added:

### CERTIFIED ACT OF TERRORISM EXCLUSION

We will not pay for loss or damage caused directly or indirectly by a "certified act of terrorism". Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**C. Exception Covering Certain Fire Losses**

The following exception to the exclusion in Paragraph **B.** applies only if indicated and as indicated in the Schedule of this endorsement.

If a "certified act of terrorism" results in fire, we will pay for the loss or damage caused by that fire. Such coverage for fire applies only to direct loss or damage to Covered Property. Therefore, for example, the coverage does not apply to insurance provided under Business Income and/or Extra Expense coverage forms or endorsements which apply to those forms, or to the Legal Liability Coverage Form or the Leasehold Interest Coverage Form.

Copyright, Insurance Services Office, Inc., 2015

If aggregate insured losses attributable to terrorist acts certified under the Terrorism Risk Insurance Act exceed $100 billion in a calendar year and we have met our insurer deductible under the Terrorism Risk Insurance Act, we shall not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

**D. Application Of Other Exclusions**

The terms and limitations of any terrorism exclusion, or the inapplicability or omission of a terrorism exclusion, do not serve to create coverage for any loss which would otherwise be excluded under this Coverage Part or Policy, such as losses excluded by the Nuclear Hazard Exclusion or the War And Military Action Exclusion.

Copyright, Insurance Services Office, Inc., 2015



**This Endorsement Modifies Your Policy.**
**Please Read It Carefully.**

# WINDSTORM OR HAIL PERCENTAGE DEDUCTIBLE

This endorsement modifies insurance provided under the following:

BUILDERS RISK COVERAGE FORM
BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CONDOMINIUM COMMERCIAL UNIT-OWNERS COVERAGE FORM
STANDARD PROPERTY POLICY

## SCHEDULE

| Premises Number | Building Number | Windstorm Or Hail Deductible Percentage | Minimum Dollar Deductible |
|---|---|---|---|
| 1 | 1 | 1 % | $10,000 |
| | | % | $ |
| | | % | $ |
| | | % | $ |
| | | % | $ |
| | | % | $ |
| Information required to complete this Schedule, if not shown above, will be shown in the Declarations. | | | |

The Windstorm or Hail Deductible, as shown in the Schedule and set forth in this endorsement or in the Declarations, applies to covered loss or damage caused directly or indirectly by Windstorm or Hail. This Deductible applies to each occurrence of Windstorm or Hail.

Nothing in this endorsement implies or affords coverage for any loss or damage that is excluded under the terms of the Water Exclusion or any other exclusion in this policy. If this policy is endorsed to cover Flood under the Flood Coverage Endorsement (or if you have a flood insurance policy), a separate Flood Deductible applies to loss or damage attributable to Flood, in accordance with the terms of that endorsement or policy.

As used in this endorsement, the terms "specific insurance" and "blanket insurance" have the following meanings: Specific insurance covers each item of insurance (for example, each building or personal property in a building) under a separate Limit of Insurance. Blanket insurance covers two or more items of insurance (for example, a building and personal property in that building, or two buildings) under a single Limit of Insurance. Items of insurance and corresponding Limit(s) Of Insurance are shown in the Declarations.

Includes copyrighted material of ISO Properties, Inc., with its persmission.

PR 03 07 (10/16)

**WINDSTORM OR HAIL DEDUCTIBLE CALCULATIONS**

**A. Calculation Of The Deductible - All Policies**

1. A Deductible is calculated separately for, and applies separately to:

   **a.** Each building that sustains loss or damage;

   **b.** The personal property at each building at which there is loss or damage to personal property;

   **c.** Personal property in the open.

   If there is loss or damage to more than one of the following:

   **a.** A building;or,

   **b.** Personal property in that building

   Separate deductibles apply to the building, and personal property.

   In any one occurrence of Wind or Hail, the total deductible for all covered Wind or Hail losses will not be less than the Minimum Dollar Deductible shown in the Schedule or the Declarations for Wind or Hail.

2. We will not pay for loss or damage until the amount of loss or damage exceeds the applicable Deductible. We will then pay the amount of loss or damage in excess of that Deductible, up to the applicable Limit of Insurance, after any reduction required by any of the following: Coinsurance Condition; Agreed Value Optional Coverage; or any provision in a Value Reporting Form relating to full reporting or failure to submit reports.

3. When property is covered under the Coverage Extension for Newly Acquired Or Constructed Property: In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to a percentage of the value(s) of the property at time of loss. The applicable percentage for Newly Acquired Or Constructed Property is the highest percentage shown in the Schedule for any described premises.

**B. Calculation Of The Deductible - Specific Insurance Other than Builders' Risk**

1. **Property Not Subject To Value Reporting Forms**

   In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to the percentage (as shown in the Schedule) of the Limit(s) of Insurance applicable to the property that has sustained loss or damage.

   In any one occurrence of Wind or Hail, the total deductible for all covered Wind or Hail losses will not be less than the Minimum Dollar Deductible shown in the Schedule or the Declarations for Wind or Hail.

2. **Property Subject To Value Reporting Forms**

   In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to the percentage (as shown in the Schedule) of the value(s) of the property that has sustained loss or damage. The value(s) to be used is the latest value(s) shown in the most recent Report of Values on file with us.

   However:

   **a.** If the most recent Report of Values shows less than the full value(s) of the property on the report dates, we will determine the deductible amount as a percentage of the full value(s) as of the report dates.

   **b.** If the first Report of Values is not filed with us prior to loss or damage, we will determine the deductible amount as a percentage of the applicable Limt(s) of Insurance.

   In any one occurrence of Wind or Hail, the total dedutible for all covered Wind or Hail losses will not be less than the Minimum Dollar Deductible shown in the Schedule or the Declarations for Wind or Hail.

Includes copyrighted material of ISO Properties, Inc., with its persmission.

PR 03 07 (10/16)

## C. Calculation Of The Deductible - Blanket Insurance Other Than Builders' Risk

### 1. Property Not Subject To Value Reporting Forms

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to the percentage (as shown in the Schedule) of the value(s) of the property that has sustained loss or damage. The value(s) to be used is that shown in the most recent Statement of Values on file with us.

In any one occurrence of Wind or Hail, the total deductible for all covered Wind or Hail losses will not be less than the Minimum Dollar Deductible shown in the Schedule or the Declarations for Wind or Hail.

### 2. Property Subject To Value Reporting Forms

In determining the amount, if any, that we will pay for property that has sustained loss or damage, we will dudct an amount equal to the percentage (as shown in the Schedule) of the value(s) of that property as of the time of loss or damage.

## D. Calculation Of The Deductible - Builders' Risk Insurance

### 1. Builders' Risk Other Than Reporting Form

In determining the amount, if any, that we will pay for property that has sustained loss or damage, we will deduct an amount equal to the percentage (as shown in the Schedule) of the actual cash value(s) of that property as of the time of loss or damage.

In any one occurrence of Wind or Hail, the total deductible for all covered Wind or Hail losses will not be less than the Minimum Dollar Deductible shown in the Schedule or the Declarations for Wind or Hail.

### 2. Builders' Risk Reporting Form

In determining the amount, if any, that we will pay for loss or damage, we will deduct an amount equal to the percentage (as shown in the Schedule) of the value(s) of the property that has sustained loss or damage. The value(s) to be used is the actual cash value(s) shown in the most recent Report of Values on file with us.

However:

**a.** If the most recent Report of Values shows less than the actual cash value(s) of the property on the report date, we will determine the deductible amount as a percentage of the actual cash value(s) as of the report date.

**b.** If the first Report of Values is not filed with us prior to loss or damage, we will determine the deductible amount as a percentage of the actual cash value(s) of the property as of the time of loss or damage.

In any one occurrence of Wind or Hail, the total deductible for all covered Wind or Hail losses will not be less than the Minimum Dollar Deductible shown in the Schedule or the Declarations for Wind or Hail.

### Examples - Application Of Deductible

### Example 1 - Specific Insurance (B.1.)

The amount of loss to the damaged building is $60,000.

The value of the damaged building at time of loss is $100,000. The Coinsurance percentage shown in the Declarations is 80%; the minimum Limit of Insurance needed to meet the Coinsurance requirement is $80,000 (80% of $100,000).

The actual Limit of Insurance on the damaged building is $70,000.

The Deductible is 1%.

Step **(1):**   $70,000 / $80,000 = .875

Step **(2):**   $60,000 x .875 = $52,500

Step **(3):**   $70,000 x 1% = $700

Step **(4):**   $52,500 - $700 = $51,800

Includes copyrighted material of ISO Properties, Inc., with its persmission.

PR 03 07 (10/16)

The most we will pay is $51,800. The remainder of the loss, $8,200, is not covered due to the Coinsurance penalty for inadequate insurance (Steps **(1)** and **(2)**) and the application of the Deductible (Steps **(3)** and **(4)**).

### Example 2 - Specific Insurance (B.1.)

The amounts of loss to the damaged property are $60,000 (Building) and $40,000 (Personal Property in building).

The value of the damaged building at time of loss is $100,000. The value of the personal property in that building is $80,000. The Coinsurance percentage shown in the Declarations is 80%; the minimum Limits of Insurance needed to meet the Coinsurance requirement are $80,000 (80% of $100,000) for the building and $64,000 (80% of $80,000) for the personal property.

The actual Limits of Insurance on the damaged property are $80,000 on the building and $64,000 on the personal property (therefore no Coinsurance penalty).

The Deductible is 2%.

### Building

Step **(1)**:  $80,000 x 2% = $1,600

Step **(2)**:  $60,000 - $1,600 = $58,400

### Personal Property

Step **(1)**:  $64,000 x 2% = $1,280

Step **(2)**:  $40,000 - $1,280 = $38,720

The most we will pay is $97,120. The portion of the total loss not covered due to application of the Deductible is $2,880.

### Example 3 - Blanket Insurance (C.1.)

The sum of the values of Building 1 ($500,000), Building 2 ($500,000) and Building 3 ($1,000,000), as shown in the most recent Statement of Values on file with us, is $2,000,000.

The Coinsurance percentage shown in the Declarations is 90%; the minimum Blanket Limit of Insurance needed to meet the Coinsurance requirement is $1,800,000 (90% of $2,000,000).

The actual Blanket Limit Of Insurance covering Buildings 1, 2, and 3, shown in the Declarations, is $1,800,000 (therefore, no Coinsurance penalty).

Buildings 1 and 2 have sustained damage; the amounts of loss to these buildings are $40,000 (Building 1) and $20,000 (Building 2).

The Deductible is 2%.

### Building 1

Step **(1)**:  $500,000 x 2% = $10,000

Step **(2)**:  $40,000 - $10,000 = $30,000

### Building 2

Step **(1)**:  $500,000 x 2% = $10,000

Step **(2)**:  $20,000 - $10,000 = $10,000

The most we will pay is $40,000. The portion of the total loss not covered due to application of the Deductible is $20,000.

### Example 4 - Blanket Insurance (C.1.)

The sum of the values of Building 1 ($500,000), Building 2 ($500,000), Personal Property at Building 1 ($250,000) and Personal Property at Building 2 ($250,000), as shown in the most recent Statement of Values on file with us, is $1,500,000.

The Coinsurance percentage shown in the Declarations is 90%; the minimum Blanket Limit of Insurance needed to meet the Coinsurance requirement is $1,350,000 (90% of $1,500,000).

The actual Blanket Limit Of Insurance covering Buildings 1 and 2 and Personal Property at Buildings 1 and 2, shown in the Declarations, is $1,350,000. Therefore, there is no Coinsurance penalty.

Building 1 and Personal Property at Building 1 have sustained damage; the amounts of loss are $95,000 (Building) and $5,000 (Personal Property).

The Deductible is 5%.

### Building

Step **(1)**:  $500,000 x 5% = $25,000

Step **(2)**:  $95,000 - $25,000 = $70,000

### Personal Property

Step **(1)**:  $250,000 x 5% = $12,500

The loss, $5,000, does not exceed the Deductible.

The most we will pay is $70,000. The remainder of the building loss, $25,000, is not covered due to application of the Deductible. There is no loss payment for the personal property.

   Includes copyrighted material of ISO Properties, Inc., with its permission.   PR 03 07 (10/16)

**This Endorsement Modifies Your Policy.**
**Please Read It Carefully.**

# WATER EXCLUSION

This endorsement modifies insurance provided under the following:

CAUSES OF LOSS - BASIC FORM
CAUSES OF LOSS - BROAD FORM
CAUSES OF LOSS - SPECIAL FORM
STANDARD PROPERTY POLICY

**SCHEDULE**

| Premises Number | Building Number |
|---|---|
| 1 | 1 |
| | |
| | |
| | |
| | |
| | |

**SCHEDULE (continued)**

| Premises Number | Building Number |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

With respect to the location(s) indicated in the Schedule, the following provisions apply.

**A.** The following replaces Exclusion **B. 1. g. Water** under the CAUSES OF LOSS FORMS and the STANDARD PROPERTY POLICY:

**g. Water**

**(1)** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

**(2)** Mudslide or mudflow;

**(3)** Water that backs up or overflows or is otherwise discharged from a sewer, drain, sump, sump pump or related equipment;

**(4)** Water under the ground surface pressing on, or flowing or seeping through:

**(a)** Foundations, walls, floors or paved surfaces;

**(b)** Basements, whether paved or not; or

**(c)** Doors, windows or other openings; or

**(5)** Waterborne material carried or otherwise moved by any of the water referred to in Paragraph **(1)**, **(3)** or **(4)**, or material carried or otherwise moved by mudslide or mudflow.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5)**, is caused by an act of nature or is otherwise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.

But if any of the above, in Paragraphs **(1)** through **(5)**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

Includes copyrighted material of ISO Properties, Inc., with its permission.

PR 10 01 (10/14)

**This Endorsement Modifies Your Policy.**
**Please Read It Carefully.**

# EARTH MOVEMENT EXCLUSION

This endorsement modifies insurance provided under the following:

> CAUSES OF LOSS -  BASIC FORM
> CAUSES OF LOSS -  BROAD FORM
> CAUSES OF LOSS -  SPECIAL FORM
> STANDARD PROPERTY POLICY

| SCHEDULE | | SCHEDULE (continued) | |
|---|---|---|---|
| **Premises Number** | **Building Number** | **Premises Number** | **Building Number** |
| 1 | 1 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Information required to complete this Schedule, if not shown above, will be shown in the Declarations.

With respect to the location(s) indicated in the Schedule, the following provisions apply.

A.  The following replaces Exclusion **B. 1. b. Earth Movement** under the CAUSES OF LOSS FORMS and the STANDARD PROPERTY POLICY:

**b. Earth Movement**

(1) Earthquake, including tremors and aftershocks and any earth sinking, rising or shifting related to such event;

(2) Landslide, including any earth sinking, rising or shifting related to such event;

(3) Mine subsidence, meaning subsidence of a man-made mine, whether or not mining activity has ceased;

(4) Earth sinking (other than sinkhole collapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

But if Earth Movement, as described in **b. (1)** through **(4)** above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

Includes copyrighted material of ISO Properties, Inc., with its permission.

PR 10 02 (10/14)

**(5)** Volcanic eruption, explosion or effusion. But if volcanic eruption, explosion or effusion results in fire, building glass breakage or Volcanic Action, we will pay for the loss or damage caused by that fire, building glass breakage or Volcanic Action.

Volcanic Action means direct loss or damage resulting from the eruption of a volcano when the loss or damage is caused by:

**(a)** Airborne volcanic blast or airborne shock waves;

**(b)** Ash, dust or particulate matter; or

**(c)** Lava flow.

With respect to coverage for Volcanic Action as set forth in **(5) (a)**, **(5) (b)** and **(5) (c)**, all volcanic eruptions that occur within any 168-hour period will constitute a single occurrence.

Volcanic Action does not include the cost to remove ash, dust or particulate matter that does not cause direct physical loss or damage to the described property.

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5)**, is caused by an act of nature or is otherwise caused.

Includes copyrighted material of ISO Properties, Inc., with its permission.

PR 10 02 (10/14)

**This Endorsement Modifies Your Policy.**
**Please Read It Carefully.**

## DEFINITION OF ACTUAL CASH VALUE ENDORSEMENT

This endorsement modifies insurance provided under the following:

DIFFERENCE IN CONDITIONS COVERAGE FORM
STANDARD PROPERTY POLICY

The following is added to any provision which uses the term actual cash value:

Actual cash value is calculated as the amount it would cost to repair or replace Covered Property, at the time of loss or damage, with material of like kind and quality, subject to a deduction for deterioration, depreciation and obsolescence. Actual cash value applies to valuation of Covered Property regardless of whether that property has sustained partial or total loss or damage.

The actual cash value of the lost or damaged property may be significantly less than its replacement cost.

ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

**This Endorsement Modifies Your Policy.**
**Please Read It Carefully.**

## TOTAL LOSS CLAUSE ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL PROPERTY COVERAGE PART

Section **A.** Cancellation, paragraph **5.** of the Common Policy Conditions is deleted and replaced by the following:

**5.** If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. In the event the insured experiences a total loss to property insured under this policy, the Commercial Property Coverage Part premium shown on the Common Policy Declarations will be fully earned and non-refundable and no portion of the premium shall be repayable to the insured.

The cancellation will be effective even if we have not made or offered a refund.

ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

**This Endorsement Modifies Your Policy.**
**Please Read It Carefully.**

## PRIOR LOSS

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM

**r.** is added under **A. Coverage, 2. Property Not Covered,** of BUILDING AND PERSONAL PROPERTY COVERAGE FORM CP 00 10 as follows:

**r.** Property which was damaged prior to the inception date of this policy and which has not been completely repaired or replaced.

Includes copyrighted material of ISO Properties, Inc., with its permission.

PR 14 01 (03/15)

**This Endorsement Modifies Your Policy.**
**Please Read It Carefully.**

### LIMITATION ON COVERAGE -
### WINDSTORM OR HAIL LOSSES TO ROOF SURFACING

This endorsement modifies insurance provided under the following:

BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CAUSES OF LOSS - BASIC FORM
CAUSES OF LOSS - BROAD FORM
CAUSES OF LOSS - SPECIAL FORM

**A.** The following is added to **G. Optional Coverages**, subparagraph **b.** of **3. Replacement Cost** with respect to buildings or structures shown on the Declarations and that have roofs that are:

   **a.** 20 years of age or older if composed of asphalt shingle, composition shingle, or built up or single ply membrane;

   **b.** 25 years of age or older if composed of synthetic slate or shingle; or

   **c.** 30 years of age or older if composed of slate, tile, or metal:

      **b.** This Optional Coverage does not apply to:

      "Roof surfacing", but only if a covered loss to "roof surfacing" is caused by Windstorm Or Hail.

**B.** The following is added to the Limitation section of the applicable Causes of Loss form:

The following applies with respect to loss or damage by windstorm and/or hail to a building or structure shown in the Declarations:

We will not pay for "aesthetic impairment" to "roof surfacing" caused by windstorm and/or hail.

**C.** For the purposes of this endorsement, the following definitions are added to the Policy:

"Roof Surfacing" means the shingles, tiles, cladding, metal or synthetic sheeting or similar materials covering the roof and includes all materials used in securing the roof surface and all materials applied to or under the roof surface for moisture protection, as well as roof flashing.

"Aesthetic impairment" means physical harm resulting from an otherwise covered loss. "Aesthetic impairment" is not "damage" but is physical harm that disfeatures covered property.

"Damage" means physical harm to covered property that substantially reduces its ability to function. Damage does not include physical harm that changes the appearance of property but does not substantially reduce the service, usefulness, or utility of such property.

ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.



## Ozone Roofing, Inc.

733 S Mustang Road
Yukon, OK 73099
OK Reg # 80003836
Commercial Endorsement

|  |  |  |
|---|---|---|
| Client: | David Portman | |
| Property: | 4219 Charter | |
| | Oklahoma City , OK 73108 | |
| | | |
| Operator: | DAN | |
| | | |
| Estimator: | Dan Galloway | |
| Company: | Ozone Roofing, Inc. | |
| | | |
| Type of Estimate: | Hail | |
| Date Entered: | 2/2/2024 | Date Assigned: |
| | | |
| Price List: | OKOC8X_FEB24 | |
| Labor Efficiency: | Restoration/Service/Remodel | |
| Estimate: | 4219_CHARTER | |

**PLAINTIFF'S EXHIBIT**

**2**



**Ozone Roofing, Inc.**

733 S Mustang Road
Yukon, OK 73099
OK Reg # 80003836
Commercial Endorsement

### 4219_CHARTER

#### Roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 1.  Remove Modified bitumen roof | 217.25 SQ | 54.02 | 0.00 | 11,735.85 | (0.00) | 11,735.85 |
| 3.  Remove Built-up 3 ply roofing - in place | 217.25 SQ | 59.14 | 0.00 | 12,848.17 | (0.00) | 12,848.17 |
| 4.  Remove Built-up 3 ply roofing - in place (remove second layer of built up roofing)* | 217.25 SQ | 59.14 | 0.00 | 12,848.17 | (0.00) | 12,848.17 |
| 5.  R&R Light weight, gypsum concrete - 1 1/2" thick (insulation between roof deck and roof surface)* | 21,725. SF 00 | 8.37 | 6,183.48 | 188,021.73 | (0.00) | 188,021.73 |
| 7.  Modified bitumen roof | 217.25 SQ | 427.18 | 2,637.72 | 95,442.58 | (0.00) | 95,442.58 |
| 8.  R&R Flash parapet wall only - bitumen - up to 3' | 793.00 LF | 16.42 | 271.53 | 13,292.59 | (0.00) | 13,292.59 |
| 9.  R&R Drip edge | 640.00 LF | 3.13 | 64.03 | 2,067.23 | (0.00) | 2,067.23 |
| **Totals:  Roof** | | | **9,156.76** | **336,256.32** | **0.00** | **336,256.32** |

#### HVAC

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 11.  Comb and straighten a/c condenser fins - with trip charge | 2.00 EA | 230.72 | 0.00 | 461.44 | (0.00) | 461.44 |
| 12.  Central air - condenser unit - Detach & reset | 3.00 EA | 801.77 | 0.00 | 2,405.31 | (0.00) | 2,405.31 |
| **Totals:  HVAC** | | | **0.00** | **2,866.75** | **0.00** | **2,866.75** |

#### General Conditions

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|
| 14.  Remove Additional charge for high roof (2 stories or greater) | 217.25 SQ | 5.64 | 0.00 | 1,225.29 | (0.00) | 1,225.29 |
| 15.  Additional charge for high roof (2 stories or greater) | 217.25 SQ | 19.89 | 0.00 | 4,321.10 | (0.00) | 4,321.10 |
| 16.  Telehandler forklift (per week) - no operator | 2.00 WK | 1,350.16 | 0.00 | 2,700.32 | (0.00) | 2,700.32 |
| 17.  Dumpster load - Approx. 30 yards, 5-7 tons of debris | 3.00 EA | 610.52 | 0.00 | 1,831.56 | (0.00) | 1,831.56 |
| 18.  Temporary toilet (per month) | 1.00 MO | 177.88 | 0.00 | 177.88 | (0.00) | 177.88 |
| **Totals:  General Conditions** | | | **0.00** | **10,256.15** | **0.00** | **10,256.15** |
| **Line Item Totals:  4219_CHARTER** | | | **9,156.76** | **349,379.22** | **0.00** | **349,379.22** |



**Ozone Roofing, Inc.**

733 S Mustang Road
Yukon, OK 73099
OK Reg # 80003836
Commercial Endorsement

## Summary

| | |
|---|---|
| Line Item Total | 340,222.46 |
| Material Sales Tax | 9,156.76 |
| **Replacement Cost Value** | **$349,379.22** |
| **Net Claim** | **$349,379.22** |

Dan Galloway



**Ozone Roofing, Inc.**

733 S Mustang Road
Yukon, OK 73099
OK Reg # 80003836
Commercial Endorsement

1   1-IMG_2069
Date Taken: 2/2/2024

Core sample location



2   2-IMG_2070
Date Taken: 2/2/2024

Core sample shows multiple roof
layers, insulation and structural metal
deck





## Ozone Roofing, Inc.

733 S Mustang Road
Yukon, OK 73099
OK Reg # 80003836
Commercial Endorsement

3    4-IMG_2072
Date Taken: 2/2/2024

Roughly 2" of lightweight concrete
insulation (a substantial amount blew
away upon extraction from the core
cylinder



4    7-IMG_2075
Date Taken: 2/2/2024

Multiple layers of 3 ply built up
directly underneath the modified
bitumen top surface





**Ozone Roofing, Inc.**

733 S Mustang Road
Yukon, OK 73099
OK Reg # 80003836
Commercial Endorsement

5    8-IMG_2076
     Date Taken: 2/2/2024

     Core site sealed upon completion







300 Kimball Drive, Suite 500
Parsippany, NJ 07054
USA

T +1 201 847 8600
F +1 201 847 1780
Toll Free +1 866 852 2990

March 18, 2024

Sent Via Email

Charter Investors, LLC
5209 NW 124th
Oklahoma City, OK 73142

RE:    Insured:              Charter Investors, LLC
       Claim No.:            185794
       Policy No.:           NPP8837546
       Cause of Loss:        Hail
       Date of Loss:         7/8/2023
       Loss Location:        4219 Charter Ave, Oklahoma City, OK 73108

Dear Charter Investors, LLC:

This correspondence is being sent by AIG Claims, Inc. as authorized administrator for Western World Insurance Company ("Western World").

I am the Property Claim Specialist employed by Western World Insurance, and the assigned claim handler for the above referenced matter. I am responsible for handling this claim and determining what coverage may be available under the terms of the insurance policy that you purchased from Western World.

Based on the information you provided, your policy, and the inspection determined that the damage caused by hail is a partial covered loss for damages is in included in the attached estimate.

Please show the adjuster's estimate to your contractor and have that person contact the adjuster with any questions about price or scope. Please notify us of any potential changes in scope or price. Unapproved changes will not be covered.

Your property claim has been calculated as follow:

Replacement Cost $ 112,128.19
Less Recoverable Depreciation $ 49,449.42
Less Deductible $ 17,500.00
Net Claim $ 45,178.77

At this time, Western World will be unable to issue *any additional payment* for the above-mentioned loss as no new documentation has shown the roof is in need of full replacement.

In-addition, the purpose of this letter is to notify you that we are denying partial coverage for this claim and only damages in our estimate will be covered.



PLAINTIFF'S
EXHIBIT
3

**FACTS OF THIS CLAIM**

On January 25, 2024, you reported your property sustained hail damage that occurred on July 08,2023.

**Update 3/18/24**

Keystone Engineers Evaluation:

- Physical evidence of hail at a property will include spatter or indentations at the point of impact on different surfaces. Spatter marks are visible marks on the surface of components where impacting hail scrubbed away surface debris and oxidation. The affected components may include items such as roof vents, metal flashings, gutters, downspouts, air conditioning (A/C) unit condenser fins, screens, siding, window screens, and other materials. Spatter marks or indentations in metal components are cosmetic conditions that do not affect the function of the components.

- Hail damage to granular-surfaced modified bitumen roofing membranes is typically evidenced by a random distribution of isolated, roughly circular blemishes, which are characterized by missing granules, granules forced into the membrane, and a reduced cross-section (bruising), dimpling, and/or fracturing of the membrane. Bruising of the membrane mats produces a weak spot that feels softer and more pliable than the remainder of the membrane. Recent hail damage is generally characterized by exposed asphalt that is dark black and glossy. Over time, exposure to ultraviolet radiation draws out light oils from the bitumen, and the color of the exposed asphalt transitions from dark black to light gray. Due to inconsistent substrate support, the base flashings along parapet walls and equipment support curbs are generally more prone to hail damage than the field areas of the roof.

- Only the top layer of the asphalt bitumen roof covering was damaged by hail impacts, and the underlying roof membrane was not damaged by the impacts. Since only the surface coating was damaged, the entire roofing system does not require replacement. The roof surface can be recoated.

 *Also, the functionality of the light-gauge metal rooftop components was not damaged as a result of the subject storm.*

**Keystone Conclusions**:

To determine if all roofing layers need to be replaced due to storm damage, as requested, and based upon Keystone's investigation and the engineer's education, training, and experience, the following conclusions have been reached within a reasonable degree of engineering certainty. Additional details and further analysis by which we reached these conclusions can be found in the above Evaluation section of this report.

Hail impacts on or around July 8, 2023, caused the following conditions:
- More than 10 concentric fractures per square in the asphalt flood coat. The underlying roof membrane was not damaged by the impacts.
- Numerous indentations in condenser fins of two roof-mounted HVAC units.

- Round, randomly located indentations in the light gauge metal roof components. These indentations were a cosmetic condition that did not affect the function of the components.

### *Repair Recommendations*:

 Keystone recommends the method outlined below to repair the damaged elements. Our recommendations are conceptual in scope and are for use in planning and estimating costs only. The services of a licensed professional experienced in this industry should be acquired to engineer and design the exact structural requirements. Other methods for these repairs may also be available and appropriate.

- Recoat the roof surface.
- Comb out the dents in the HVAC condenser fins. Replace if necessary.

### *WESTERN WORLD'S COVERAGE POSITION*

Please refer to page 1 of your CP 00 10 06 07 BUILDING AND PERSONAL PROPERTY COVERAGE FORM:

A.    Coverage
We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

   **1. Covered Property**

   Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.**, and limited in **A.2.**, Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property

   **a.   Building,** meaning the building or structure described in the Declarations, including:

 ****

   **b.   Your Business Personal Property** located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises, consisting of the following unless otherwise specified in the Declarations or on the Your Business Personal Property   Separation Of Coverage form:

   3.    Covered Causes Of Loss
See applicable Causes Of Loss Form as shown in the Declarations.
 ****

We now ask that you direct your attention to page 1 and 3 and 4 of your CP 10 30 06 07 Causes of Loss – Special Form:

A.    Covered Causes Of Loss

When Special is shown in the Declarations, Covered Causes of Loss means Risks Of Direct Physical Loss unless the loss is:

1.    Excluded in Section B., Exclusions; or

2.    Limited in Section C., Limitations; that follow.

B.    Exclusions

    1.    We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

        ****

    2.    We will not pay for loss or damage caused by or resulting from any of the following:
        ****

        **d.**    **(1)**    Wear and tear;

               **(2)**    Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;
        ****

        **f.**    Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.
        ****

    **3.**    We will not pay for loss or damage caused by or resulting from any of the following, 3.a. through 3.c. But if an excluded cause of loss that is listed in 3.a. through 3.c. results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.
        ****

        **c.**    Faulty, inadequate or defective:
            ****

               **(2)**    Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;
               **(3)**    Materials used in repair, construction, renovation or remodeling; or
               **(4)**    Maintenance; of part or all of any property on or off the described premises.

## C.    Limitations

The following limitations apply to all policy forms and endorsements, unless otherwise stated.

    **1.**    We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.
    ****

**c.**    The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

**(1)**    The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

**(2)**    The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

## WINDSTORM OR HAIL LOSSES TO ROOF SURFACING

This endorsement modifies insurance provided under the following:
BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM

CAUSES OF LOSS – BASIC FORM
CAUSES OF LOSS – BROAD FORM
CAUSES OF LOSS – SPECIAL FORM

**A.** The following is added to **G. Optional Coverages**, subparagraph **b.** of **3. Replacement Cost** with respect to buildings or structures shown on the Declarations and that have roofs that are:

    **a.** 20 years of age or older if composed of asphalt shingle, composition shingle, or built up or single ply membrane;

    **b.** 25 years of age or older if composed of synthetic slate or shingle; or

    **c.** 30 years of age or older if composed of slate, tile, or metal:

    **b.** This Optional Coverage does not apply to:

    "Roof surfacing", but only if a covered loss to "roof surfacing" is caused by Windstorm Or Hail.

**B.** The following is added to the Limitation section of the applicable Causes of Loss form:
The following applies with respect to loss or damage by windstorm and/or hail to a building or structure shown in the Declarations: We will not pay for "aesthetic impairment" to "roof surfacing" caused by windstorm and/or hail.

**C.** For the purposes of this endorsement, the following definitions are added to the Policy:
"Roof Surfacing" means the shingles, tiles, cladding, metal or synthetic sheeting or similar materials covering the roof and includes all materials used in securing the roof surface and all materials applied to or under the roof surface for moisture protection, as well as roof flashing.
"Aesthetic impairment" means physical harm resulting from an otherwise covered loss.
"Aesthetic impairment" is not "damage" but is physical harm that disfeatures covered property.
"Damage" means physical harm to covered property that substantially reduces its ability to function. Damage does not include physical harm that changes the appearance of property but does not substantially reduce the service, usefulness, or utility of such property.

The coverage issues that we have now investigated and analyzed on this claim involve the Cause of Loss – Special Form's above quoted B.2.d(1 & 2) Exclusion for wear and tear, decay or deterioration, B.2.f Continuous or repeated seepage or seepage of water and B.3.c.(2-4) Faulty, in adequate or defective design, workmanship or construction, and C- Limitation. In-addition, windstorm or hail losses to roof surfacing that is Aesthetic impairment doesn't provide coverage under your policy. Therefore, Western World is unable to provide coverage or issue any payment for this loss.

Although Western World is today declining partial coverage for this claim, we will keep our file open for thirty days in case you wish to discuss our decision or wish to give us more or different information that may be relevant. We reserve the right to modify our position based on any such new or different information.

We expressly reserve the right to assert any and all additional rights and defenses which a further investigation may reveal to be applicable for the loss claim. If you intend to proceed with litigation, strict compliance with the policy provisions will be required. No suit or action may be brought against us unless there has been full compliance with the policy terms. The Company does not waive any provisions or stipulation of the Policy or waive any right or defense under such Policy whether or not identified above.

Hopefully, this letter has provided you with a clear explanation of our position regarding your insurance coverage for this claim. However, if you have any further questions concerning this letter or your claim, please feel free to call me at your convenience at 972-945-0040.

I am sorry that we were unable to reach a more favorable determination concerning this claim.

Sincerely,

*Sharon Blake*

Sharon Blake
Property Claims Specialist

DocuSign Envelope ID: F81B9852-9049-4A6E-8A●●F09DF0C1390

April 9th, 2024


To Whom It May Concern,

In regard to Claim Number 185794, under the policy described as NPP8837546, it is my understanding that we have a vast disagreement with regards to the value of the claim. As such, Charter Investors LLC is invoking appraisal pursuant to the terms of the policy. Charter Investors appraisers' information is as follows:


Ray Demeritt

Ray@NationalPublicAdjusting.com

(713) 714-2489

Please have your appraiser reach out to Mr. Demeritt at their earliest convenience.


Thank you.

DocuSigned by:

David Portman

A8C6998C0C53450



**APPRAISAL OF INSURANCE CLAIM – AWARD FORM**

Insured: Charter Investors LLC
Policy #: NPP8837546
Claim #: 185794
Date of Loss: 7/8/2023
Risk Location:  4219 Charter Ave. Oklahoma City, OK 73108

**TO THE ABOVE NAMED PARTIES OF INTEREST:**
We, the undersigned appraisers, have investigated and considered all the material facts and available information pertaining to this claim, and have decided on the appraisal award as described below:

**RCV AMOUNT OF LOSS:**                    **ACV AMOUNT OF LOSS:**
A – Building  $468,807.06                   A – Building  $360,914.13

This appraisal award shall be valid and binding upon all parties concerned when at least two of the three parties named below concur in a decision, as evidenced by their signatures below.  This award is made without any consideration of any deductible amount, prior payments issued to the insured, or any other terms, conditions, provisions, or exclusions of the above policy.

All executed copies shall be considered as counterpart originals.

**WE AGREE TO THE ABOVE:**

*Ray Demeritt*                              5.10.24
Ray Demeritt , Appraiser for the Insured    Date

                                            5 | 10 | 24
Kurt Woodward , Appraiser for the Insurer   Date


NA, Umpire                                  Date

**PLAINTIFF'S EXHIBIT**
**5**

CÂLIBRATED   **Calibrated Insurance Services LLC**

5605 N. MacArthur Blvd 10th Floor
Irving, TX 75038
888-960-8962

| | |
|---|---|
| Insured: | Charter Investors LLC |
| Property: | 4219 Charter Ave |
| | Oklahoma City, OK 73108 |

| | | | |
|---|---|---|---|
| Claim Rep.: | Kurt Woodward | Business: | (316) 708-3437 |
| | | E-mail: | claimdoc@hotmail.com |
| Estimator: | Kurt Woodward | Business: | (316) 708-3437 |
| | | E-mail: | claimdoc@hotmail.com |

**Claim Number:** 185794           **Policy Number:** NPP8837546           **Type of Loss:** Wind/Hail

| | | | | |
|---|---|---|---|---|
| Date Contacted: | 4/11/2024 10:20 AM | | | |
| Date of Loss: | 7/8/2023 7:27 AM | Date Received: | 4/11/2024 9:49 AM | |
| Date Inspected: | 4/18/2024 12:00 PM | Date Entered: | 4/20/2024 7:25 AM | |

| | |
|---|---|
| Price List: | OKOC8X_JUL23 |
| | Restoration/Service/Remodel |
| Estimate: | CHARTER_INV-2 |

**NOTICE**: This is a repair estimate only. The insurance policy may contain provisions that will reduce any payment that might be made. Receipt of a copy of this estimate is not to be interpreted as coverage of the loss. All estimate items and figures are subject to insurance company review and approval.

This is not an authorization to repair. Authorization to repair or guarantee of payment must come from the owner of the property.

No adjuster or appraiser has the authority to authorize or guarantee payment.

The insurer assumes no responsibility for the quality of the repairs that might be made. A copy of this document does not constitute a settlement of this claim. The above figures are subject to the insurance company approval.



## Calibrated Insurance Services LLC

5605 N. MacArthur Blvd 10th Floor
Irving, TX 75038
888-960-8962

### CHARTER_INV-2

#### Premise 1 Building 1

**Prem 1 Bldg 1 Roof**



21465.33  Surface Area
716.36  Total Perimeter Length

214.65  Number of Squares

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Pre appraisal line items.** | | | | | | | |
| 1. Tear off, haul and dispose of modified bitumen roofing | 214.65 SQ | 53.34 | 0.00 | 2,289.88 | 13,739.31 | (0.00) | 13,739.31 |
| 2. Remove Built-up 3 ply roofing - in place | 429.31 SQ | 58.43 | 0.00 | 5,016.92 | 30,101.50 | (0.00) | 30,101.50 |
| Per core sample, 2 layers of BU 3 ply in place. | | | | | | | |
| 3. R&R Light weight, gypsum concrete - 1 1/2" thick | 21,465. SF 33 | 8.29 | 6,109.57 | 35,589.52 | 219,646.68 | (10,957.25) | 208,689.43 |
| 4. Modified bitumen roof | 214.65 SQ | 415.11 | 2,456.19 | 17,820.68 | 109,380.23 | (68,669.66) | 40,710.57 |
| 5. R&R Flash parapet wall only - up to 3' | 793.00 LF | 14.15 | 127.22 | 2,244.18 | 13,592.35 | (7,256.21) | 6,336.14 |
| 6. R&R Cap flashing | 640.00 LF | 21.59 | 703.25 | 2,763.52 | 17,284.37 | (6,055.90) | 11,228.47 |
| 7. R&R Rain cap - 8" | 5.00 EA | 53.69 | 13.21 | 53.70 | 335.36 | (109.44) | 225.92 |
| 8. Central air - condenser unit - Detach & reset | 3.00 EA | 793.61 | 0.00 | 476.16 | 2,856.99 | (0.00) | 2,856.99 |
| **Post appraisal line items.** | | | | | | | |
| 9. R&R Membrane roofing - cant strips - perlite | 793.00 LF | 3.11 | 31.46 | 493.24 | 2,990.93 | (829.14) | 2,161.79 |
| 10. Retrofit curb | 3.00 EA | 1,434.82 | 304.03 | 860.90 | 5,469.39 | (3,456.37) | 2,013.02 |
| 11. Expansion joint - Roof - Modified Bitumen* | 79.66 LF | 31.36 | 206.12 | 499.62 | 3,203.88 | (1,158.97) | 2,044.91 |
| 12. R&R Flashing - pipe jack - lead | 9.00 EA | 85.97 | 36.16 | 154.76 | 964.65 | (318.48) | 646.17 |
| Observed pipe jacks are lead. | | | | | | | |
| 13. R&R Gravity roof ventilator - 18" | 6.00 EA | 348.91 | 138.52 | 418.70 | 2,650.68 | (932.27) | 1,718.41 |
| Gravity "force ventilator" style vents observed. | | | | | | | |
| 14. R&R Fire / Smoke roof vent - automatic - 48"x48" | 5.00 EA | 1,040.12 | 319.28 | 1,040.12 | 6,560.00 | (2,244.84) | 4,315.16 |
| 15. R&R Pitch pan / pocket - up to 6" x 6" x 4" - galvanized | 1.00 EA | 129.92 | 4.06 | 25.98 | 159.96 | (46.14) | 113.82 |
| **HVAC ITEMS** | | | | | | | |
| 16. Comb/straighten a/c cond. fins - w/trip charge - Large | 1.00 EA | 271.67 | 0.00 | 54.34 | 326.01 | (0.00) | 326.01 |
| 17. Comb/straighten a/c cond. fins - w/out trip charge - Large | 1.00 EA | 130.40 | 0.00 | 26.08 | 156.48 | (0.00) | 156.48 |
| 18. Reversible cycle heat pump - packaged unit - 5 ton 16 SEER | 1.00 EA | 6,085.12 | 415.78 | 1,217.02 | 7,717.92 | (4,875.68) | 2,842.24 |
| **Plumbing Items** | | | | | | | |
| 19. Natural gas service line | 1,396.64 LF | 10.67 | 0.00 | 2,980.44 | 17,882.59 | (0.00) | 17,882.59 |



**Calibrated Insurance Services LLC**

5605 N. MacArthur Blvd 10th Floor
Irving, TX 75038
888-960-8962

**CONTINUED - Prem 1 Bldg 1 Roof**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Gas lines on roof surface require detach/reset to facilitate roof repairs. | | | | | | | |
| **Totals: Prem 1 Bldg 1 Roof** | | | 10,864.85 | 74,025.76 | 455,019.28 | 106,910.35 | 348,108.93 |

### Front Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Post appraisal line item | | | | | | | |
| 20. R&R Wrap wood window frame & trim with aluminum sheet - Large | 1.00 EA | 382.52 | 6.44 | 76.52 | 465.48 | (103.53) | 361.95 |
| **Totals: Front Elevation** | | | 6.44 | 76.52 | 465.48 | 103.53 | 361.95 |

### Right Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| No evidence of storm related damage to structure elevation exterior. | | | | | | | |
| **Totals: Right Elevation** | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

### Rear Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| No evidence of storm related damage to structure elevation exterior. | | | | | | | |
| **Totals: Rear Elevation** | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

### Left Elevation

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Post appraisal line item | | | | | | | |
| 21. R&R Roll-up door & hardware - 12' x 10' - 26 gauge | 1.00 EA | 1,927.35 | 151.46 | 385.48 | 2,464.29 | (879.05) | 1,585.24 |

CHARTER_INV-2

CALIBRATED    **Calibrated Insurance Services LLC**

5605 N. MacArthur Blvd 10th Floor
Irving, TX 75038
888-960-8962

**CONTINUED - Left Elevation**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Totals: Left Elevation** | | | 151.46 | 385.48 | 2,464.29 | 879.05 | 1,585.24 |
| **Total: Premise 1 Building 1** | | | 11,022.75 | 74,487.76 | 457,949.05 | 107,892.93 | 350,056.12 |

### Debris Removal

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Post appraisal line items. | | | | | | | |
| 22. Dumpster load - Approx. 30 yards, 5-7 tons of debris | 2.00 EA | 610.52 | 0.00 | 0.00 | 1,221.04 | (0.00) | 1,221.04 |
| **Totals: Debris Removal** | | | 0.00 | 0.00 | 1,221.04 | 0.00 | 1,221.04 |

### General Conditions

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Pre appraisal line items. | | | | | | | |
| 23. Telehandler/forklift and operator | 80.00 HR | 118.61 | 0.00 | 0.00 | 9,488.80 | (0.00) | 9,488.80 |
| 24. Temporary toilet - Minimum rental charge | 1.00 EA | 148.17 | 0.00 | 0.00 | 148.17 | (0.00) | 148.17 |
| **Totals: General Conditions** | | | 0.00 | 0.00 | 9,636.97 | 0.00 | 9,636.97 |
| **Line Item Totals: CHARTER_INV-2** | | | 11,022.75 | 74,487.76 | 468,807.06 | 107,892.93 | 360,914.13 |

CΛLIBRATED   **Calibrated Insurance Services LLC**

5605 N. MacArthur Blvd 10th Floor
Irving, TX 75038
888-960-8962

## Grand Total Areas:

| | | |
|---|---|---|
| 0.00 SF Walls | 0.00 SF Ceiling | 0.00 SF Walls and Ceiling |
| 0.00 SF Floor | 0.00 SY Flooring | 0.00 LF Floor Perimeter |
| 0.00 SF Long Wall | 0.00 SF Short Wall | 0.00 LF Ceil. Perimeter |
| 0.00 Floor Area | 0.00 Total Area | 0.00 Interior Wall Area |
| 2,038.94 Exterior Wall Area | 0.00 Exterior Perimeter of Walls | |
| 21,465.33 Surface Area | 214.65 Number of Squares | 716.36 Total Perimeter Length |
| 0.00 Total Ridge Length | 0.00 Total Hip Length | |

CΛLIBRATED  **Calibrated Insurance Services LLC**

5605 N. MacArthur Blvd 10th Floor
Irving, TX 75038
888-960-8962

### Summary for Prem 1 Bldg 1

| | |
|---|---|
| Line Item Total | 383,296.55 |
| Overhead | 37,243.88 |
| Profit | 37,243.88 |
| Material Sales Tax | 11,022.75 |
| **Replacement Cost Value** | **$468,807.06** |
| Less Depreciation | (107,892.93) |
| **Actual Cash Value** | **$360,914.13** |
| **Net Claim** | **$360,914.13** |
| Total Recoverable Depreciation | 107,892.93 |
| **Net Claim if Depreciation is Recovered** | **$468,807.06** |

Kurt Woodward



300 Kimball Drive, Suite 500
Parsippany, NJ 07054
USA

T +1 201 847 8600
F +1 201 847 1780
Toll Free +1 866 852 2990

June 14, 2024                                              *Sent Via Email*

Charter Investors, LLC
5209 NW 124th
Oklahoma City, OK 73142

RE:    Insured:              Charter Investors, LLC
       Claim No.:            185794
       Policy No.:           NPP8837546
       Cause of Loss:        Hail
       Date of Loss:         7/8/2023
       Loss Location:        4219 Charter Ave, Oklahoma City, OK 73108

Charter Investors, LLC:

This correspondence is being sent by AIG Claims, Inc. as authorized administrator for Western World Insurance Company ("Western World").

We recently received your claim for the above referenced loss. Based on the information you provided, your policy, and the inspection, we have determined that the damage caused by Hail at 4219 Charter Ave, Oklahoma City, OK 73108 is a covered loss.

Please show the adjuster's estimate to your contractor and have that person contact the adjuster with any questions about price or scope. Please notify us of any potential changes in scope or price. Unapproved changes will not be covered.

Your property damage claim settles as follow:

Summary for Award

| | |
|---|---|
| Award | $ 468,807.06 |
| Less Line Item 2 Remove Built-up 3 ply roofing – in place | $ (30,101.50) |
| Less Line Item 3 R&R Light weight, gypsum concrete - 1 1/2" thick | $ (219,646.68) |
| Less Line Item 19 Natural gas service line | $ (17,882.59) |
| **Award Less Non Covered items** | **$ 201,176.29** |
| **Less Recoverable Depreciation** | **$ 107,892.93** |
| Actual Cash Value | $ 93,283.36 |
| Less Prior Payment | $ 45,178.77 |
| Less Deductible | $ 5,000.00 |
| Net Claim | $ 43,104.59 |

PLAINTIFF'S EXHIBIT
6

A check for $43,104.59 has been authorized and will be sent to you separately. If the full cost allowed for repairs or replacement is found to be insufficient you must contact Western World Insurance to discuss any supplemental claim before repairs are initiated.

To recover an amount in excess of **Actual Cash Value**, you must notify us of your intent to repair, rebuild or replace the damaged property within 180 days after the loss or damage. Before receiving any amount over the actual cash value, please submit final invoices from your contractor(s) along with a signed statement from you acknowledging that the work has been completed to your satisfaction.

The additional amount you can claim cannot be more than the smaller of:

a.    The amount you actually and necessarily spend for repair or replacement in excess of the Actual Cash Value and no more than the Policy Limit.

b.    The amount of depreciation involved

### FACTS OF THIS CLAIM

On January 25, 2024, you reported your property sustained hail damage that occurred on July 08,2023.

### 2nd Update to Engineers Review of Ozone Roofing, Inc's Estimate

Supplement Request:

Subsequent to the issuance of our original report, Keystone was requested to review the revised Roofing Repair Cost Estimate and comment on the insured's contractor-recommended course of action being not suitable and thus requiring a full roof replacement.

Documents Reviewed:

- Roofing Repair Cost Estimate by Ozone Roofing, Inc., dated March 15, 2024.

### Evaluation:
The extent of hail damage to the roofing system was limited to the surface flood coating. Our recommendation of recoating the existing roof system is the appropriate method to repair the hail damage to the roofing system.

The contractor did not provide any justification on the need to remove and replace the entire roofing system to address the damage caused by hail impacts.

### Supplemental Conclusions:
Based upon Keystone's investigation, the available evidence, and the engineer's education, training, and experience, the following conclusions have been reached within a reasonable degree of engineering certainty:

No revisions to the original repair recommendations.

- Recoat the roof surface.
- Comb out the dents in the HVAC condenser fins. Replace if necessary.

### WESTERN WORLD'S COVERAGE POSITION

Please refer to page 1 of your CP 00 10 06 07 BUILDING AND PERSONAL PROPERTY COVERAGE
FORM:

A.  Coverage
We will pay for direct physical loss of or damage to Covered Property at the premises described
in the Declarations caused by or resulting from any Covered Cause of Loss.

   **1. Covered Property**

     Covered Property, as used in this Coverage Part, means the type of property described in this
section, **A.1.,** and limited in **A.2.,** Property Not Covered, if a Limit of Insurance is shown in
the Declarations for that type of property

     **a.** **Building,** meaning the building or structure described in the Declarations, including:

   ****

     **b.** **Your Business Personal Property** located in or on the building described in the
Declarations or in the open (or in a vehicle) within 100 feet of the described premises,
consisting of the following unless otherwise specified in the Declarations or on the Your
Business Personal Property – Separation Of Coverage form:

   3. Covered Causes Of Loss
See applicable Causes Of Loss Form as shown in the Declarations.
   ****

We now ask that you direct your attention to page 1 and 3 and 4 of your CP 10 30 06 07 Causes of Loss --
Special Form:

A.  Covered Causes Of Loss

When Special is shown in the Declarations, Covered Causes of Loss means Risks Of Direct
Physical Loss unless the loss is:

  1.  Excluded in Section B., Exclusions; or

  2.  Limited in Section C., Limitations; that follow.

B.  Exclusions

  1.  We will not pay for loss or damage caused directly or indirectly by any of the
following. Such loss or damage is excluded regardless of any other cause or event
that contributes concurrently or in any sequence to the loss.

     ****

  2.  We will not pay for loss or damage caused by or resulting from any of
the following:
     ****

     **d.** **(1)** Wear and tear;

        **(2)** Rust or other corrosion, decay, deterioration, hidden or
latent defect or any quality in property that causes it to
damage or destroy itself;

     ****

     **f.** Continuous or repeated seepage or leakage of water, or
the presence or condensation of humidity, moisture or
vapor, that occurs over a period of 14 days or more.

\*\*\*\*

3.  We will not pay for loss or damage caused by or resulting from any of the following, 3.a. through 3.c. But if an excluded cause of loss that is listed in 3.a. through 3.c. results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

    \*\*\*\*

    c.  Faulty, inadequate or defective:

        \*\*\*\*

        (2) Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

        (3) Materials used in repair, construction, renovation or remodeling; or

        (4) Maintenance; of part or all of any property on or off the described premises.

## C.    Limitations

The following limitations apply to all policy forms and endorsements, unless otherwise stated.

1.  We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.

    \*\*\*\*

c.  The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

(1) The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or

(2) The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

### WINDSTORM OR HAIL LOSSES TO ROOF SURFACING

This endorsement modifies insurance provided under the following:
BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CAUSES OF LOSS – BASIC FORM
CAUSES OF LOSS   BROAD FORM
CAUSES OF LOSS – SPECIAL FORM

**A.** The following is added to **G. Optional Coverages**, subparagraph **b.** of **3. Replacement Cost** with respect to buildings or structures shown on the Declarations and that have roofs that are:

   **a.** 20 years of age or older if composed of asphalt shingle, composition shingle, or built up or single ply membrane;

   **b.** 25 years of age or older if composed of synthetic slate or shingle; or

   **c.** 30 years of age or older if composed of slate, tile, or metal:

   **b.** This Optional Coverage does not apply to:

   "Roof surfacing", but only if a covered loss to "roof surfacing" is caused by Windstorm Or Hail.

**B.** The following is added to the Limitation section of the applicable Causes of Loss form:
The following applies with respect to loss or damage by windstorm and/or hail to a building or structure shown in the Declarations: We will not pay for "aesthetic impairment" to "roof surfacing" caused by windstorm and/or hail.

**C.** For the purposes of this endorsement, the following definitions are added to the Policy:
"Roof Surfacing" means the shingles, tiles, cladding, metal or synthetic sheeting or similar
materials covering the roof and includes all materials used in securing the roof surface and all
materials applied to or under the roof surface for moisture protection, as well as roof flashing.
"Aesthetic impairment" means physical harm resulting from an otherwise covered loss.
"Aesthetic impairment" is not "damage" but is physical harm that disfeatures covered property.
"Damage" means physical harm to covered property that substantially reduces its ability to
function. Damage does not include physical harm that changes the appearance of property
but does not substantially reduce the service, usefulness, or utility of such property.

The coverage issues that we have now investigated and analyzed on this claim involve the Cause of Loss
-- Special Form's above quoted B.2.d(1 & 2) Exclusion for wear and tear, decay or deterioration, B.2.f
Continuous or repeated seepage or seepage of water and B.3.c.(2-4) Faulty, in adequate or defective
design, workmanship or construction, and C- Limitation. In-addition, windstorm or hail losses to roof
surfacing that is Aesthetic impairment doesn't provide coverage under your policy. Therefore, Western
World is unable to provide coverage or issue any payment for this loss.

Please direct your attention to page 9 of your Building and Personal Property Coverage Form CP 00 10
06 07 wherein the form describes the Loss Condition of Appraisal, including Western World's right to
still deny the claim:

> E. Loss Conditions
> The following conditions apply in addition to the Common Policy Conditions and the
> Commercial Property Conditions.
> **** 2. Appraisal If we and you disagree on the value of the property or the amount of loss,
> either may make written demand for an appraisal of the loss. In this event, each party will select a
> competent and impartial appraiser. The two appraisers will select an umpire. If they cannot agree,
> either may request that selection be made by a judge of a court having jurisdiction. The appraisers
> will state separately the value of the property and amount of loss. If they fail to agree, they will
> submit their differences to the umpire. A decision agreed to by any two will be binding. Each
> party will:
> a. Pay its chosen appraiser; and
> b. Bear the other expenses of the appraisal and umpire equally.
>
> If there is an appraisal, we will still retain our right to deny the claim.

Please refer to page 9 of your **CP 00 10 06 07 Building and Personal Property Coverage
Form:**

## E. Loss Conditions

The following conditions apply in addition to the Common Policy Conditions and the
Commercial Property Conditions.

****

### 2. Appraisal

If we and you disagree on the value of the property or the amount of loss, either may
make written demand for an appraisal of the loss. In this event, each party will select a
competent and impartial appraiser. The two appraisers will select an umpire. If they
cannot agree, either may request that selection be made by a judge of a court having
jurisdiction. The appraisers will state separately the value of the property and amount of
loss. If they fail to agree, they will submit their differences to the umpire. A decision
agreed to by any two will be binding. Each party will:

**a.** Pay its chosen appraiser; and

**b.** Bear the other expenses of the appraisal and umpire equally.

If there is an appraisal, we will still retain our right to deny the claim.

Thank you for your assistance and cooperation in the handling of this claim. If you have any questions, please contact me at (972) 945-0015.

Sincerely,

*Sharon Blake*
Property Claim Specialist



300 Kimball Drive, Suite 500
Parsippany, NJ 07054
USA

T +1 201 847 8600
F +1 201 847 1780
Toll Free +1 866 852 2990

September 6, 2024                                    *Sent Via Email*

Charter Investors, LLC
5209 NW 124th
Oklahoma City, OK 73142

RE:    Insured:         Charter Investors, LLC
       Claim No.:       185794
       Policy No.:      NPP8837546
       Cause of Loss:   Hail
       Date of Loss:    7/8/2023
       Loss Location:   4219 Charter Ave, Oklahoma City, OK 73108

Charter Investors, LLC:

This correspondence is being sent by AIG Claims, Inc. as authorized administrator for Western World Insurance Company ("Western World").

We recently received your claim for the above referenced loss. Based on the information you provided, your policy, and the inspection, we have determined that the damage caused by Hail at 4219 Charter Ave, Oklahoma City, OK 73108 is a covered loss.

Please show the adjuster's estimate to your contractor and have that person contact the adjuster with any questions about price or scope. Please notify us of any potential changes in scope or price. Unapproved changes will not be covered.

***__CLAIM RECAP__**: After appraisal was completed with Calibrate, we removed some line items due to the expert report received from Keystone. Keystone had advised us that based on their expertise, they were certain that all 3 layers of the roof did not need to be replaced. Christian Martin reached out on June 17, 2024 and shared excerpt from the IBC Code Book.

Everything received from the PA, insured and or the GC was shared for review with Keystone for review. Keystone has reached out with a supplement report advising that per the excerpt provided, a code upgrade would be needed. Keystone also restated that based on their expertise and training, the 3 layers did not need to be replaced as a re-coat would have sufficed.

We have allowed you the maximum amount that can be covered under your Policy for "code upgrade." Your total(s) has been recalculated below. ***



PLAINTIFF'S
EXHIBIT
7

Your property damage claim settles as follow:

Summary for Award

| Award | $ 468,807.06 |
|---|---|
| Code Upgrade Allowed *per Keystone Conclusion | $10,000.00 |
| New Award Total | $ 478,807.06 |
| Less Line Item 2 Remove Built-up 3 ply roofing    in place | $ (30,101.50) |
| Less Line Item 3 R&R Light weight. gypsum concrete - 1 1/2" thick | $ (219,646.68) |
| Less Line Item 19 Natural gas service line | $ (17,882.59) |
| **Award Less Non Covered items** | **$ 211,176.29** |
| **Less Recoverable Depreciation** | **$ 107,892.93** |
| Actual Cash Value | $ 103,283.36 |
| Less Prior Payment | $ 45.178.77 |
| Less Deductible | $ 5,000.00 |
| Net Claim | $ 53,104.59 |

A check for $53,104.59 has been authorized and will be sent to you separately. If the full cost allowed for repairs or replacement is found to be insufficient you must contact Western World Insurance to discuss any supplemental claim before repairs are initiated.

To recover an amount in excess of **Actual Cash Value**, you must notify us of your intent to repair, rebuild or replace the damaged property within 180 days after the loss or damage. Before receiving any amount over the actual cash value, please submit final invoices from your contractor(s) along with a signed statement from you acknowledging that the work has been completed to your satisfaction.

The additional amount you can claim cannot be more than the smaller of:

a.    The amount you actually and necessarily spend for repair or replacement in excess of the Actual Cash Value and no more than the Policy Limit.

b.    The amount of depreciation involved

## WESTERN WORLD INSURANCE COMPANY'S COVERAGE POSITION

Western World issued a Commercial Property Policy to Charter Investors, LLC for the building located at 4219 Charter Ave, Oklahoma City, OK 73108 under policy number NPP8837546 with effective dates of November 15, 2022 through November 15, 2023.

You have requested coverage for the entire roof replacement of you home along with increased cost of construction for code requirements for the roof. Please refer to the cited section of your policy below, **A. 1.**, which states that we pay for direct physical loss or damage to the property. The top layer of the roof received . We have estimated for the damaged squares fractured to the asphalt flood coat by hail. Included in our estimate is the required increased cost for code requirements for all three layers of the roof per the O&L provided by the engineer. Please refer to the Additional coverage section of your policy which is also cited below, **4. E (2)** increased cost of construction applies to the damaged portion of the loss. In your recent correspondence you cited The International Building Code (ICB). We have reviewed this information and since

code upgrade is required, we have given you the maximum amount of code upgrade allowed per the Policy.
We are not affording to pay any additional monies to R&R all 3 layers of the roof.

## *FACTS OF THIS CLAIM*

On January 25, 2024, you reported your property sustained hail damage that occurred on July 08,2023.

## 3r<sup>d</sup> Update to Engineers Review of Ozone Roofing, Inc's Estimate

### Supplement Request:

Subsequent to the issuance of our original report, Keystone was requested to review a letter by Ray Demeritt.

### Documents Reviewed:
• The Letter by Ray Demeritt, undated.

### *Evaluation:*
The International Building Code (IBC) 2018 does not differentiate between a coating versus a covering. A commercial roof coating will help extend the roof's life expectancy, reduce the chance of leaks, improve aesthetics, and lower cooling costs. No interior leaks had been reported at the property at the time of inspection leading to the conclusion that the moisture envelope was intact regardless of the cosmetic damage to the existing top layer coating caused by the recent hail event. Recoating the top layer is usually the best solution for extending the life of a roof that is in relatively good condition.

Based on verbal clarification with a local code official, if the roof coating is intended to aid in the moisture envelope system or if it will create a membrane on the surface of the roof, then it will be considered a covering and subject to the two or more application restrictions per IBC requirements. The local code official will not permit the potential encapsulation of moisture in the roofing system with a surface-applied coating. Due to the risk of potentially trapping moisture, and direction by the local code official, the roof will need to be replaced since it had been previously re-covered. This will include the removal of both existing roof covering systems.

### *Second Supplemental Conclusion:*
Based upon Keystone's investigation, the available evidence, and the engineer's education, training, and experience, the following conclusion has been reached within a reasonable degree of engineering certainty:

• A coating will not be permitted per IBC requirements interpretation by the local code official. Both layers of the roofing system are required to be replaced.

### Repair Method:
Keystone recommends the method outlined below to replace the damaged built-up roofing system and restore its intended function. The recommendations are conceptual in scope and are for use in planning and estimating costs only. The services of a licensed professional experienced in this industry should be acquired to design the exact structural requirements. Other methods for these repairs may also be available and appropriate.

• Remove and replace the entire roofing system. ***this will be code upgrade***

We refer you to the **Building and Personal Property Coverage Form, CP 00 10 06 07**, which reads in relevant part as follows:

**A.** **Coverage**

We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

**1.** **Covered Property**

Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.**, and limited in **A.2.**, Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property.

**a.** **Building,** meaning the building or structure described in the Declarations, including:

**(1)** Completed additions;

**(2)** Fixtures, including outdoor fixtures;

**(3)** Permanently installed:

**(a)** Machinery and

**(b)** Equipment;

*******

**4.** **Additional Coverages**

**c. Increased Cost Of Construction**

**(1)** This Additional Coverage applies only to buildings to which the Replacement Cost Optional Coverage applies.

**(2)** In the event of damage by a Covered Cause of Loss to a building that is Covered Property, we will pay the increased costs incurred to comply with enforcement of an ordinance or law in the course of repair, rebuilding or replacement of damaged parts of that property, subject to the limitations stated in **c.(3)** through **e.(9)** of this Additional Coverage.

**(3)** The ordinance or law referred to in **e.(2)** or law that regulates the construction of this Additional Coverage is an ordinance or repair of buildings or establishes zoning or land use requirements at the described premises, and is in force at the time of loss.

**(4)** Under this Additional Coverage, we will not pay any costs due to an ordinance or law that:

**(a)** You were required to comply with

before the loss, even when the building was undamaged; and

**(b)** You failed to comply with.

**(5)** Under this Additional Coverage, we will not pay for:

**(a)** The enforcement of any ordinance or law which requires demolition, repair, replacement, reconstruction, remodeling or remediation of property due to contamination by "pollutants" or due to the presence, growth, proliferation, spread or any activity of "fungus", wet or dry rot or bacteria; or

**(b)** Any costs associated with the enforcement of an ordinance or law which requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants", "fungus", wet or dry rot or bacteria.

**(6)** The most we will pay under this Additional Coverage, for each described building insured under this Coverage Form, is $10,000 or 5% of the Limit of Insurance applicable to that building, whichever is less. If a damaged building is covered under a blanket Limit of Insurance which applies to more than one building or item of property, then the most we will pay under this Additional Coverage, for that damaged building, is the lesser of: $10,000 or 5% times the value of the damaged building as of the time of loss times the applicable Coinsurance percentage.

The amount payable under this Additional Coverage is additional insurance.

**(7)** With respect to this Additional Coverage:

**(a)** We will not pay for the Increased Cost of Construction:

**(i)** Until the property is actually repaired or replaced, at the same or another premises; and

**(ii)** Unless the repairs or replacement are made as soon as reasonably possible after the loss or damage, not to exceed two years. We may extend this period in writing during the two years.

**(b)** If the building is repaired or replaced at the same premises, or if you elect to rebuild at another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the same premises. **(c)** If the ordinance or law requires relocation to another premises, the most we will pay for the Increased Cost of Construction, subject to the provisions of **e.(6)** of this Additional Coverage, is the increased cost of construction at the new premises.

**(8)** This Additional Coverage is not subject to the terms of the Ordinance Or Law Exclusion, to the extent that such Exclusion would conflict with the provisions of this Additional Coverage.

**(9)** The costs addressed in the Loss Payment and Valuation Conditions, and the Replacement Cost Optional Coverage, in this Coverage Form, do not include the increased cost attributable to enforcement of an ordinance or law. The amount payable under this Additional Coverage, as stated in **e.(6)** of this Additional Coverage, is not subject to such limitation.

## WESTERN WORLD'S COVERAGE POSITION

Please refer to page 1 of your CP 00 10 06 07 BUILDING AND PERSONAL PROPERTY COVERAGE FORM:

A.    Coverage
We will pay for direct physical loss of or damage to Covered Property at the premises described in the Declarations caused by or resulting from any Covered Cause of Loss.

### 1. Covered Property

Covered Property, as used in this Coverage Part, means the type of property described in this section, **A.1.,** and limited in **A.2.,** Property Not Covered, if a Limit of Insurance is shown in the Declarations for that type of property

**a.    Building,** meaning the building or structure described in the Declarations, including:

\*\*\*\*

    **b.** **Your Business Personal Property** located in or on the building described in the Declarations or in the open (or in a vehicle) within 100 feet of the described premises, consisting of the following unless otherwise specified in the Declarations or on the Your Business Personal Property – Separation Of Coverage form:

3.    Covered Causes Of Loss

    See applicable Causes Of Loss Form as shown in the Declarations.

\*\*\*\*

We now ask that you direct your attention to page 1 and 3 and 4 of your CP 10 30 06 07 Causes of Loss – Special Form:

A.    Covered Causes Of Loss

    When Special is shown in the Declarations, Covered Causes of Loss means Risks Of Direct Physical Loss unless the loss is:

1.    Excluded in Section B., Exclusions; or

2.    Limited in Section C., Limitations; that follow.

B.    Exclusions

    1.    We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

        \*\*\*\*

    2.    We will not pay for loss or damage caused by or resulting from any of the following:

        \*\*\*\*

        **d.**    **(1)**    Wear and tear;

                **(2)**    Rust or other corrosion, decay, deterioration, hidden or latent defect or any quality in property that causes it to damage or destroy itself;

        \*\*\*\*

        **f.**    Continuous or repeated seepage or leakage of water, or the presence or condensation of humidity, moisture or vapor, that occurs over a period of 14 days or more.

        \*\*\*\*

    **3.**    We will not pay for loss or damage caused by or resulting from any of the following, 3.a. through 3.c. But if an excluded cause of loss that is listed in 3.a. through 3.c. results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

        \*\*\*\*

        **c.**    Faulty, inadequate or defective:

            \*\*\*\*

            **(2)**    Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

            **(3)**    Materials used in repair, construction, renovation or remodeling; or

            **(4)**    Maintenance; of part or all of any property on or off the described premises.

C.    **Limitations**

    The following limitations apply to all policy forms and endorsements, unless otherwise stated.

**1.** We will not pay for loss of or damage to property, as described and limited in this section. In addition, we will not pay for any loss that is a consequence of loss or damage as described and limited in this section.
**\*\*\*\***

**c.** The interior of any building or structure, or to personal property in the building or structure, caused by or resulting from rain, snow, sleet, ice, sand or dust, whether driven by wind or not, unless:

**(1)** The building or structure first sustains damage by a Covered Cause of Loss to its roof or walls through which the rain, snow, sleet, ice, sand or dust enters; or
**(2)** The loss or damage is caused by or results from thawing of snow, sleet or ice on the building or structure.

### WINDSTORM OR HAIL LOSSES TO ROOF SURFACING

This endorsement modifies insurance provided under the following:
BUILDING AND PERSONAL PROPERTY COVERAGE FORM
CONDOMINIUM ASSOCIATION COVERAGE FORM
CAUSES OF LOSS – BASIC FORM
CAUSES OF LOSS – BROAD FORM
CAUSES OF LOSS – SPECIAL FORM

**A.** The following is added to **G. Optional Coverages**, subparagraph **b.** of **3. Replacement Cost** with respect to buildings or structures shown on the Declarations and that have roofs that are:
 **a.** 20 years of age or older if composed of asphalt shingle, composition shingle, or built up or single ply membrane;
 **b.** 25 years of age or older if composed of synthetic slate or shingle; or
 **c.** 30 years of age or older if composed of slate, tile, or metal:
 **b.** This Optional Coverage does not apply to:
 "Roof surfacing", but only if a covered loss to "roof surfacing" is caused by Windstorm Or Hail.

**B.** The following is added to the Limitation section of the applicable Causes of Loss form:
The following applies with respect to loss or damage by windstorm and/or hail to a building or structure shown in the Declarations: We will not pay for "aesthetic impairment" to "roof surfacing" caused by windstorm and/or hail.

**C.** For the purposes of this endorsement, the following definitions are added to the Policy:
"Roof Surfacing" means the shingles, tiles, cladding, metal or synthetic sheeting or similar materials covering the roof and includes all materials used in securing the roof surface and all materials applied to or under the roof surface for moisture protection, as well as roof flashing.
"Aesthetic impairment" means physical harm resulting from an otherwise covered loss.
"Aesthetic impairment" is not "damage" but is physical harm that disfeatures covered property.
"Damage" means physical harm to covered property that substantially reduces its ability to function. Damage does not include physical harm that changes the appearance of property but does not substantially reduce the service, usefulness, or utility of such property.

The coverage issues that we have now investigated and analyzed on this claim involve the Cause of Loss – Special Form's above quoted B.2.d(1 & 2) Exclusion for wear and tear, decay or deterioration, B.2.f Continuous or repeated seepage or seepage of water and B.3.c.(2-4) Faulty, in adequate or defective design, workmanship or construction, and C- Limitation. In-addition, windstorm or hail losses to roof surfacing that is Aesthetic impairment doesn't provide coverage under your policy. Therefore, Western World is unable to provide coverage or issue any payment for this loss.

Thank you for your assistance and cooperation in the handling of this claim. If you have any questions, please contact me at (972) 945-0015.

Sincerely,

*Sharon Blake*
Property Claim Specialist